FILED

DEC 1 6 2008

CLERK
U.S. BANKRUPTCY COURT

By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____ MARK AIR INC _____

CASE NUMBER: _____ 95 00236 _____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|

see attached

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____

TOTAL: $ 9,015.00

DATE: __11/28/08__

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR
DISCHARGE
REVISED 2/94

EDWARD DAVID
227 E 17TH AVE APT 3
ANCHORAGE, AK 99501


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE


142.00

DENNIS HOLLENBECK
POB 672289
CHUGIAK, AK 99567-2289


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

425.00

BUNDESANSTAIT FUR FLUGSICHERUG
CPEMPLATZ 14
PATFACH 10 04 44 D-6000
FRANKFURT, MA

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

50.00

NORTHWEST AIRLINES INC
DEPT A4450
5101 NORTHWEST DR
ST PAUL, MN 55111-3034


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

6.00

PERFECT MAINTAINCE PRODUCTS
3340 VETERANS HGHY
BOHEMIA, NY 11716

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

162.00

AIRLINE CREW TRAINING CORP
1333 CORPORATE DRIVE STE 210-B
IRVING, TX 75038

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

350.00

ALEUTIAN MARINE SERVICES
AMS ELECTRIC, INC.
PO BOX 268
UNALASKA, AK 99685


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

821.00

ROBERT T. ALPHIN
P.O. BOX 220175
ANCHORAGE, AK 99522

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

/62.00

JEFF A ALLWORTH
PO BOX 563
DUTCH HARBOR, AK 99692

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

180.00

ARTIC SWEEPING INC.
1700 WOODLAND DRIVE
ANCHORAGE, AK 99507

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

115.00

CHRISTOPHER F. AUSTIN
1317 W. NORTHERN LIGHTS BLVD.
#85
ANCHORAGE, AK 99503

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

351.00

AVIATION SERVICE CORP.
ATTN: MIKE PATTERSON
5125 BLALOCK INDUSTRIAL BLVD.
COLLEGE PARK, GA 30349


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

1,637.00

BENNEFIT SERVICE CORPORATION
ATTN: SCOTT PEARSON
1201 3RD AVE., SUITE 503
SEATTLE, WA 98101


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

876.00

BERTHELSEN, JAY
3701 EUREKA ST. #51B
ANCHORAGE, AK 99503

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

211.00

BETTES, TERRY W
PO BOX 160578
NOBLE, OK 73068


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

135.00

BIG THREE LINCOLN ALASKA
6415 ARCTIC BLVD.
ANCHORAGE, AK 99518

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

*115.00*

BLR AVIATION GROUP, INC.
2165 GERRARD STREET EAST
TORONTO  M4E2C4
ONTARIO, CA ME42C-4


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

175.00

CASCO
P.O. BOX 26383
ANCHORAGE, AK 99511


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

725.00

BURNS AEROSPACE CORP
HARRIS TRUST & SAVINGS BANK
311 W MONROE
CHICAGO, IL 60690

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

1172.00

CLARK, ROBERT E
20131 CONSTITUTION
EAGLE RIVER, AK 99577

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

406.00

CLAY'S QUALITY PRINTING
3630 SPRINGER STREET
ANCHORAGE, AK 99503

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

525.00

CLIFTON, CINDY L.
PO BOX 232832
ANCHORAGE, AK 99523

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

*153.00*

D&L ASSOCIATES, INC.
3986 ALABAMA AVENUE SOUTH
MINNEAPOLIS, MN 55416-2880


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK ,TRUSTEE

/ 21.00