FILED

DEC 16 2008

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____ MARK AIR _____

CASE NUMBER: _____ 95 236 _____

PLEASE CHECK ONE:

____✓____ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|

see attached

```
10•+
02•5 +
145•+
17•3 +
181•29 +
410•+
591•+
140•+
21•7 +
39•35 +
539•81 +
573•15 +
183•+
202•5 +
10•3 +
67•46 +
274•+
9•3 +
134•+
213•2 +
69•+
134•+
125•+
71•8 +
140•+
025•         4,157•69 *
000•         5,913•+   + 1
             69•       *
```

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ ___ 4,157.69 ___

DATE: __11/28/08__          _____
                                    TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR
DISCHARGE
REVISED 2/94          19752
                 $4157.69  (B)

CHANNING, RICHARD
120 S DENTON TAP # 290A
COPPELL, TX  75019

P 423

99.00
11.00
110 .00

CHAVEZ, LUZ
****FORWARDING ORDER EXPIRED; DE
7072****
BRONXVILLE, NY  10708

14526

56.25
6.25
———
62.50

PUTNAM TRAVEL
1150 E PUTNAM AVE
RIVERSIDE, CT  06878

16080

130.50
14.50
---
145.00

PENSAMIENTO, MARCO
2210 N KILPATRICK
CHICAGO, IL 60639

15154

17.30

PELTZ, SCOTT ALLEN
FORWARDING ORDER EXPIRED; DE 7078
LAKEWOOD, CO 80226

30665

181.29

CABANA, CHRISTINE
4475 W ESTES AVE
LINCOLNWOOD, IL 60646

15996

369.00
41.00
─────
410.00

CHEN, L TONY
2800 ROCKCREEK PKWY
KANSAS CITY, MO 64117

P 439

171.90
19.10
_____
191.00

C/O TRAVEL WORLD OF ALLEN
MILLER, JACK
****FORWARDING ORDER EXPIRED; DE
7076****
801 EAST MAIN ST. SUITE G
ALLEN, TX  75002

P·1752

126.00
14.00
---
140.00

C/O AMERICAN EXPRESS TRAVEL SERVICE
HILLYER, LOU
ONE MELLON BANK CENTER
SUITE UL00
PITTSBURGH, PA  15258-0001

P 1107

21.70

CHIARAVILLE, PHIL
P.O. BOX 86
KODIAK, AK  99615

P  440

39.36

CAIL, TRACY J.
FORWARDING ORDER EXPIRED; DE 7072
FIFE, WA 98424

30824

539.81

Kurt Oberg
expired
Bonney Lake WA
98390

1228

515.84
 57.31
573.15

PAREDES, ANIBOL N.
****FORWARDING ORDER EXPIRED; 11-00****
2341 W. ADDISON
CHICAGO, IL  60618

P · 1989

164.70
18.30
183.00

PARKER, EDDY
C/O D. KEMICK
8689 BOXFORD RD
VIRGINIA BEACH, VA  23456

P · 1 9 9 4

2 0 2 . 5 0

NIELSEN (KULLE), KRISTIN L
2638 32ND AVE W
SEATTLE, WA 98199

30242

103.30

MEEKS, FRANKIE
****FORWARDING ORDER EXPIRED; 11-00****
ENGLEWOOD, CO  80110

*14433*

60.71
6.75
67.46

MENDOZA, LUIS G
1210 15TH ST BSMT
GREELEY, CO  80631

14 574

246.60
27.40
274.00

OAKLANDER, SARA
88 FARNHAM ST
BELMONT, MA  02178

P·1926

9.30

GUSS, DEBRA
****FORWARDING ORDER EXPIRED; 11-00****
13 LORY LANE
MIDDLETON, CT  06457

P 979

120.60
13.40
—
134.00

Angela F. Elliot
unknown
Anchorage AK                    1228


191.90
21.32
213.22

C/O AMERICAN EXPRESS TRAVEL
HECTOR, LAURIE
220 LAS COLINAS BLVD STE # 280
IRVING, TX  75039

P 1065

62.10
6.90
—
69.00

C/O LEISURETYME TRAVEL
THOMPSON, JAMES
****FORWARDING ORDER EXPIRED; DE
7081****
PO BOX 1008
SILVERTHORNE, CO  80498

P 2736

120.60
13.40
―――――
134.00

FOU, SUSAN C
440 RIVERSIDE DR #46
NEW YORK, NY  10027

14978

112.50
12.50
125.00

DIELS, JAMES A
12016 FIRST DR SE
EVERETT, WA  98208

14177

71.80

DANIEL, JAMES L
****FORWARDING ORDER EXPIRED; DE
7072****
HEWITT, TX  76643

16247

126.00
14.00
---
140.00