**FILED**

DEC 1 6 2008

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN \$5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____ MARK A.e_____

CASE NUMBER: _____ 95·236 _____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN \$5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|

1001. 1102

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

\$_____

TOTAL: \$__ 5446.00 __

DATE: __12/14/08__

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR
DISCHARGE
REVISED 2/94

KEREKES, MICHAEL B
PO BOX 10680
FAIRBANKS, AK 99707

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

319.00

KING, DON R
6684 HOLLY LN.
ANCHORAGE, AK 99502

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

230.00

L&M COURIER, INC.
PO BOX 243813
ANCHORAGE, AK 99524-3813

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

175.00

LABELLE, PIERRE M.
BOX 2026
VALDEZ, AK 99686

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

190.00

LANE, DWIGHT
PO BOX 60864
FAIRBANKS, AK 99706-0864

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

152.00

LAROWE, JAMES L
3502 W. 42ND AVE.
ANCHORAGE, AK 99517

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

543.00

LEBLANC, ROBERT T.
P.O. BOX 111291
ANCHORAGE, AK 99511

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

324.00

M&O AUTO PARTS, INC.
PO BOX 72033
FAIRBANKS, AK 99707

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

236.00

MARTIN, MISCHELLE
2620 MONMOUTH AVE.
ANCHORAGE, AK 99502

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

126.00

MATTER, JOSEPH L.
2132 SUNRISE DRIVE
ANCHORAGE, AK 99508

.

    MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

383.00

MCCAW COMMUNICATIONS
4711 BUSINESS PARK BLVD. STE. 10
ANCHORAGE, AK 99503

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

/15.00

MCCLURG, TERRY L
PO BOX 58092
FAIRBANKS, AK 99711

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

304.00

MCKENZIE, GAYLE P
1703 STRATFORD CT.
ANCHORAGE, AK 99508

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

210.00

MCKINNON, ARTHUR B
6649 E. US HIGHWAY 80
YUMA, AZ 85365-7621


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE


441.00

METTILLE, LYNN
HCI BOX 143
SOLDOTNA, AK 99577

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

*144.00*

MONTGOMERY, STEVEN R
PO BOX 60363
FAIRBANKS, AK 99707

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

379.00

MORRIS, MYRON D
8235 A SEACLIFF ST.
ANCHORAGE, AK 99502

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

122.00

MOYER, CHARLES S.
5452 CAMELOT DRIVE #2
ANCHORAGE, AK 99508

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

*107.00*

MT. MCKINLEY AK. GLACIER TOURS
405 L ST.
ANCHORAGE, AK 99501-1924

                    MARK AIR I
                    SUBORDINATED DEBENTURES
                    KEY BANK TRUSTEE

296.00

NORLANDER, FRACE
8746 CLOVERLEAF CIR
PARKERAGE, CO 80134

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

129.00

NORTHGATE COMPUTER SYSTEMS INC
ATTN VICKI BROWN
141 N JONATHAN BLVD
CHASKA, MN 55318

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

115.00

OLSTEN OF ANCHORAGE
1577 C ST., #300
ANCHORAGE, AK 99501

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

411.00