**FILED**

DEC 1 6 2008

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____ MARKAIR I _____

CASE NUMBER: _____ 95-236 _____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|

See Attached

226 + 175 + 218 + 211 + 155 + 209 + 149 + 175 + 1,287 + 251 + 821 + 238 + 175 + 191 + 413 + 417 + 357 + 434 + 170 + 542 + 261 + 214 + 216 + 471 + 221 + 348 + 1,512 + 349 + 242 + 604 + 129 + 627 + 973

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 13,214.00

DATE: 12/16/08

_____
TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR
DISCHARGE
REVISED 2/94

RECP __ 19751
$13,214.00

CLYDE, PAMELA D
PO BOX 12667
TAMUNINGN GUAM

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

226.a

CONSULATE GENERAL OF RUSSIA
2790 GREEN STREET
SAN FRANCISCO, CA 94123


                              MARK AIR I
                              SUBORDINATED DEBENTURES
                              KEY BANK TRUSTEE


                                                              175.00

DAHL, STEVEN A
PO BOX 74761
FAIRBANKS, AK 99707

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

218.00

DAIGNEAL, JUDD A.
13210 OLD SEWARD
ANCHORAGE, AK 99515

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

211.00

DAVIS, SAMUEL K.
BOX 1203
BETHEL, AK 99559

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

153.00

DICKENSON, JAMES C.
P.O. BOX 85744
SEATTLE, WA 98145

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

204.00

DOBLER, ROBERT J
4002 ARKANSAS DR.
ANCHORAGE, AK 99517

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

449 00

DOWNEY, KIM, LOUIE, POPE & VUONG
3709 CONVOY ST., STE. 208
SAN DIEGO, CA 92111

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

175.00

DUKANE CORPORATION
2900 DUKANE DR.
PO BOX 7777
ST. CHARLES, IL 60174-7777

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

/ 287. 00

DUNLAP, LISA M
3940 CHECKMATE DR.
ANCHORAGE, AK 99508

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

231.00

ELSINORE AIRCRAFT SERVICES L.P.
P.O. BOX 8447
NEWPORT BEACH, CA 92658-8447

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

821.00

ENGELIEN, PAUL C.
2411 BENTZEN CIRCLE
#26
ANCHORAGE, AK 99517

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

238.00

FIDELITY PRODUCTS COMPANY
P.O. BOX 1450
MINNEAPOLIS, MN 55485-9055

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

175.00

FOSTER, DANNY H.
2568 ELLIS
FAIRBANKS, AK 99709

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

191. 00

GILLSON, MICHAEL E.
2520 CLEO AVENUE
ANCHORAGE, AK 99516

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

413.00

GRADY, FRANCES E
17234 34TH AVE. S.
SEATTLE, WA 98188

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

417.00

HALL, RONALD L
8666 HALE AVE., S
COTTAGE GROVE, MN 55016-2737

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

337.00

HARLOW, JAMES M.
1013 EAST DIMOND AVENUE
#371
ANCHORAGE, AK 99515

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

434.00

HARRINGTON, DIANNE L
7311 WOBURN CIR. #3
ANCHORAGE, AK 99502

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

170.00

HARRIS, CHARLES L
2300 CRIPPLE CREEK
FAIRBANKS, AK 99709

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

542.00

HENRIQUEZ, MARGARITA H
4509 VAN BUREN #2
ANCHORAGE, AK 99517

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

261.00

HOUCK, TIM D.
4110 DEBARR
#7H
ANCHORAGE, AK 99508

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

214.00

HUBBLE, TODD F.
1826 BELLEVUE LOOP
ANCHORAGE, AK 99515

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

266.00

INNOVATIVE SOFTWARE
PO BOX 2596AD
PALMER, AK 99645

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

471.00

ISAACSON, KIMBERLY M
402 PEARL DR.
ANCHORAGE, AK 99518

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

221.00

JARVI, SUSAN L
801 AIRPORT HEIGHTS #391
ANCHORAGE, AK 99508

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

348.00

JET SUPPORT CORP.
P.O. BOX 98901
SEATTLE, WA 98198


MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE


1522.00

JOHNSON, RANDY E
PO BOX 384
BENTON CITY, WA 99320

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

369.00

JOHNSON, THORLEY A.
P.O. BOX 220402
ANCHORAGE, AK 99522

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

242.00

JOLLY (WEDDEL), WENDY J
895 UNIVERSITY AVE.
FAIRBANKS, AK 99709

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

604. 00

KANER, WILLIAM C
2511 LAKE OTIS PKWY.
ANCHORAGE, AK 99508

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

129.00

KASGNOC, ROBERT B
3940 MARQUIS WAY
ANCHORAGE, AK 99502

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

627.00

KELLY, RICHARD P
20242 CONSTITUTION DR.
EAGLE RIVER, AK 99577-8472

MARK AIR I
SUBORDINATED DEBENTURES
KEY BANK TRUSTEE

873.00