# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

IN RE:

Markair Inc.
Debtor

**FILED**
**SEP 1 4 2009**
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

95-00236
Bankruptcy Case No.

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order Authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

| | |
|---|---|
| NAME OF CLAIMANT | James L. Cleveland, owner, After Market Training, Inc. c/o The Financial Resources Group, Inc. |
| MAILING ADDRESS | 700 Mechem Drive, Suite 8B |
| | Ruidoso, NM 88345 |
| PHONE NUMBER | (505) 257-1607 |
| SSN/EIN | 91-1592987 |

and that a dividend in the amount of $3,026.00 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachment for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the court to enter an Order authorizing payment of the pro rata dividend upon this claim.

DATE 8/4/2009

CLAIMANT'S SIGNATURE

---

FOR CLERK'S OFFICE USE:

( ) Application received on _____
( ) Copy Application to US Atty _____
( ) Appli./Order to Clerk of Court _____

( ) Signed Order rece'd from Court on _____
( ) Voucher to USDC/Payment on _____
( ) Paid Voucher received on _____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

**In Re:**

    Markair Inc.        )   Case No. 95-00236
                                Debtor     )

**TO:** Larry L. Moses, General Manager
(Name of Attorney-in-Fact)
The Financial Resources Group, Inc.
(Name of Attorney-in-Fact's Firm)
700 Mechem Drive, Suite 8B
(Attorney-in-Fact's Street Address)
Ruidoso, NM 88345
(Attorney-in-Fact's City, State, Zip Code)
91-1592987
(Attorney-in-Fact's Tax ID Number)

LIMITED POWER OF ATTORNEY IN
SUPPORT OF APPLICATION FOR
PAYMENT OF DIVIDEND FROM
UNCLAIMED FUNDS

The undersigned creditor hereby authorizes you, as attorney-in-fact for the undersigned and with full power to act in my name, pace and stead, to claim and receive funds totaling $3,026.00 and in general perform any act not constituting the practive of law to assert this claim and secure the property of the undersigned. The check delivering said funds to the Attorney-in-Fact shall list the undersigned and the attorney-in-fact as the payee. If the creditor is a corporation, the officer signing this Power of Attorney represents and warrants that such individual has authority to sing for the corporation.

Dated: 8/4/2009

(Signature of Creditor)

James L. Cleveland, owner, After Market Training, Inc.
(Print Name)

27011 Popiel Rd,
(Creditor's Street Address)

Brooksville, FL 34602
(Creditor's City, State, Zip Code)

352-585-7476
(Creditor's Area Code and Telephone Number)

_____
(Social Security Number)

**SUBSCRIBED AND SWORN TO BEFORE ME THIS** 4 **DAY OF** Aug , 20 09 , **TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.**

NOTARY PUBLIC IN AND FOR
The State of Florida
My Commission expires on 03 Jun 2013

[SEAL]
KHRISTINA LINN JONES
MY COMMISSION # DD896054
EXPIRES June 03, 2013
(407) 398-0153    FloridaNotaryService.com

# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF ALASKA

IN RE: Markair Inc.  )
)  Case No. 95-00236
)
Debtor.  )

## PROOF OF RIGHT TO PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

I, [Name of Person Filing Application]   James L. Cleveland, owner, After Market Training, Inc.

of [Address of Person Filing Application]   27011 Popiel Rd,

[City, State, Zip Code]   Brooksville, FL, 34602

on behalf of <u>After Market Training</u>, the Claimant on the enclosed *Application for Payment of Dividend from Unclaimed Funds* form, file this *Proof of Right to Payment of Dividend From Unclaimed Funds*. In Support of the Application, the undersigned has attached a sworn affidavit attesting to the identify of the person, or officer of the entity entitled to the unclaimed funds, the tax identification number or social security number of the creditor, and certifying that the person or entity on whose behalf this application is made, is a creditor in this bankruptcy case and is the rightful and exclusive claimant of the unclaimed funds for which application is made.

__X__   The Claimant represents a corporation and provides evidence consisting of Certificate(s)/Articles of Incorporation, Certificate(s)/Article(s) of Mergers or Successor Corporations, Declarations or Reports from the Secretary of State for the state wherein incorporation occurred, invoices and/or statements sent to the Debtor for payment of debts owed to the creditor, a file stamped copy of the Proof of Claim filed in the case. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

_____   The Claimant is an individual and provides evidence consisting of document(s) which substantiate the claimant's creditor relationship with the debtor, a file stamped copy of the Proof of Claim filed in the case, a photocopy of the applicant's current driver's license or, in the place of a driver's license, other identification containing the applicant's photograph and current address. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

__X__   (If assisted in this Application, check this space also) The undersigned has entered into an agreement or otherwise represents that the undersigned is the Claimant and is being assisted in this Application. The terms and consideration of any such agreement have been attached to this Proof of Right to Unclaimed Funds. A Limited Power of Attorney on the form provided by the Clerk of the U.S. Bankruptcy Court has been completed and is attached to the Application for Payment of Dividend form. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

The undersigned certifies, under penalty of perjury, that the attachments submitted in support of the Proof of Right to Unclaimed Funds are filed in good faith and are intended to recover funds rightfully owned by the Creditor.

