FILED
NOV 25 2009
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: MARK AIR INC
CASE NUMBER: 95-236 HAR

PLEASE CHECK ONE:

_____ UNCLAIMED DIVIDENDS

__X__ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| see attached | | 90.19 |

R____ 20595
F____ 91.19 IN (B)

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS $_____
TOTAL: $ 91.19

DATE: 11/24/09

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE

| Address1 | Descr | Amount | Checkno |
|---|---|---|---|
| MICHAEL FEE<br>****FORWARDING ORDER EXPIRED; DE 7073**<br>SALT LAKE CITY, UT  84105 | Claim 10366, Payment 28.16667% | 1.69 | 1312 |
| JACK ERWIN<br>1410 MUKILTEO BLVD<br>SEATTLE, WA  98203 | Claim p-746, Payment 28.05677% | 2.57 | 7079 |
| HOANG VAN BUI<br>3720 N JOSEY LN #110<br>CARROLLTON, TX  75007 | Claim 10652, Payment 28.08333% | 3.37 | 1528 |
| YU HUNG TSE<br>850 STONEGATE DR<br>SO SAN FRANCISCO, CA  94080-1562 | Claim 11892, Payment 28.08333% | 3.37 | 2435 |
| KAREN LELINE<br>5046 S. RAINBOW #106<br>LAS VEGAS, NV  89118 | Claim p-1498, Payment 28.08333% | 3.37 | 5481 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12602, Payment 28.06667% | 4.21 | 3017 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12608, Payment 28.06667% | 4.21 | 3023 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 13181, Payment 28.06667% | 4.21 | 3516 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12575, Payment 28.13333% | 4.22 | 2990 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12576, Payment 28.13333% | 4.22 | 2991 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12581, Payment 28.13333% | 4.22 | 2996 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12586, Payment 28.13333% | 4.22 | 3001 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12587, Payment 28.13333% | 4.22 | 3002 |

| Address1 | Descr | Amount | Checkno |
|---|---|---|---|
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12601, Payment 28.13333% | 4.22 | 3016 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12603, Payment 28.13333% | 4.22 | 3018 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12604, Payment 28.13333% | 4.22 | 3019 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 12606, Payment 28.13333% | 4.22 | 3021 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 13182, Payment 28.13333% | 4.22 | 3517 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 13196, Payment 28.13333% | 4.22 | 3531 |
| STATE OF ALASKA<br>DEPT OF HEALTH & SOCIAL SVCS-<br>DIV MED ASSIST<br>4411 BUSINESS PARK BLVD STE 46<br>ANCHORAGE, AK  99503 | Claim 13198, Payment 28.13333% | 4.22 | 3533 |
| TOM RICHARDS<br>BOX 2176<br>BETHEL, AK  99559 | Claim p-2218, Payment 28.13333% | 4.22 | 6060 |
| KIM CRAIG<br>****FORWARDING ORDER EXPIRED; DE 7072**<br>11943 E. CORNELL CR.<br>AURORA, CO  80014 | Claim p-532, Payment 28.11321% | 4.47 | 6909 |
| RICHARD LONG<br>C/O USTRAVEL<br>PO BOX 92310<br>ANCHORAGE, AK  99509 | Claim p-1536, Payment 28.12500% | 4.86 | 5516 |
| | | 91.19 | |