UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA



UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: MARK AIR INC
CASE NUMBER: 95 236 HAR

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS (Bad address)

_____ DISTRIBUTION LESS THAN $5

**FILED**
NOV 25 2009
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| see attached | | $252,961.06 |

20596
252,961.06

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS  252,961.06
$ _____
TOTAL: $ _____

DATE: 11/24/09

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE