**FILED**

DEC - 8 2009

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Mac K A.R_____

CASE NUMBER: _____95 236_____

PLEASE CHECK ONE:

____X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| See attached | | |

20631

10,650.76  ℬ

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$_____

TOTAL: $ 10 650 . 76

DATE: __12/7/09__

TRUSTEE

| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 1083 | AGCAOILI, SHIRLEY | SHIRLEY AGCAOILI<br>4131 GALACTICA DR<br>ANCHORAGE, AK 99517 | Claim 10083, Payment 28.10923% | 407.82 |
| 2624 | AGOIVEY SR, THOMAS H | THOMAS H AGOIVEY SR<br>909 CHUGIAK WAY #59<br>ANCHORAGE, AK 99503 | Claim 12127, Payment 28.11060% | 67.71 |
| 6889 | ALEXANDER, LINN | LINN ALEXANDER<br>C/O GARY KING'S ALASKAN<br>EXPERIENCE<br>202 EAST NORTHERN LIGHTS | Claim p-51, Payment 28.10956% | 476.57 |
| 4423 | ALEXANDER, TAMMI | T C ALEXANDER<br>3605 ARCTIC BLVD #854<br>ANCHORAGE, AK 99503 | Claim 14499, Payment 28.10855% | 246.56 |
| 4787 | ALEXANDER, T C | TAMMI ALEXANDER<br>1206 W 39TH PL<br>ANCHORAGE, AK 99503 | Claim 15680, Payment 28.11007% | 140.63 |
| 5085 | ANVIL, ANTONE | ANTONE ANVIL<br>C/O AMERICAN EXPRESS<br>TRAVEL<br>5011 JEWEL LAKE RD, STE 202 | Claim p-102, Payment 28.10530% | 22.74 |
| 3839 | AST TRAVEL | AST TRAVEL<br>3858 LAKE ST STE 21<br>HOMER, AK 99603-7669 | Claim 13576, Payment 28.10947% | 168.42 |
| 4194 | AST TRAVEL | AST TRAVEL<br>3858 LAKE ST STE 21<br>HOMER, AK 99603-7669 | Claim 14061, Payment 28.10855% | 243.42 |
| 4195 | AST TRAVEL | AST TRAVEL<br>3858 LAKE ST STE 21<br>HOMER, AK 99603-7669 | Claim 14062, Payment 28.10947% | 168.42 |
| 5360 | BACHARACH, DAVID | DAVID BACHARACH<br>C/O THOMAS COOK TRAVEL<br>45 WILLIAM ST<br>WELLESLEY, MA 02181 | Claim p-135, Payment 28.10884% | 30.98 |
| 5376 | BADGLEY, RICHARD | RICHARD BADGLEY<br>C/O AMERICAN EXPRESS<br>TRAVEL<br>5011 JEWEL LAKE RD, STE 202 | Claim p-137, Payment 28.10830% | 156.72 |
| 5433 | BAKER, DAVID | DAVID BAKER<br>C/O AMERICAN EXPRESS<br>TRAVEL<br>5011 JEWEL LAKE RD, STE 202 | Claim p-144, Payment 28.10833% | 86.73 |



