UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC - 8 2009
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Markair
CASE NUMBER: 95-236

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| see attached | 20632 | 5845.16 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____

TOTAL: $ 5845.16

DATE: 12/7/09

TRUSTEE

| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 6801 | ABBOTT, BESSIE | BESSIE ABBOTT<br>R1 BOX 131<br>CAMP POINT, IL 62320 | Claim p-4, Payment 28.10418% | 27.84 |
| 6740 | AKINGBOYE, BOLA | BOLA AKINGBOYE<br>C/O CARLSON WAGONLIT TRAVEL<br>16038 THREE NOTCH RD.<br>CALIFORNIA, MD 20619 | Claim p-32, Payment 28.11111% | 27.83 |
| 6978 | ALLEN, JON | JON ALLEN<br>C/O UNIGLOBE TRAVEL<br>45-S DIVISION AVE<br>EUGENE, OR 97404 | Claim p-62, Payment 28.10976% | 69.15 |
| 2444 | ASHKENAZY, BOAZ | BOAZ ASHKENAZY<br>655 STEINER APT# 106<br>SAN FRANCISCO, CA 94117 | Claim 11903, Payment 28.10967% | 451.23 |
| 5542 | BARNES, DAVID | DAVID BARNES<br>355 MARKET ST<br>SENECA, SC 29678 | Claim p-157, Payment 28.10843% | 45.66 |
| 5762 | BEAR, JUDY | JUDY BEAR<br>13042 AMBAUM BLVD SW<br>SEATTLE, WA 98146 | Claim p-183, Payment 28.11009% | 80.64 |
| 5678 | BENNER, GERI | GERI BENNER<br>PO BOX 5326<br>HEMET, CA 92544 | Claim p-210, Payment 28.10829% | 41.99 |
| 6137 | BICKEL, JOYCE | JOYCE BICKEL<br>C/O ACS WORLD TRAVEL<br>2255 S. BROADWAY<br>DENVER, CO 80210 | Claim p-231, Payment 28.10345% | 32.60 |
| 4140 | BIZZACO, CAROLYN J | CAROLYN J BIZZACO<br>POB 52132<br>SHAW AFB, SC 29152 | Claim 13992, Payment 28.10866% | 105.15 |
| 6270 | BLACKBURN, RENEE | RENEE BLACKBURN<br>C/O TRAVEL TIME OF EVERETT<br>5129 D EVERGREEN WAY<br>EVERETT, WA 98203 | Claim p-249, Payment 28.10875% | 108.90 |
| 6473 | BOSTON, ROBBIN | ROBBIN BOSTON<br>7016 12TH N.W.<br>SEATTLE, WA 98117 | Claim p-279, Payment 28.10734% | 49.75 |
| 6534 | BOX, E | E BOX<br>C/O ESCAPE TRAVEL<br>544 E SAHARA AVE.<br>LAS VEGAS, NV 89104 | Claim p-288, Payment 28.10526% | 82.04 |

R1

| | | | | |
|---|---|---|---|---|
| 6700 | BRESSEM, ADAM | ADAM BRESSEM<br>P.O. BOX 885<br>BERTHOUD, CO 80513 | Claim p-310, Payment 28. 11321% | 29.80 |
| 2447 | CANAN, JILL | JILL CANAN<br>TICKET EXPRESS<br>4823 KINGSTON AVE<br>LISLE, IL 60532 | Claim 11906, Payment 28. 10917% | 128.74 |
| 6791 | CANTRELL, JEANNE | JEANNE CANTRELL<br>3645 KNIK AVE.<br>ANCHORAGE, AK 99517 | Claim p-382, Payment 28. 10912% | 138.28 |
| 6881 | COLLINS, DON | DON COLLINS<br>C/O CHEYENNE TRAVEL<br>3161 N. RAINBOW BLVD.<br>LAS VEGAS, NV 89108 | Claim p-495, Payment 28. 12121% | 9.28 |
| 8987 | DEVINE, THEA | THEA DEVINE<br>3 HAWTHORNE RD.<br>LARCHMONT, NY 10538 | Claim p-632, Payment 28. 11107% | 41.61 |
| 3915 | DICKERSON, JENNIFER Y | JENNIFER Y DICKERSON<br>230 W 14TH ST APT #211<br>ANCHORAGE, AK 99501 | Claim 13300, Payment 28. 10833% | 101.19 |
| 7339 | EBSTIEN, BETSEY | BETSEY EBSTIEN<br>1391 MASSCHUSETTS<br>NORTH ADAMS, MASS 1247 | Claim p-698, Payment 28. 10753% | 55.31 |
| 4659 | EDWARDS, NANCY D | NANCY D EDWARDS<br>9428 BURHAM DR NW<br>GIG HARBOR, WA 98332-5701 | Claim 15904, Payment 28. 11029% | 88.23 |
| 7090 | FALES, MARYANN | MARYANN FALES<br>2919 E 42ND AVE<br>DENVER, CO 80216 | Claim p-762, Payment 28. 11304% | 82.33 |
| 7159 | FUSSINGER, JOY | JOY FUSSINGER<br>2020 W HORIZON<br>HERBREN, KY 41048 | Claim p-851, Payment 28. 11014% | 96.98 |
| 3281 | GOMEZ, EVA | EVA GOMEZ<br>956 S 13TH ST APT# C<br>GROVER BEACH, CA 93433 | Claim 12909, Payment 28. 10672% | 88.04 |
| 2172 | GREEN, ROBERT | ROBERT GREEN<br>PO BOX 91018<br>LOS ANGELES, CA 90009 | Claim 11538, Payment 28. 10606% | 86.55 |
| 7255 | GRONQUIST, KIMBERLY | KIMBERLY GRONQUIST<br>8801 16TH AVE SW<br>SEATTLE, WA 98106 | Claim p-967, Payment 28. 10714% | 39.35 |

