R3

**FILED**

DEC 10 2009

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Mark Air_____

CASE NUMBER: _____95 236_____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| See attached | | 13,028.56 |

20640
13,028.56  dB

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____
                                              TOTAL: $ 13,028.56

DATE: 12/8/09

TRUSTEE

| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 5652 | ADAMS, SCOTT | SCOTT ADAMS<br>C/O PIONEER TRAVEL<br>22594 HWY 88, STE 12 PO BOX 306<br>PIONEER, CA 95666 | Claim p-17, Payment 28.10569% | 34.57 |
| 1350 | ALLEN, PATRICIA A | PATRICIA A ALLEN<br>PO BOX 1277<br>DELTA JCT, AK 99737 | Claim 10417, Payment 28.10711% | 60.88 |
| 7032 | ALTOFT, KATHY | KATHY ALTOFT<br>C/O AAA TRAVEL AGENCY<br>12600 FAIR LAKES CIRCLE<br>FAIRFAX, VA 22033-4904 | Claim p-69, Payment 28.10945% | 107.35 |
| 7257 | ANGELUCCI, KENNY | KENNY ANGELUCCI<br>C/O GLOBAL TRAVEL<br>1501 NICHOLASVILLE RD<br>LEXINGTON, KY 40503 | Claim p-97, Payment 28.10866% | 318.19 |
| 5271 | AUGUSTINE, JOE | JOE AUGUSTINE<br>C/O AMERICAN EXPRESS TRAVEL<br>5011 JEWEL LAKE RD. STE 202<br>ANCHORAGE, AK 99502 | Claim p-125, Payment 28.10000% | 11.24 |
| 2465 | BARNETT, EARL | EARL BARNETT<br>37375 LANCASHIRE DR<br>SOLDOTNA, AK 99669 | Claim 11933, Payment 28.10885% | 276.31 |
| 6017 | BERGIN, SANDRA | SANDRA BERGIN<br>2456 RESOLUTION DRIVE<br>ANCHORAGE, AK 99517 | Claim p-216, Payment 28.11007% | 110.63 |
| 6062 | BERLINER, MARTY | MARTY BERLINER<br>C/O MARIE'S TRAVEL CORNER<br>63 MERRICK AVE.<br>MERRICK, NY 11566 | Claim p-222, Payment 28.10870% | 103.44 |
| 6540 | BOX, MOLLY | MOLLY BOX<br>P.O. BOX 20527<br>JUNEAU, AK 99802 | Claim p-289, Payment 28.11125% | 60.04 |
| 6609 | BRADY, CAROL | CAROL BRADY<br>C/O AMERICAN EXPRESS TRAVEL<br>1100 SO. HAYES ST.<br>ARLINGTON, VA 22202 | Claim p-298, Payment 28.10795% | 49.47 |

R3

| | | | | |
|---|---|---|---|---|
| 2640 | BROCK, TERRY | TERRY BROCK<br>BOX 22014<br>JUNEAU, AK 99801 | Claim 12154, Payment 28.10855% | 276.56 |
| 6739 | BROOKS, CLINT | CLINT BROOKS<br>1705 14ST<br>BOULDER, CO 80302 | Claim p-319, Payment 28.10625% | 44.97 |
| 6771 | BURTON, LESLIE | LESLIE BURTON<br>914-C FONTMORE RD<br>COLORADO SPRINGS, CO 80904 | Claim p-360, Payment 28.11005% | 58.75 |
| 1107 | BUSHEY, MARVIN LOUIS | MARVIN LOUIS BUSHEY<br>PO BOX 10584<br>FAIRBANKS, AK 99710 | Claim 10107, Payment 28.10855% | 276.56 |
| 6853 | CLARK, CANDACE | CANDACE CLARK<br>3100 W. 29TH #A<br>ANCHORAGE, AK 99517 | Claim p-463, Payment 28.10855% | 276.56 |
| 6872 | COFFING, MIKE | MIKE COFFING<br>C/O AMERICAN EXPRESS TRAVEL<br>5011 JEWEL LAKE RD. STE 202<br>ANCHORAGE, AK 99502 | Claim p-486, Payment 28.11111% | 12.65 |
| 1161 | COLEMAN, SOO | SOO COLEMAN<br>PO BOX 49<br>ESTER, AK 99725 | Claim 10172, Payment 28.11261% | 55.32 |
| 3333 | COMBS, LEONARD R | LEONARD R COMBS<br>19107 TWENTY GRAND RD<br>EAGLE RIVER, AK 99577 | Claim 12971, Payment 28.10939% | 57.97 |
| 6944 | DAVIDSON, ART | ART DAVIDSON<br>2200 GAMBLE<br>ANCHORAGE, AK 99502 | Claim p-581, Payment 28.11017% | 33.17 |
| 6988 | DEVINE, TOM | TOM DEVINE<br>P.O. BOX 771413<br>EAGLE RIVER, AK 99577 | Claim p-633, Payment 28.10855% | 276.56 |
| 4484 | DINGES, CAROL | CAROL DINGES<br>1202 MILNER<br>HAYS, KS 67601 | Claim 14745, Payment 28.10922% | 115.81 |
| 6996 | DIX, DEANNA | DEANNA DIX<br>BOX 7462<br>NIKISKI, AK 99635 | Claim p-647, Payment 28.10945% | 185.84 |