Date: __8/4/2009__

_____
Creditor's Signature

James L. Cleveland, owner, After Market Training, Inc.
Print Creditor's Name

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

State of Alaska ) 
) **AFFIDAVIT IN SUPPORT OF PROOF**
) **OF RIGHT TO PAYMENT OF**
) **DIVIDEND FROM UNCLAIMED**
) **FUNDS**
County of Anchorage )

BEFORE ME, the undersigned Notary Public, on this day personally appeared

James L. Cleveland, owner, After Market Training, Inc. who being by me first duly sworn, upon his oath deposed and said:

"My name is James L. Cleveland. I am over the age of eighteen years, have never been convicted of a felony, and am fully competent and qualified to make this Affidavit. My Social Security Number/Tax Identification Number is: 56-1765456

In Bankruptcy Case No. 95-00236, Debtor Markair Inc.,

I hereby certify that I am the rightful and exclusive owner and that I am entitled to the dividend from unclaimed funds for which application is made. I further certify that such dividend is due and owing to me and that I am the creditor or an officer of the creditor duly authorized to apply for and receive the dividend of unclaimed funds for which this application is made." Further affiant sayeth not.

_____
Creditor's Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS 4 DAY OF AUG, 20 07 TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR

[SEAL]
KHRISTINA LINN JONES
MY COMMISSION # DD896054
EXPIRES June 03, 2013
(407) 398-0153  FloridaNotaryService.com

The State of Florida

My Commission expires on 03 Jun 2013

Debtor Affiliation

NOTICE OF REDEMPTION
-------------------

MARK AIR INC 10% SUBORDINATED
DEBENTURES
                                                            10%   of 04/01/1999

                                                            Account:   MARKAIRINC1

            HOLDER
            ------

AFTER MARKET TRAINING                          Tax ID:  56-1765456
BWI FINANCE BRANCH
P.O. BOX 28984
BALTIMORE MD 21240-8984

Notice is hereby given that the Bonds as listed below, are called for
redemption on 02/10/1995 at a redemption price of 100% of the principal
amount called, plus interest accrued as of 02/10/1995 on the principal
called in the amount of: $3.33.

| CERTIFICATES | FACE VALUE | PRINCIPAL CALLED | CALL PREMIUM |
|---|---|---|---|
| INC1_707 | 4,575.00 | 307.00 | 0.00 |
| Totals | 4,575.00 | 307.00 | 0.00 |

# Form 940-EZ

*Proof of Ownership*

**Employer's Annual Federal Unemployment (FUTA) Tax Return**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-1110

**1992**

```
          ********** 5-DIGIT 27104
          ---------- DEC92   S49         C
          AFTER MARKET TRAINING INC
          % JAMES L CLEVELAND
          4971-L THALES RD              9181
          WINSTON SALEM       NC 27104
```

| T |
|---|
| FF |
| FD |
| FP |
| I |
| T |

If incorrect, make any necessary changes.

Follow the chart under *Who May Use Form 940-EZ* on page 2. If you cannot use Form 940-EZ, you must use Form 940 instead.

- A  Enter the amount of contributions paid to your state unemployment fund. (See instructions for line A on page 4.) ► $ -0-
- B  (1) Enter the name of the state where you have to pay contributions . . . . . . . . . ► NC
     (2) Enter your state reporting number as shown on state unemployment tax return. ►

If you will not have to file returns in the future, check here (see *Who Must File*, on page 2) complete, and sign the return . . . . . ►
If this is an Amended Return check here . . . . . . . . . . . . . . . . . . . . . . ►

## Part I — Taxable Wages and FUTA Tax

| | | | Amount paid | |
|---|---|---|---|---|
| 1 | Total payments (including payments shown on lines 2 and 3) during the calendar year for services of employees | 1 | -0- | |
| 2 | Exempt payments. (Explain all exempt payments, attaching additional sheets if necessary.) ► | 2 | -0- | |
| 3 | Payments for services of more than $7,000. Enter only amounts over the first $7,000 paid to each employee. Do not include any exempt payments from line 2. Do not use state wage limitation. The $7,000 amount is the Federal wage base. Your state wage base may be different . . | 3 | -0- | |
| 4 | Total exempt payments (add lines 2 and 3) . . . . . . . . . . . . . . . | 4 | -0- |
| 5 | Total taxable wages (subtract line 4 from line 1) . . . . . . . . . . . ► | 5 | -0- |
| 6 | FUTA tax. Multiply the wages on line 5 by .008 and enter here. (If the result is over $100, also complete Part II) | 6 | -0- |
| 7 | Total FUTA tax deposited for the year, including any overpayment applied from a prior year (from your records) | 7 | -0- |
| 8 | Amount you owe (subtract line 7 from line 6). This should be $100 or less. Pay to "Internal Revenue Service" ► | 8 | -0- |
| 9 | Overpayment (subtract line 6 from line 7). Check if it is to be: ☐ Applied to next return, or ☐ Refunded ► | 9 | -0- |

## Part II — Record of Quarterly Federal Unemployment Tax Liability (Do not include state liability.) Complete only if line 6 is over $100.

| Quarter | First (Jan. 1 – Mar. 31) | Second (Apr. 1 – June 30) | Third (July 1 – Sept. 30) | Fourth (Oct. 1 – Dec. 31) | Total for year |
|---|---|---|---|---|---|
| Liability for quarter | | | | | -0- |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments to employees.

Signature ► *[signature]*   Title (Owner, etc.) ► Owner   Date ► 01/10/93

Cat. No. 10983G

Form **940-EZ** (1992)

07-0000133

---

**DO NOT DETACH**

---

**940-V-EZ**
(Rev. January 1992)
Department of the Treasury
Internal Revenue Service

## 1992 Form 940-EZ Payment Voucher

(Enter below the amount paid with this return. If any of the preprinted information is incorrect, make the changes on Form 940-EZ, not on the payment voucher.)

```
              12   S49         C
AFTER MARKET TRAINING INC
% JAMES L CLEVELAND
4971-L THALES RD
WINSTON SALEM        NC 27104
```

- If line 8 is over $100, you must deposit the amount due with Form 8109.
- Enter amount paid with return $ -0-
- If line 8 is $100 or less, enclose but do not staple your payment with this return.
- Make check or money order payable to the Internal Revenue Service. Do not send cash.