| Claim # | Name | Address | Claim/Payment |
|---|---|---|---|
| 3759 | BAZZELL, KARINA | KARINA BAZZELL<br>PO BOX 101977<br>ANCHORAGE, AK 99510-1977 | Claim 13474, Payment 28.11040% | $09.97 |
| 6399 | BOLENBAUGH, BROOK | BROOK BOLENBAUGH<br>C/O OUT OF HERE TRAVEL<br>P.O. BOX 156<br>SAND POINT, AK 99661 | Claim p-267, Payment 28.10805% | $4.82 |
| 1674 | BUECHEL, ALEXANDER J & | ALEXANDER J & PATRICIA J<br>BUECHEL<br>NORTH 30 WEST 23050 | Claim 10849, Payment 28.10938% | $20.68 |
| 1108 | CATLIN III, JAMES B | JAMES B CATLIN III<br>1301 BUCKNER DR<br>ANCHORAGE, AK 99504-2410 | Claim 10109, Payment 28.10956% | $76.57 |
| 6815 | CHALIAK, ZECHARIAH CHU | ZECHARIAH CHUCK CHALIAK<br>C/O AMERICAN EXPRESS<br>TRAVEL<br>5011 JEWEL LAKE RD. STE 202 | Claim p-419, Payment 28.11538% | $29.24 |
| 6834 | CHIKOYAK, JOE | JOE CHIKOYAK<br>C/O AMERICAN EXPRESS<br>TRAVEL<br>5011 JEWEL LAKE RD. STE 202 | Claim p-442, Payment 28.10476% | $0.51 |
| 6857 | CLAUS, DONNA | DONNA CLAUS<br>C/O WORLD EXPRESS TRAVEL<br>206 W. 34TH AVE.<br>ANCHORAGE, AK 99503 | Claim p-468, Payment 28.10872% | $1.49 |
| 6895 | CORNEJO, EMILIO | EMILIO CORNEJO<br>3972 LINDELL RD.<br>LAS VEGAS, NV 89103 | Claim p-515, Payment 28.10989% | $0.58 |
| 6973 | DEFAZIO, MARK | MARK DEFAZIO<br>C/O PENINSULA TRAVEL<br>4290 POINT FOSDICK DRIVE NW<br>GIG HARBOR, WA 98335 | Claim p-613, Payment 28.10714% | $6.61 |
| 6977 | DELANO, DAVID | DAVID DELANO<br>C/O GARY KING'S ALASKAN<br>EXPERIENCE<br>202 EAST NORTHERN LIGHTS | Claim p-618, Payment 28.10855% | $76.56 |
| 6990 | DEXTER, BARBARA | BARBARA DEXTER<br>2320 FOREST PK. DR.<br>ANCHORAGE, AK 99517 | Claim p-636, Payment 28.10855% | $6.56 |
| 7059 | ELLIOTT, TRACY | TRACY ELLIOTT<br>7926 31ST AVE. S.W.<br>SEATTLE, WA 98126 | Claim p-718, Payment 28.10952% | $78.06 |

| | | | | |
|---|---|---|---|---|
| 7150 | FREEMAN, TAMMY | TAMMY FREEMAN / 3921 DANDELION WINE CIRCLE / ANCHORAGE, AK 99507 | Claim p-839, Payment 28.10802% | ...72 |
| 3799 | GOBALEZA, JUVY | JUVY GOBALEZA / 3911 ASTRO CIR / ANCHORAGE, AK 99517 | Claim 13519, Payment 28.10800% | ...27 |
| 7236 | GRAY, JENNIFER | JENNIFER GRAY / 128 KOEPPE DR. / SEQUIM, WA 98382 | Claim p-945, Payment 28.10736% | ...69 |
| 3403 | HANLEY, MARK S | MARK S HANLEY / 10701 REZANOF CIR / ANCHORAGE, AK 99507 | Claim 13046, Payment 28.10784% | ...67 |
| 5097 | HARRIS, PAT | PAT HARRIS / 1410 HAMPTON RD. / SAN MARINO, CA 91108 | Claim p-1033, Payment 28.10929% | ...44 |
| 5120 | HAYRAPTIAN, ARMENOOHI | ARMENOOHI HAYRAPTIAN / 1606 ROCKGLEN ST., APT. 14 / GLENDALE, CA 91205 | Claim p-1058, Payment 28.11504% | ...77 |
| 5154 | HICKEY, SANDRA J | SANDRA J HICKEY / 12115 19TH AVE SE, # A-306 / EVERETT, WA 98208 | Claim p-1101, Payment 28.11129% | ...87 |
| 5158 | HILL, LORETTA | LORETTA HILL / PO BOX 490 / CAL-NEV-ARI, NV 89039 | Claim p-1105, Payment 28.11429% | ...68 |
| 5063 | HORNE, RAYMOND | RAYMOND HORNE / DECEASED / ANCHORAGE, AK 99510 | Claim 30013, Payment 28.10860% | ...12 |
| 5209 | HOWARD, LEONARD | LEONARD HOWARD / C/O ANCHORAGE TRAVEL / PO BOX 101583 / ANCHORAGE, AK 99510-1583 | Claim p-1166, Payment 28.11111% | ...01 |
| 5222 | HUFF, JAMES | JAMES HUFF / PO BOX 223 / SELDOVIA, AK 99663 | Claim p-1182, Payment 28.10990% | ...99 |
| 5242 | INGRAHAM, DON | DON INGRAHAM / PO BOX 243222 / ANCHORAGE, AK 99524 | Claim p-1214, Payment 28.10855% | ...56 |
| 5278 | JOHN, PAUL | PAUL JOHN / C/O AMERICAN EXPRESS TRAVEL / 5011 JEWEL LAKE RD. STE 202 | Claim p-1257, Payment 28.11005% | ...75 |