| | | | | |
|---|---|---|---|---|
| 7274 | HALAMKA, L | L HALAMKA<br>C/O USA HOSTS TRAVEL DIVISION<br>5030 PARADISE ROAD, B-1-101<br>LAS VEGAS, NV 89119 | Claim p-991, Payment 28.11429% | 10.68 |
| 5096 | HARRIS, MICHAEL | MICHAEL HARRIS<br>C.B. 415 PO BOX 10000<br>DENVER, CO 80250 | Claim p-1032, Payment 28.10749% | 86.29 |
| 5104 | HARTMAN, DENNIS | DENNIS HARTMAN<br>C/O CHEYENNE TRAVEL<br>3161 N. RAINBOW BLVD.<br>LAS VEGAS, NV 89108 | Claim p-1041, Payment 28.12121% | 9.28 |
| 5119 | HAYES, STEPHANIE | STEPHANIE HAYES<br>8655 LAKE ASHMERE DR. #13<br>SAN DIEGO, CA 92119 | Claim p-1057, Payment 28.10819% | 86.13 |
| 4202 | HORTON, SARA | SARA HORTON<br>C/O CTN BENN TRAVEL SERVICE INC<br>3307 CLIFTON AVE. | Claim p-1157, Payment 28.10825% | 54.53 |
| 4270 | HOWARD, MELISA D | MELISA D HOWARD<br>8630 GILESPIE<br>LAS VEGAS, NV 89123 | Claim 14168, Payment 28.11058% | 58.47 |
| 4150 | HUDSON, MIKE | MIKE HUDSON<br>19985 S INTAKE<br>BLYTHE, CA 92225 | Claim 12757, Payment 28.10991% | 130.43 |
| 5239 | HUWALDT, DEBORAH | DEBORAH HUWALDT<br>C/O AAA MINNESOTA TRAVEL AGENCY<br>5885 149TH STREET WEST. NO. 104 | Claim p-1205, Payment 28.10997% | 91.80 |
| 5251 | ISLAM, SAQIB | SAQIB ISLAM<br>421 WEST 118 ST #64<br>NEW YORK, NY 10027 | Claim p-1226, Payment 28.11111% | 26.30 |
| 5282 | JOHNSON, CHRISTINE | CHRISTINE JOHNSON<br>1120 17TH AVE. # 302<br>SEATTLE, WA 98122 | Claim p-1262, Payment 28.10000% | 8.62 |
| 5324 | JUDD, DONNA | DONNA JUDD<br>PO BOX 948<br>WELLS, NV 89835 | Claim p-1309, Payment 28.10904% | 98.05 |
| 5385 | KING, TIMOTHY M | TIMOTHY M KING<br>1936 SE HARNEY<br>PORTLAND, OR 97202 | Claim p-1382, Payment 28.10982% | 85.21 |
| 2772 | LABOZETTA, COLLEEN & R | COLLEEN & ROBERT LABOZETTA<br>635 ARLINGTON RD<br>REDWOOD CITY, CA 94062 | Claim 12312, Payment 28.10858% | 202.02 |