| | | | |
|---|---|---|---|
| 7035 | DUTTON, FRANK | FRANK DUTTON<br>P.O. BOX 870903<br>WASILLA, AK 99687 | Claim p-693, Payment 28.12000% | 7.03 |
| 7038 | EASTLAKE, DONNA | DONNA EASTLAKE<br>1415 E. TUDOR RD<br>ANCHORAGE, AK 99507 | Claim p-697, Payment 28.10968% | 94.01 |
| 1409 | ELLIS, RICHARD W | RICHARD W ELLIS<br>PO BOX 82<br>MARSHALL, AK 99585 | Claim 10486, Payment 28.10914% | 442.05 |
| 7101 | FEARON, ANNE | ANNE FEARON<br>C/O VAGABOND TRAVEL<br>805 AIRPORT RD.<br>FAIRBANKS, AK 99701 | Claim p-776, Payment 28.10938% | 35.98 |
| 1287 | FEERO, JOHN W | JOHN W FEERO<br>3209 MILKY WAY CIR<br>ANCHORAGE, AK 99517-1582 | Claim 10333, Payment 28.10881% | 166.05 |
| 7121 | FISHER, EUGENE | EUGENE FISHER<br>1415 E TUDOR RD<br>ANCHORAGE, AK 99507 | Claim p-804, Payment 28.10787% | 96.41 |
| 7126 | FITZPATRICK, LANCE | LANCE FITZPATRICK<br>2150 DAWNLIGHT CT.<br>ANCHORAGE, AK 99501-5717 | Claim p-811, Payment 28.10956% | 276.57 |
| 1905 | FORKNER, ERRAL L | ERRAL L FORKNER<br>524 SAN ANSELMO AVE #600<br>SAN ANSELMO, CA 94960 | Claim 11161, Payment 28.11036% | 124.81 |
| 7183 | GERALYN, CURTIS | CURTIS GERALYN<br>C/O WORLD EXPRESS TRAVEL<br>206 W. 34TH AVE.<br>ANCHORAGE, AK 99503 | Claim p-883, Payment 28.10855% | 276.56 |
| 7261 | GUIDRY, FRANK | FRANK GUIDRY<br>C/O OUT OF HERE TRAVEL<br>P.O. BOX 156<br>SAND POINT, AK 99661 | Claim p-975, Payment 28.10805% | 51.82 |
| 5098 | HARRIS, PAULA | PAULA HARRIS<br>P.O. BOX 873714<br>WASILLA, WA 99687 | Claim p-1034, Payment 28.11111% | 106.26 |