| | | | | |
|---|---|---|---|---|
| 5308 | JONES, DENNIS | DENNIS JONES<br>C/O OUT OF HERE TRAVEL<br>P.O. BOX 156<br>SANDPOINT, AK 99661 | Claim p-1291, Payment 28.10740% | $5.90 |
| 1615 | JONES, DONNA | DONNA JONES<br>4 SW TOUCHSTONE DR APT 80--<br>UNDELIVERABLE AS | Claim 10776, Payment 28.10802% | $64.48 |
| 1729 | JONES, JOHN | JOHN JONES<br>PO BOX 101171<br>ANCHORAGE, AK 99510 | Claim 10916, Payment 28.10923% | $65.94 |
| 3632 | KEHL, PHILIP D | PHILIP D KEHL<br>6431 WINCHESTER ST<br>ANCHORAGE, AK 99507 | Claim 13318, Payment 28.10874% | $226.59 |
| 5357 | KEITH, LESLIE | LESLIE KEITH<br>400 BOYLSTON AVE E #211<br>SEATTLE, WA 98102 | Claim p-1347, Payment 28.10345% | $24.45 |
| 5417 | KOWALSKI, A.F. | A.F. KOWALSKI<br>PO BOX 520713<br>BIG LAKE, AK 99652 | Claim p-1420, Payment 28.10741% | $26.89 |
| 5427 | KRUGER, JUDY | JUDY KRUGER<br>C/O OUT OF HERE TRAVEL<br>P.O. BOX 156<br>SANDPOINT, AK 99661 | Claim p-1430, Payment 28.10811% | $68.00 |
| 5436 | LADRIDO, ROGELIO | ROGELIO LADRIDO<br>7051 ARLENE ST.<br>ANCHORAGE, AK 99502 | Claim p-1444, Payment 28.11039% | $66.31 |
| 5454 | LANGE, T.J. | T.J. LANGE<br>2411 BENTZEN CIR # 16<br>ANCHORAGE, AK 99517 | Claim p-1466, Payment 28.10912% | $345.70 |
| 1967 | LATITUDES SOUTH TRAVEL | LATITUDES SOUTH TRAVEL<br>1008 SOUTH NORDIC DR<br>PETERSBURG, AK 99833 | Claim 11255, Payment 28.10901% | $66.56 |
| 5021 | LAWRENCE, LAURA & BOB | LAURA & BOB LAWRENCE<br>3611 CROWBERRY LP<br>ANCHORAGE, AK 99507 | Claim 16423, Payment 28.10753% | $67.31 |
| 1021 | LEESMAN, VERNE E | VERNE E LEESMAN<br>PO BOX 857<br>STERLING, AK 99672 | Claim 10013, Payment 28.10855% | $209.56 |
| 5589 | MARTIN, JAY | JAY MARTIN<br>215 LAKE PLASID DRIVE<br>SEQUIN, TX 78155 | Claim p-1624, Payment 28.10872% | $105.27 |