| | | | | |
|---|---|---|---|---|
| 1828 | LACROSSE, RICHARD | RICHARD LACROSSE 26W284 PETERSON AVE CAROL STREAM, IL 60188 | Claim 11051, Payment 28.10784% | 62.45 |
| 5444 | LAM, TONY | TONY LAM 1338 30TH AVE. SAN FRANCISCO, CA 94122 | Claim p-1452, Payment 28.10559% | 45.25 |
| 5478 | LEFTIN, LARRY | LARRY LEFTIN C/O MASTER TRAVEL 5100 S SHERIDAN BLVD.ÿÿ DENVER, CO 80236 | Claim p-1494, Payment 28.10876% | 92.19 |
| 4544 | LIBBY, MONICA | MONICA LIBBY PO BOX 444 WARREN, ME 4864 | Claim 14940, Payment 28.10947% | 61:46 |
| 5596 | LUNGSTROM, BRUCE D | BRUCE D LUNGSTROM 5795 NE 109TH AVE SPICER, MN 56288 | Claim 10750, Payment 28.10758% | 72.11 |
| 5540 | LUU, TUYET | TUYET LUU 668 S JACKSON ST SEATTLE, WA 98104 | Claim p-1567, Payment 28.11005% | 44.75 |
| 5553 | MACRAE, E | E MACRAE C/O USA HOSTS TRAVEL DIVISION 5030 PARADISE ROAD, B-1-101 LAS VEGAS, NV 89119 | Claim p-1583, Payment 28.11429% | 48.68 |
| 5590 | MARTIN, MIKE | MIKE MARTIN C/O VALLEY TRAVEL SERVICE 2204 RIVERSIDE DR. STE# 250 MT VERNON, WA 98273 | Claim p-1626, Payment 28.10606% | 48.55 |
| 5610 | MAURIZI, VELMA | VELMA MAURIZI 17122 JEREMY LANE TINLEY PARK, IL 60477 | Claim p-1649, Payment 28.10526% | 44.02 |
| 5636 | MCFARLAND, CECILE | CECILE MCFARLAND C/O PUTMAN TRAVEL 712 MONTAGUE ST FREENWOOD, SC 29646 | Claim p-1681, Payment 28.11111% | 40.48 |
| 5649 | MCLAUGHLIN, MAUREEN | MAUREEN MCLAUGHLIN C/O SANTA'S TRAVEL WORLD 133 SANTA CLAUS LANE NORTH POLE, AK 99705 | Claim p-1695, Payment 28.10638% | 52.84 |
| 5679 | MICHELS, MICHAEL | MICHAEL MICHELS 2504 S. GARFIELD ST. DENVER, CO 80210 | Claim p-1731, Payment 28.10909% | 16.46 |

| | | | | |
|---|---|---|---|---|
| 4665 | MILES, MAUREEN V | MAUREEN V MILES<br>4464 E 135TH AVE<br>THORNTON, CO 80241 | Claim 15327, Payment 28.10526% | 27.38 |
| 5701 | MILLER, ROBERT | ROBERT MILLER<br>1139 EAGLE<br>ANCHORAGE, AK 99501 | Claim p-1756, Payment 28.11429% | 19.68 |
| 1439 | MURPHY, JOHN | JOHN MURPHY<br>808 17TH ST NW #220<br>WASHINGTON, DC 20006 | Claim 10531, Payment 28.11224% | 66.10 |
| 4050 | NORVELL, NORMA J | NORMA J NORVELL<br>5140 E HARBOR DR<br>FRIDAY HARBOR, WA 98250 | Claim 13861, Payment 28.11250% | 20.49 |
| 1835 | OLSON, DAN | DAN OLSON<br>C/O CHARLIE BROWNS GOODTIME TRAVEL<br>1465 NORTH UNION BLVD STE 100 | Claim 11062, Payment 28.10976% | 28.05 |
| 1747 | OSSMAN, KATHLEEN | KATHLEEN OSSMAN<br>PO BOX 221<br>LAKE HAVASU CITY, AZ 86405 | Claim 10938, Payment 28.10976% | 46.10 |
| 5881 | PADGETT, PATSY | PATSY PADGETT<br>11 ILA COURT<br>GREENVILLE, SC 29611 | Claim p-1976, Payment 28.10795% | 49.47 |
| 4330 | PARKER, RUTH VOLC | RUTH VOLC PARKER<br>25061 CAMPU ROJO<br>LAKE FOREST, CA 92630 | Claim 14114, Payment 28.11013% | 35.81 |
| 2002 | PAWLUK, ROSE MARIE | ROSE MARIE PAWLUK<br>727 NORMAN ST<br>ANCHORAGE, AK 99504 | Claim 11299, Payment 28.11261% | 50.32 |
| 5936 | PERADO, ANNE | ANNE PERADO<br>6251 W MAPLEWOOD PL<br>LITTLETON, AZ 80123 | Claim p-2042, Payment 28.10791% | 78.14 |
| 5994 | PROSCENO, DON | DON PROSCENO<br>21269 STEVENS CREEK BLVD.<br>CUPERTINO, CA 95014 | Claim p-2121, Payment 28.10345% | 16.30 |
| 6009 | RAEDEKE, KIM | KIM RAEDEKE<br>653 GALTIER ST. # 208<br>ST. PAUL, MN 55103 | Claim p-2147, Payment 28.10976% | 68.32 |
| 2658 | REID, MARCIA | MARCIA REID<br>AS PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF PATRICIA PRATT<br>5130 133RD PL NE | Claim 12179, Payment 28.10891% | 28.39 |