| | | | | |
|---|---|---|---|---|
| 5107 | HASKINS, ARDELL | ARDELL HASKINS<br>7800 UPPER HUFFMAN RD.<br>ANCHORAGE, AK 99516 | Claim p-1044, Payment 28.10925% | 116.60 |
| 5128 | HEIM, PALTI | PALTI HEIM<br>MILE 482 STERLING HIGHWAY BOX 725<br>COOPER LANDING, AK 99572 | Claim p-1069, Payment 28.10875% | 142.68 |
| 5148 | HESALROAD, SANDY | SANDY HESALROAD<br>PO BOX 31<br>GREENE, IA 50636 | Claim p-1094, Payment 28.10932% | 87.42 |
| 4227 | HICKSON, WINIFRED J | WINIFRED J HICKSON<br>208 E FOURTH ST-- NO FORWARDING<br>ORDER ON FILE<br>LAKESIDE, OH 43440 | Claim 14111, Payment 28.11000% | 56.22 |
| 5163 | HINTZ, JORDAN | JORDAN HINTZ<br>C/O WORLD EXPRESS TRAVEL<br>206 W. 34TH AVE.<br>ANCHORAGE, AK 99503 | Claim p-1111, Payment 28.10256% | 32.88 |
| 2757 | HOFF, JAMES | JAMES HOFF<br>1050 SALMON CK LN B202<br>JUNEAU, AK 99801 | Claim 12294, Payment 28.10660% | 55.37 |
| 5190 | HONGPANANON, KIM | KIM HONGPANANON<br>850 W. BASELINE #111<br>LAFAYETTE, CO 80026 | Claim p-1144, Payment 28.10714% | 31.48 |
| 5204 | HOSTETLER, LES | LES HOSTETLER<br>C/O PROFESSIONAL TRAVEL SERVICE<br>400 L. ST. SUITE 101<br>ANCHORAGE, AK 99501 | Claim p-1159, Payment 28.10855% | 85.45 |
| 5230 | HUMPHRIES, ALAN | ALAN HUMPHRIES<br>P.O. BOX 514<br>SOLDOTNA, AK 99669 | Claim p-1195, Payment 28.10837% | 76.05 |
| 5244 | IRATCABAL, DIANA | DIANA IRATCABAL<br>225 W. 78TH ST., # 2<br>NEW YORK, NY 10024 | Claim p-1218, Payment 28.10778% | 46.94 |
| 5254 | IVANOFF, LINDA | LINDA IVANOFF<br>PO BOX 142405<br>ANCHORAGE, AK 99514 | Claim p-1229, Payment 28.10969% | 51.05 |

| | | | |
|---|---|---|---|
| 2933 | IVERSON, DONA | DONA IVERSON<br>3820 TELEQUANA DR<br>ANCHORAGE, AK 99517 | Claim 12516, Payment 28.10802% | 133.44 |
| 5321 | JONES | WILLIAM JONES<br>3803 HAMPSHIRE RD.<br>TOBYHANNA, PA 18460 JONES<br>C/O AMERICAN EXPRESS TRAVEL<br>11409 BUSINESS BOULEVARD SUITE 4<br>EAGLE RIVER, AK 99577 | Claim p-1304, Payment 28.10855% | 276.56 |
| 5362 | KELLY, JESSE | JESSE KELLY<br>1241 DENALI # 204<br>ANCHORAGE, AK 99501 | Claim p-1353, Payment 28.10923% | 165.94 |
| 3718 | KLAPPRUTH, JOHN S | JOHN S KLAPPRUTH<br>8101 PINEBROOK CIR<br>ANCHORAGE, AK 99507 | Claim 13426, Payment 28.10898% | 256.68 |
| 3895 | KOHAKE, MILDRED | MILDRED KOHAKE<br>442 BOX 57<br>GOFF, KS 66428 | Claim 13656, Payment 28.10906% | 147.73 |
| 5430 | KUHN, LEON | LEON KUHN<br>PO BOX 642<br>PALMER, AK 99645 | Claim p-1434, Payment 28.10802% | 66.72 |
| 5022 | LAWRENCE, LAURA & BOB | LAURA & BOB LAWRENCE<br>3611 CROWBERRY LP<br>ANCHORAGE, AK 99507 | Claim 16426, Payment 28.10753% | 55.31 |
| 3933 | LEITCH, JOSEPH & ANITA | JOSEPH & ANITA LEITCH<br>128 WIRE ST<br>JUNEAU, AK 99801 | Claim 13706, Payment 28.10606% | 37.10 |
| 5482 | LEON, WILLIE | WILLIE LEON<br>3000 W. 80TH # A<br>ANCHORAGE, AK 99502 | Claim p-1499, Payment 28.11111% | 25.30 |
| 5498 | LIETZOW, ANDREW C | ANDREW C LIETZOW<br>5715 HICKMAN SUITE B<br>DES MOINES, IA 50310 | Claim p-1517, Payment 28.10744% | 29.51 |
| 5530 | LOZA, AUGUSTINE | AUGUSTINE LOZA<br>455 3RD AVE STE # 213<br>FAIRBANKS, AK 99701 | Claim p-1554, Payment 28.10953% | 17.04 |