| # | Name | Address | Claim / Payment | Amount |
|---|------|---------|-----------------|--------|
| 5592 | MARTIN, TORY | TORY MARTIN<br>C/O AULT FIELD TRAVEL<br>957 WEST AULT FIELD RD<br>OAK HARBOR, WA 98277 | Claim p-1628, Payment 28.10791% | $47.21 |
| 1236 | MARTUSCHOFF, EVLAMPY | EVLAMPY A MARTUSCHOFF<br>PO BOX 2688<br>HOMER, AK 99603 | Claim 10273, Payment 28.10923% | 165.94 |
| 1965 | MCCALL, J D | J D MCCALL<br>1237 W AXTON RD<br>FERNDALE, WA 98248 | Claim 11251, Payment 28.10879% | $47.10 |
| 5625 | MCCLOSKEY, JENNIFER R | JENNIFER R MCCLOSKEY<br>PO BOX 3037<br>HOMER, AK 99603-3037 | Claim p-1669, Payment 28.10626% | $60.15 |
| 5635 | MCEWEN, DUANE | DUANE MCEWEN<br>C/O AMERICAN EXPRESS<br>TRAVEL<br>5011 JEWEL LAKE RD, STE 202<br>ANCHORAGE, AK 99521 | Claim p-1680, Payment 28.10667% | $1.08 |
| 5660 | MEACHAM, HOWARD | HOWARD MEACHAM<br>C/O BLUE SKY TRAVEL<br>501 COMMERCIAL AVE<br>ANACORTES, WA 98221 | Claim p-1708, Payment 28.10987% | $232.21 |
| 5672 | MERKEL, MYRON | MYRON MERKEL<br>7960 200TH NE #A26<br>ARLINGTON, VA 98223 | Claim p-1721, Payment 28.10909% | $6.46 |
| 5750 | MORRISON, DALE | DALE MORRISON<br>717 NW VIEWRIDGE<br>CAMAS, WA 98607 | Claim p-1812, Payment 28.10000% | $44.05 |
| 5775 | MYERS, JANET | JANET MYERS<br>433 E. DOWLING # 3<br>ANCHORAGE, AK 99518 | Claim p-1843, Payment 28.11040% | $29.21 |
| 3363 | NAKKEN, MELANIE | MELANIE NAKKEN<br>PO BOX 1764<br>SEWARD, AK 99664 | Claim 13003, Payment 28.10950% | $07.42 |
| 1450 | NORRIS, JAMES D | JAMES D NORRIS<br>3705 ARCTIC BLVD #4005<br>ANCHORAGE, AK 99503 | Claim 10544, Payment 28.10874% | $76.59 |
| 4520 | NORRIS, JIM | JIM NORRIS<br>3605 ARCTIC BLVD #4005<br>ANCHORAGE, AK 99503 | Claim 14862, Payment 28.10976% | $6.15 |
| 5863 | ONEIL, MICHELLE | MICHELLE ONEIL<br>134 N LAFAYETTE<br>BREMERTON, WA 98312 | Claim p-1953, Payment 28.11224% | $7.55 |

| | | | | |
|---|---|---|---|---|
| 5941 | PETERS, JOHN | JOHN PETERS<br>1101 NO. 1ST<br>RATON, NM. 87740 | Claim p-2051, Payment 28.10870% | 20.79 |
| 2319 | PETERSON, CAROL C | CAROL C PETERSON<br>RT 1 BOX 2069<br>MT PLEASANT, TX. 75455 | Claim 11740, Payment 28.10596% | 42.44 |
| 5999 | PYRON, DAVID | DAVID PYRON<br>C/O US TRAVEL<br>1415 E. TUDOR RD.<br>ANCHORAGE, AK. 99507 | Claim p-2128, Payment 28.11429% | 30.36 |
| 6018 | RANDALL, PAT | PAT RANDALL<br>C/O MR. CHEAPS TRAVEL<br>9123 SE SAINT HELENS ST# 280<br>CLACK&MAS, OR. 97015 | Claim p-2160, Payment 28.11024% | 35.70 |
| 4798 | REIERSON, RICHARD G | RICHARD G REIERSON<br>3200 TURNAGAIN #3<br>ANCHORAGE, AK. 99517 | Claim 15722, Payment 28.10898% | 37.19 |
| 6080 | RITHNER, PENELOPE | PENELOPE RITHNER<br>C/O MR CHEAPS TRAVEL<br>9123 SE SAINT HELENS ST # 280<br>CLACK&MAS, OR. 97015 | Claim p-2241, Payment 28.11073% | .24 |
| 6116 | ROHN, FRANKLIN | FRANKLIN ROHN<br>C/O MR CHEAPS TRAVEL<br>9123 SE SAINT HELENS ST # 280<br>CLACK&MAS, OR. 97015 | Claim p-2288, Payment 28.11073% | .24 |
| 6183 | SANDERS, W E | W E SANDERS<br>C/O OMNI TRAVEL<br>THREE BOW STREET<br>CAMBRIDGE, MA. 2138 | Claim p-2367, Payment 28.11111% | 65 |
| 6209 | SCHNEIDER, MARY | MARY SCHNEIDER<br>C/O METROPOLITAN TRAVEL<br>2101 FOURTH AVE STE# 1250<br>SEATTLE, WA. 98121 | Claim p-2399, Payment 28.11053% | 6.41 |
| 3724 | SCHROEDER, MARK T | MARK T SCHROEDER<br>7700 BERRY CIR<br>ANCHORAGE, AK. 99502 | Claim 13433, Payment 28.10961% | 9.30 |
| 2031 | SCOTT, DELORIS L | DELORIS L SCOTT<br>HC-89 BOX 347<br>WILLOW, AK. 99688-9704 | Claim 11339, Payment 28.10838% | 7.45 |
| 6274 | SILVER, CHARLIE | CHARLIE SILVER<br>C/O FRONTIER TRAVEL & TOURS<br>1923 N CARSON STREET STE#<br>105 | Claim p-2494, Payment 28.11765% | .34 |