| | | | | |
|---|---|---|---|---|
| 2509 | ROBBINS, LENNY | LENNY ROBBINS<br>1124 LIBERTY BELL DR<br>CHERRY HILL, NJ 8003 | Claim 11990, Payment 28.10526% | .04 |
| 6133 | ROTHCHILD, E | E ROTHCHILD<br>C/O USA HOSTS TRAVEL DIVISION<br>5030 PARADISE ROAD, B-1-101<br>LAS VEGAS, NV 89119 | Claim 11990, Payment 28.11429% | .68 |
| 6200 | SCHEUCHENZUBER, WILLI | WILLIAM SCHEUCHENZUBER<br>BOX 255AA, RD # 1<br>SPRING MILLS, PA 16875 | Claim p-2305, Payment 28.10866% | 7.36 |
| 6213 | SCHRAGE, FRANK | FRANK SCHRAGE<br>PO BOX 8537<br>KEYSTONE, CO 80435 | Claim p-2387, Payment 28.10855% | 76.56 |
| 6222 | SCHUSTERMAN, BERD | BERD SCHUSTERMAN<br>4572 LINDEN AVE<br>LONG BEACH, CA 90807 | Claim p-2404, Payment 28.11043% | 5.82 |
| 6240 | SEIJNA, JOSEPH | JOSEPH SEIJNA<br>C/O THE TRAVEL BUSINESS<br>604 19TH STREET<br>MOLINE, IL 61265 | Claim p-2416, Payment 28.10784% | |
| 6314 | SMITH, KENNETH | KENNETH SMITH<br>105 HARBOR DRIVE #134<br>STAMFORD, CT 06902 | Claim p-2444, Payment 28.11278% | 7.39 |
| 6401 | SULLIVAN, PATRICK | PATRICK SULLIVAN<br>PO BOX 143497<br>ANCHORAGE, AK 99514 | Claim p-2545, Payment 28.10855% | 6.56 |
| 2307 | TAYLOR, NORA & FRED | NORA & FRED TAYLOR<br>386 WEST E ST<br>BURNS, OR 97720 | Claim p-2672, Payment 28.10855% | 6.52 |
| 6474 | TROY, SUZANNE L | SUZANNE L TROY<br>58 LINCOLN AVE.<br>CLEMENTON, NJ 08021 | Claim 11726, Payment 28.10909% | 1.28 |
| 6475 | TRUONG, THUY H.H. | THUY H.H. TRUONG<br>3122 S OREGON ST. #421<br>SEATTLE, WA 98108 | Claim p-2791, Payment 28.11009% | .64 |
| 6482 | TULIM, MOSES | MOSES TULIM<br>C/O METROPOLITAN TRAVEL<br>2101 FOURTH AVE STE# 1250<br>SEATTLE, WA 98121 | Claim p-2796, Payment 28.11009% | .68 |
| 6566 | WANG, STEVEN | STEVEN WANG<br>C/O HO HO EXPRESS<br>423 N ATLANTIC BLVD. #205<br>MONTEREY PARK, CA 91754 | Claim p-2804, Payment 28.10771% | |
| | | | Claim p-2920, Payment 28.10943% | 74.49 |

| | | | | |
|---|---|---|---|---|
| 6648 | WILLIAMS, DONALD | DONALD WILLIAMS<br>18430 60TH PLACE N.E.<br>SEATTLE, WA 98155 | Claim p-3024, Payment 28.10950% | 8.34 |
| 6682 | WITTMAN, STEVE | STEVE WITTMAN<br>11545 WEST BERNARDO ST. STE# 302 | Claim p-3073, Payment 28.11364% | 24.74 |
| 6683 | WOLF, EUNICE | EUNICE WOLF<br>C/O BELLINGHAM TRAVEL<br>200 W. CHESTNUT PO BOX 128<br>BELLINGHAM, WA 98227 | Claim p-3078, Payment 28.10993% | .76 |
| 6704 | WROBLEY, KIRK | KIRK WROBLEY<br>206 ELM AVE<br>ST LOUIS, MO 63122 | Claim p-3103, Payment 28.11486% | .61 |
| 6710 | YANKOWSKI, VALERIE | VALERIE YANKOWSKI<br>1600 S. EADS ST. 516N<br>ARLINGTON, VA 22202 | Claim p-3114, Payment 28.11111% | .95 |
| | | | | 5,845.16 |