| | | | | |
|---|---|---|---|---|
| 5547 | LYONS, CRAIG | CRAIG LYONS<br>PO BOX 33191<br>JUNEAU, AK 99803 | Claim p-1575, Payment 28.10753% | 55.31 |
| 2460 | MAAKE, KUENI | KUENI MAAKE<br>1800 GLACIER HWY<br>JUNEAU, AK 99801 | Claim 11926, Payment 28.10874% | 276.59 |
| 5564 | MALONEY, TOM | TOM MALONEY<br>950 SEI LANE<br>KENAI, AK 99611 | Claim p-1598, Payment 28.10950% | 285.57 |
| 3539 | MASCHMEYER, ERIKA | ERIKA MASCHMEYER<br>2234 KNOLL CIR<br>ANCHORAGE, AK 99501 | Claim 13205, Payment 28.11014% | 59.72 |
| 2423 | MCAULEY, SHANA | SHANA MCAULEY<br>9975 WADSWORTH PKWY UNIT K2-407<br>WESTMINSTER, CO 80021 | Claim 11876, Payment 28.10879% | 33.59 |
| 3240 | MCBRIDE, JAMES | JAMES MCBRIDE<br>1437 CREVE COEUR<br>LA SALLE, IL 61301 | Claim 12864, Payment 28.10981% | 44.54 |
| 5624 | MCCARVER, LOUIS | LOUIS MCCARVER<br>C/O VISTA TRAVEL<br>1211 CUSHMAN ST STE 100<br>FAIRBANKS, AK 99701 | Claim p-1666, Payment 28.10921% | 233.61 |
| 5665 | MEINSHAUSEN, DONALD | DONALD MEINSHAUSEN<br>251 6TH ST<br>HOBUKEN, NJ 07030 | Claim p-1714, Payment 28.10924% | 33.45 |
| 5681 | MICHENER, MILTON | MILTON MICHENER<br>1112 MADSEN<br>KODIAK, AK 99615 | Claim p-1733, Payment 28.10753% | 55.31 |
| 1160 | MILLER, CHONG | CHONG MILLER<br>BOX 49<br>ESTER, AK 99725 | Claim 10171, Payment 28.10753% | 55.31 |
| 3169 | MILLER, PAMELA F | PAMELA F MILLER<br>160 SO KLEVIN ST<br>ANCHORAGE, AK 99508 | Claim 12779, Payment 28.10910% | 290.62 |
| 5721 | MOLLETTI, LORANN | LORANN MOLLETTI<br>6901 OAKWOOD DR<br>ANCHORAGE, AK 99507 | Claim p-1779, Payment 28.10873% | 307.22 |

| | | | |
|---|---|---|---|
| 3400 | MORETZ, WAYNE | WAYNE MORETZ<br>312 WEDGEWOOD (D-1)<br>FAIRBANKS, AK 99701 | Claim 13043, Payment 28.10753% | 55.31 |
| 2287 | MOVAFFAGH, JINOUS | JINOUS MOVAFFAGH<br>261 MCCARREY #11<br>ANCHORAGE, AK 99508 | Claim 11699, Payment 28.10881% | 176.90 |
| 5757 | MROTZ, JENNIFER | JENNIFER MROTZ<br>935 MCGRATH<br>FAIRBANKS, AK 99712 | Claim p-1822, Payment 28.10855% | 276.56 |
| 5792 | NEILSON, CARL | CARL NEILSON<br>3 BARELYN DRIVE<br>NEW FREEDOM, PA 17349 | Claim p-1866, Payment 28.10526% | 26.70 |
| 5793 | NELSON, EDWIN | EDWIN NELSON<br>114 W PEDREGOSA ST<br>SANTA BARBARA, CA 93101 | Claim p-1869, Payment 28.10000% | 14.05 |
| 1358 | OSTROSKY, LORI | LORI OSTROSKY<br>423 E 12TH AVE--FORWARD EXPIRED<br>ANCHORAGE, AK 99501 | Claim 10425, Payment 28.10951% | 168.48 |
| 5880 | PADDOCK, GAIL | GAIL PADDOCK<br>C/O AMERICAN EXPRESS TRAVEL<br>202 CENTER STREET<br>KODIAK, AK 99615 | Claim p-1975, Payment 28.10795% | 49.47 |
| 5902 | PARRISH, HARRY | HARRY PARRISH<br>ROUTE 2 BOX 461<br>BLAKELY, GA 31723 | Claim p-2002, Payment 28.10870% | 25.86 |
| 5910 | PAULSON, NATHAMUL | NATHAMUL PAULSON<br>1660 REGER RD<br>FAIRBANKS, AK 99701 | Claim p-2013, Payment 28.10847% | 62.19 |
| 5923 | PEASE, WALTER | WALTER PEASE<br>8503 TURF COURT<br>ANCHORAGE, AK 99504 | Claim p-2027, Payment 28.10753% | 55.31 |
| 1110 | PETERSON, CLYDE J | CLYDE J PETERSON<br>PO BOX 3491<br>PALMER, AK 99645 | Claim 10111, Payment 28.10956% | 276.57 |