| No. | Name | Address | Claim | Amount |
|---|---|---|---|---|
| 6288 | SKELTON, D | D SKELTON C/O BLUE SKY TRAVEL 501 COMMERCIAL AVE ANACORTES, WA 98221 | Claim p-2513, Payment 28.10976% | 23.05 |
| 2281 | SOMERLOTT, TROY | TROY SOMERLOTT PO BOX 141 MINERAL, WA 98355 | Claim 11691, Payment 28.11310% | 57.57 |
| 2221 | SPENCER, DAVID | DAVID SPENCER PO BOX 1103 HAYDEN, ID 83835 | Claim 11604, Payment 28.10972% | 57.49 |
| 4456 | SPRINGER, SCOTT E | SCOTT E SPRINGER 3929 WINDFORD DR PLANO, TX 75025 | Claim 14647, Payment 28.10596% | 46.44 |
| 2710 | STUDNEK, JOSEPH | JOSEPH STUDNEK PO BOX 91179 ANCHORAGE, AK 99509 | Claim 12244, Payment 28.10900% | 251.09 |
| 6425 | TARVER, TAMI | TAMI TARVER C/O MR. CHEAPS TRAVEL 9123 SE SAINT HELENS ST# 280 CLACKAMAS, OR 97015 | Claim p-2702, Payment 28.10801% | 80.67 |
| 6426 | TATE, SHAUNA | SHAUNA TATE BOX 1008 KENAI, AK 99611 | Claim p-2703, Payment 28.10000% | 8.43 |
| 6471 | TRIGG, ARNOLD | ARNOLD TRIGG C/O BLUE SKY TRAVEL 501 COMMERICAL AVE ANACORTES, WA 98221 | Claim p-2787, Payment 28.11020% | 96.87 |
| 1499 | VOLOBOUEV, VLADIMIR | VLADIMIR VOLOBOUEV PO BOX 751453 FAIRBANKS, AK 99775 | Claim 10612, Payment 28.11000% | 84.33 |
| 3761 | WAGNER, JIM | JIM WAGNER PO BOX 101977 ANCHORAGE, AK 99510-1977 | Claim 13476, Payment 28.11040% | 66.97 |
| 6600 | WERNARD, RHONDA | RHONDA WERNARD 7505 GLEN HWY # 31 ANCHORAGE, AK 99504 | Claim p-2967, Payment 28.10000% | 8.43 |
| 6604 | WESTWATER, RAYMOND | RAYMOND WESTWATER C/O FIRST COAST TRAVEL 3510 SOUTH THIRD STREET JACKSONVILLE BEACH, FL | Claim p-2974, Payment 28.10714% | 86.09 |
| 6613 | WHITE, DAN | DAN WHITE PO BOX 426 ANCHOR POINT, AK 99556 | Claim p-2983, Payment 28.10915% | 149.66 |

| 6628 | WHITWORTH, CARL | CARL WHITWORTH C/O AMERICAN EXPRESS TRAVEL 5011 JEWEL LAKE RD, STE 202 | Claim p-3000, Payment 28.10899% | 1.01 |
| 6671 | WILSON, PATRICIA | PATRICIA WILSON C/O THE TRAVEL EXCHANGE 330 MADISON AVE S STE 107 BAINBRIDGE, WA 98110-2544 | Claim p-3056, Payment 28.10909% | 2.76 |
| 6674 | WILSON, SUSAN | SUSAN WILSON C/O THE TRAVEL EXCHANGE 330 MADISON AVE S STE 107 BAINBRIDGE, WA 98110-2544 | Claim p-3060, Payment 28.10909% | 2.76 |
| 6705 | WU, PING | PING WU 2800 S EASTERN # 823 LAS VEGAS, NV 89109 | Claim p-3104, Payment 28.10526% | 22.04 |
| | | | | 10,650.76 |