| | | | |
|---|---|---|---|
| 5959 | PIERCE, BILL | BILL PIERCE<br>C/O ALLIED TOUR & TRAVEL<br>3200 23RD STREET<br>COLUMBUS, NE 68601-3126 | Claim p-2075, Payment 28.10955% | 100.07 |
| 4044 | POWERS, H STEVE | H STEVE POWERS<br>1631 SE 17TH ST<br>OCALA, FL 34471 | Claim 13854, Payment 28.10941% | 136.37 |
| 2286 | PRIEST, GAVIN ARTHUR | GAVIN ARTHUR PRIEST<br>PO BOX 2434<br>HOMER, AK 99603 | Claim 11698, Payment 28.10931% | 161.28 |
| 5987 | PRINGLE, LINDA | LINDA PRINGLE<br>10271 SEXTANT CIR<br>ANCHORAGE, AK 99515 | Claim p-2114, Payment 28.10668% | 47.95 |
| 3721 | PRUSZENSKI, ANN | ANN PRUSZENSKI<br>4601 SOUTHPARK BLUFF DR<br>ANCHORAGE, AK 99516 | Claim 13430, Payment 28.11014% | 59.72 |
| 3723 | PRUSZENSKI, MARY JO | MARY JO PRUSZENSKI<br>4601 SOUTHPARK BLUFF DR<br>ANCHORAGE, AK 99516 | Claim 13432, Payment 28.11014% | 59.72 |
| 3722 | PRUSZENSKI, STANLEY F | STANLEY F PRUSZENSKI<br>4601 SOUTHPARK BLUFF DR<br>ANCHORAGE, AK 99516 | Claim 13431, Payment 28.11014% | 59.72 |
| 5997 | PUHN, ARTHUR | ARTHUR PUHN<br>4551 FURMAN AVE.<br>BRONX, NY 10470 | Claim p-2125, Payment 28.10714% | 23.61 |
| 2522 | RACE, CAROL M | CAROL M RACE<br>BOX 240625<br>DOUGLAS, AK 99824 | Claim 12004, Payment 28.10956% | 276.57 |
| 6077 | RISTROM, CHAD | CHAD RISTROM<br>C/O PIONEER TRAVEL<br>22595 HWY 88, STE 12 PO BOX 306<br>PIONEER, CA 95666 | Claim p-2239, Payment 28.10569% | 34.57 |
| 6096 | ROBINSON, JENNIFER | JENNIFER ROBINSON<br>C/O SMITH WORLD TRAVEL<br>9191 SHERIDAN BLVD. SUITE 200A<br>WESTMINSTER, CO 80030-3023 | Claim p-2262, Payment 28.10169% | 16.58 |

| | | | | |
|---|---|---|---|---|
| 6130 | ROSEN, TRAVIS | TRAVIS ROSEN<br>C/O TRAVEL LEADER OF BOULDER, LTD.<br>1790 30 ST, SUITE 100<br>BOULDER, CO 80301 | Claim p-2300, Payment 28.10983% | 48.63 |
| 6142 | ROYSEL, JAMES | JAMES ROYSEL<br>C/O AMERICAN EXPRESS TRAVEL<br>11409 BUSINESS BOULEVARD SUITE 4<br>EAGLE RIVER, AK 99577 | Claim p-2315, Payment 28.10956% | 276.57 |
| 6203 | SCHLEGEL, SARAH | SARAH SCHLEGEL<br>2005 A CREEK STREET<br>DOUGLAS, AK 99824 | Claim p-2392, Payment 28.10869% | 165.92 |
| 6232 | SEALE, CHRISTOPHER | CHRISTOPHER SEALE<br>1720 GILBERT AVE<br>CININNATI, OH 45202 | Claim p-2432, Payment 28.10417% | 26.98 |
| 6253 | SHARABA, PAUL | PAUL SHARABA<br>PO BOX TWA<br>TWIN HILLS, AK 99576 | Claim p-2465, Payment 28.10938% | 19.12 |
| 6259 | SHEPARD, JANET | JANET SHEPARD<br>PO BOX 15164<br>FRITZ CREEK, AK 99603 | Claim p-2473, Payment 28.10903% | 287.62 |
| 6271 | SIELAFF, M | M SIELAFF<br>C/O AMERICAN EXPRESS TRAVEL<br>5011 JEWEL LAKE RD. STE 202<br>ANCHORAGE, AK 99502 | Claim p-2490, Payment 28.10830% | 155.72 |
| 6281 | SIMTON, CHESTER | CHESTER SIMTON<br>PO BOX 3429<br>PALMER, AK 99645 | Claim p-2503, Payment 28.10892% | 287.38 |
| 6333 | SOARES, JOE | JOE SOARES<br>PO BOX 4035<br>SOLDOTNA, AK 99669 | Claim p-2566, Payment 28.10855% | 276.56 |
| 2241 | SPEARS, PATTY JO | PATTY JO SPEARS<br>817 BRADLEY CIR<br>ANCHORAGE, AK 99518 | Claim 11635, Payment 28.10859% | 111.31 |
| 1825 | SPENCE, SHERRY | SHERRY SPENCE<br>36115 IRONS AVE<br>SOLDOTNA, AK 99669-7028 | Claim 11047, Payment 28.10821% | 57.56 |

| | | | | |
|---|---|---|---|---|
| 6376 | STOKES, BILL | BILL STOKES<br>C/O AMERICAN EXPRESS TRAVEL<br>800 EAST DIMOND BLVD SUITE 123<br>ANCHORAGE, AK 99515 | Claim p-2640, Payment 28.10744% | 68.02 |
| 6386 | STOUT, ANDY | ANDY STOUT<br>C/O WORLD OF TRAVEL LTD<br>2600 DENALI ST. SUITE 104<br>ANCHORAGE, AK 99503 | Claim p-2651, Payment 28.11032% | 78.99 |
| 1150 | VAN HOUTEN, IDA C | IDA C VAN HOUTEN<br>7220 RUSSELL CIR<br>ANCHORAGE, AK 99516 | Claim 10161, Payment 28.10855% | 276.56 |
| 6508 | VANEVERY, DAN | DAN VANEVERY<br>C/O 4 SEASONS TRAVEL<br>246 NORTH 4TH STREET<br>FOREST CITY, IA 50436 | Claim p-2847, Payment 28.11053% | 53.41 |
| 6554 | WALTER, FL | FL WALTER<br>1737 UNIVERSITY AVE S APT G1<br>FAIRBANKS, AK 99709-4944 | Claim p-2908, Payment 28.11200% | 35.14 |
| 6619 | WHITE, STEVEN | STEVEN WHITE<br>C/O AMERICAN EXPRESS TRAVEL<br>5011 JEWEL LAKE RD. STE 202<br>ANCHORAGE, AK 99502 | Claim p-2989, Payment 28.10837% | 57.06 |
| 6656 | WILLIAMS, LORRAINE | LORRAINE WILLIAMS<br>PO BOX 210666<br>ANCHORAGE, AK 99521 | Claim p-3033, Payment 28.10855% | 276.56 |
| 6667 | WILSON, DIANE | DIANE WILSON<br>PO BOX 770832<br>EAGLE RIVER, AK 99517 | Claim p-3050, Payment 28.10000% | 11.24 |
| 2828 | WOODWARD, GENE W | GENE W WOODWARD<br>1709 MORNINGTIDE CT<br>ANCHORAGE, AK 99501 | Claim 12374, Payment 28.10800% | 70.27 |
| 4453 | ZAGORSKI, RAY | RAY ZAGORSKI<br>PO BOX 3474<br>SOLDOTNA, AK 99669 | Claim 14640, Payment 28.11429% | 19.68 |
| | | | | 13,028.56 |