

FILED
DEC 1 0 2009
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: MarkAir

CASE NUMBER: 95 236

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| See attached | 20639 | 7520.13 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 7520.13

DATE: 12/9/09

TRUSTEE

| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 7041 | ABOUZEID, DORI | DORI ABOUZEID<br>20101 ALAZAN<br>MISSION VIEJO, CA 92692 | Claim p-7, Payment 28.11020% | 68.87 |
| 1944 | ALLEN, BRIAN L | BRIAN L ALLEN<br>INNOKO NWR<br>BOX 69<br>MCGRATH, AK 99627 | Claim 11221, Payment 28.11175% | 47.09 |
| 7189 | ANDERSON, JIM | JIM ANDERSON<br>P.O. BOX 153<br>ELMER CITY, WA 99124 | Claim p-89, Payment 28.10831% | 92.60 |
| 5195 | ASHMORE, LISA | LISA ASHMORE<br>2 FOX CHASE SW<br>ROME, GA 30165 | Claim p-115, Payment 28.10926% | 303.58 |
| 1779 | ATTEBERRY, RONALD | RONALD L ATTEBERRY<br>28132 MOUNTAIN MEADOW RD<br>ESCONDIDO, CA 92026 | Claim 10986, Payment 28.10945% | 208.96 |
| 4508 | BAERGEN, VICI | VICI BAERGEN<br>BOX 54<br>HARTLINE, WA 99135 | Claim 14837, Payment 28.10000% | 14.05 |
| 4094 | BECK, MICHAEL | MICHAEL BECK<br>9718-3C FOXHOUND DR<br>MIAMISBURG, OH 45342 | Claim 13933, Payment 28.10938% | 71.96 |
| 6051 | BERLIN, MR | MR BERLIN<br>C/O MARK I TRAVEL<br>4024 SW GAGE CENTER DR<br>TOPEKA, KS 66604 | Claim p-221, Payment 28.10714% | 55.09 |
| 3416 | BRINKE, HANS J H | HANS J H BRINKE<br>PO BOX 1182<br>KENAI, AK 99611 | Claim 13060, Payment 28.10923% | 165.94 |
| 3415 | BRINKE, JIMMIE M | JIMMIE M BRINKE<br>PO BOX 1182<br>KENAI, AK 99611 | Claim 13059, Payment 28.10855% | 276.56 |



| | | | | |
|---|---|---|---|---|
| 6779 | CALDARERA, ANNE | ANNE CALDARERA<br>C/O GARY KING'S ALASKAN EXPERIENCE<br>202 EAST NORTHERN LIGHTS BLVD<br>ANCHORAGE, AK 99503 | Claim p-370, Payment 28.10855% | 276.56 |
| 4313 | CASCADE BOAT CO | CASCADE BOAT CO<br>16625 REDMOND WAY<br>STE M<br>REDMOND, WA 98052-4499 | Claim 14231, Payment 28.10000% | 8.43 |
| 6806 | CASGREN-TINDALL, LA | LAUREN CASGREN-TINDALL<br>1075 19TH ST APT 503<br>SAN DIEGO, CA 92102-1891 | Claim p-406, Payment 28.10651% | 47.50 |
| 6870 | COCHRAN, JOHN | JOHN COCHRAN<br>C/O ETS TRAVEL<br>24500 CENTER RIDGE RD. #195<br>WESTLAKE, OH 44145 | Claim p-484, Payment 28.10905% | 136.61 |
| 6922 | CUMMINGS, MARY | MARY CUMMINGS<br>C/O SUNDANCE TRAVEL<br>19800 MCARTHUR BLVD. #100<br>IRVINE, CA 92715 | Claim p-556, Payment 28.10979% | 203.29 |
| 6958 | DAVIS, WIL | WIL DAVIS<br>9951 STEPHEN RICHARDS #89<br>JUNEAU, AK 99801 | Claim p-595, Payment 28.10956% | 276.57 |
| 6974 | DEJAGER, DAN | DAN DEJAGER<br>C/O TRAVEL CONSULTANTS<br>989 SPAULDING AVE. S.E.<br>GRAND RAPIDS, MI 49546 | Claim p-614, Payment 28.11194% | 37.67 |
| 6991 | DICKENS, TIMOTHY | TIMOTHY DICKENS<br>C/O ETS TRAVEL<br>24500 CENTER RIDGE RD. #195<br>WESTLAKE, OH 44145 | Claim p-637, Payment 28.10905% | 136.61 |
| 7019 | DOYLE, NICHOLE | NICHOLE DOYLE<br>1613 HINKSON AVE # 6<br>COLUMBIA, MO 65201 | Claim p-672, Payment 28.10866% | 152.63 |

| | | | | |
|---|---|---|---|---|
| 7033 | DURANT, KYLLIE | KYLLIE DURANT C/O TRAVEL TYME 800 WASHINGTON ST. CHILLICOTHE, MO 64601 | Claim p-690, Payment 28.10920% | 48.91 |
| 2586 | EDMONDSON, CAROLYN | CAROLYN EDMONDSON RT 2 BOX 237 OZARK, AL 36360 | Claim 12084, Payment 28.10817% | 116.93 |
| 1742 | EHRMANTROUT, JOYCE | JOYCE K EHRMANTROUT 5725-155TH AVE NE REDMOND, WA 98052 | Claim 10933, Payment 28.10953% | 277.16 |
| 4879 | ELLERMEYER, GERALD | GERALD T ELLERMEYER STAR ROUTE BOX 560 RECTOR, PA 15677 | Claim 15971, Payment 28.10638% | 52.84 |
| 3944 | FERQUER, RANDY | RANDY FERQUER RT 3 BOX 178 KIRKSVILLE, MO 63501 | Claim 13718, Payment 28.10938% | 35.98 |
| 7135 | FORD, THERESA | THERESA FORD 2055 FRONT ST #9 SAN DIEGO, CA 92020 | Claim p-823, Payment 28.10753% | 52.28 |
| 2331 | FOX, BETTY D | BETTY D FOX PO BOX 4175 EAST HAMPTON, NY 11937-0262 | Claim 11753, Payment 28.10926% | 118.34 |
| 7145 | FRAKES, DIANE | DIANE FRAKES C/O SUN KACHINA TRAVEL 1987 MCCULLOCH BLVD STE 108 LAKE HAVASU CITY, AZ 86403 | Claim p-832, Payment 28.10714% | 39.35 |
| 7206 | GLASS, BRETT | BRETT GLASS C/O FLAGSHIP TRAVEL 13974 SANTE FE TRAIL DRIVE LENEXA, KS 66215 | Claim p-906, Payment 28.10577% | 29.23 |
| 7226 | GOULD, TERRI | TERRI GOULD C/O MON VALLEY TRAVEL 100 SMITHFIELD STREET PITTSBURGH, PA 15222 | Claim p-933, Payment 28.10227% | 24.73 |
| 4837 | GRANT, NORMAN | NORMAN GRANT 126 NW 55th ST SEATTLE, WA 98107 | Claim 15828, Payment 28.10939% | 57.97 |

| | | | | |
|---|---|---|---|---|
| 7241 | GREEN, SHELLEY | SHELLEY GREEN<br>1200 - 1600 W HASTINGS ST<br>VANCOUVER, B.C. V6Eÿÿ 3X1 | Claim p-950, Payment 28.10938% | 17.99 |
| 2921 | HABERGER, DONALD & | DONALD & CAROL HABERGER<br>4942 STEELHEAD ST<br>JUNEAU, AK 99801 | Claim p-1007, Payment 28.11364% | 295.68 |
| 5072 | HAMM, JOHN | JOHN HAMM<br>C/O MON VALLEY TRAVEL<br>100 SMITHFIELD STREET<br>PITTSBURGH, PA 15222 | Claim 12501, Payment 28.10914% | 24.74 |
| 5141 | HENNING, GEOFFREY | GEOFFREY HENNING<br>10224 FISCHER PLACE N.E.<br>SEATTLE, WA 98125 | Claim p-1084, Payment 28.11050% | 50.88 |
| 3347 | HOLLIS, BRENDA | BRENDA HOLLIS<br>9 STATE RD<br>SARANAL LAKE, NY 12983 | Claim 12985, Payment 28.10874% | 71.86 |
| 3478 | JAIDINGER, ALISON | ALISON JAIDINGER<br>PO BOX 277<br>GLENALLEN, AK 99588 | Claim 13128, Payment 28.11398% | 39.07 |
| 5364 | KELLY, TONY | TONY KELLY<br>1101 S. RAVEN RD<br>SHOREWOOD, IL 60436 | Claim p-1355, Payment 28.10976% | 117.60 |
| 1843 | KI, YOUNG | YOUNG KI<br>1604 CEDAR OAK<br>HARKER HTS, TX 76544 | Claim 11077, Payment 28.11144% | 47.93 |
| 2623 | KIRCHHOFF, MATTHEW | MATTHEW D KIRCHHOFF<br>11678 AUKE ST<br>JUNEAU, AK 99801 | Claim 12126, Payment 28.10855% | 276.56 |
| 3265 | KITT, MARGARET M | MARGARET M KITT<br>36119 23RD PLACE SO<br>FEDERAL WAY, WA 98003 | Claim 12891, Payment 28.11082% | 109.07 |
| 5442 | LAIS, JOHN | JOHN LAIS<br>CORP APPAREL MKTG<br>2602 WOODLAND COURT<br>MCKINNEY, TX 75070 | Claim p-1450, Payment 28.10843% | 23.33 |

| | | | | |
|---|---|---|---|---|
| 5449 | LANE, TERRY | TERRY LANE<br>C/O AMERICAN EXPRESS TRAVEL<br>258 BROADWAY<br>SAN DIEGO, CA 92101 | Claim p-1459, Payment 28.11060% | 61.00 |
| 5461 | LAW, JAMIE | JAMIE LAW<br>C/O WHITSETT TRAVEL<br>715 W FIREWEED<br>ANCHORAGE, AK 99503 | Claim p-1474, Payment 28.10811% | 72.80 |
| 5505 | LIPPINCOTT, DAVID | DAVID LIPPINCOTT<br>C/O FRONTIER TRAVEL & TOURS<br>1923 N CARSON STREET STE# 105<br>CARSON CITY, NV 89701 | Claim p-1524, Payment 28.17765% | 14.34 |
| 3945 | LLOYD, DARRELL | DARRELL LLOYD<br>306 HILLCREST DR<br>KIRKSVILLE, MO 63501 | Claim 13719, Payment 28.10407% | 36.08 |
| 5536 | LUETH, ROBERT W | ROBERT W LUETH<br>7925 MOUNDSVIEW DR.<br>COLORADO SPRINGS, CO 80920 | Claim p-1560, Payment 28.10843% | 69.99 |
| 5570 | MANSELL, STEVE | STEVE MANSELL<br>C/O WORLD WIDE TRAVEL<br>2986 BECHELLI LANE<br>REDDING, CA 96002 | Claim p-1606, Payment 28.11055% | 111.88 |
| 5640 | MCGUIRE, ELIZABETH | ELIZABETH MCGUIRE<br>PO BOX 37<br>MCGRATH, AL 99627 | Claim p-1686, Payment 28.10855% | 276.56 |
| 5783 | NAOMI, NAHAMA | NAHAMA NAOMI<br>PO BOX 220915<br>ANCHORAGE, AK 99522 | Claim p-1853, Payment 28.11525% | 11.71 |
| 5823 | NORLINGER, AMISS | AMISS NORLINGER<br>C/O AVENUES OF THE WORLD<br>3470 E ROUTE 66 STE 109<br>FLAGSTAFF, AZ 86004 | Claim p-1905, Payment 28.10985% | 74.21 |
| 5845 | ODON, JUDITH | JUDITH ODON<br>1307 ARLINGTON AVE<br>ANAHEIM, CA 92801 | Claim p-1930, Payment 28.10853% | 36.26 |

| | | | | |
|---|---|---|---|---|
| 5872 | OSTERMAN, RICHARD | RICHARD OSTERMAN 2041 LOMITA PARK PLACE LOMITA, CA 90717 | Claim p-1963, Payment 28.11111% | 30.36 |
| 5921 | PEARSON, WILLIAM | WILLIAM PEARSON C/O SUNDANCE TRAVEL 19800 MCARTHUR BLVD. #100 IRVINE, CA 92715 | Claim p-2025, Payment 28.11009% | 30.64 |
| 5953 | PHAM, SON | SON PHAM 989 SPAULDING AVE GRAND RAPIDS, MI 49546 | Claim p-2065, Payment 28.11111% | 45.54 |
| 4135 | POWERS, PAUL | PAUL POWERS 7528 172ND ST SE SNOHOMISH, WA 98290 | Claim 13986, Payment 28.10884% | 86.98 |
| 4003 | ROBERTSON, DOUGLAS | DOUGLAS F ROBERTSON 4636 OTTER LAKE RD WHITE BEAR LAKE, MN 55110-3334 | Claim 13788, Payment 28.10876% | 93.04 |
| 6158 | RYERSON, GLENN | GLENN RYERSON 1901 RENSHAW WAY JUNEAU, AK 99801 | Claim p-2335, Payment 28.10882% | 292.09 |
| 6181 | SANDERS, JEROME | JEROME SANDERS C/O MACPHERSON TRAVEL 1901 AVENUE OF THE STARS STE#1010 LOS ANGELES, CA 90067 | Claim p-2365, Payment 28.10915% | 79.83 |
| 6190 | SASGES, JUDY | JUDY SASGES 201 W HILL ST MONROE, WA 98272 | Claim p-2376, Payment 28.11215% | 30.08 |
| 6205 | SCHMIDT, THOMAS | THOMAS SCHMIDT PO BOX 408 HOONAH, AK 99829 | Claim p-2395, Payment 28.10855% | 276.56 |
| 3031 | SHARP, KIMBERLY J OSBORNE | KIMBERLY J OSBORNE SHARP 22 RICHMOND AVE LEXINGTON, KY 40502 | Claim 12622, Payment 28.10924% | 66.90 |
| 1786 | SHAW, DELIA | DELIA SHAW 1638 JUSTIN CIR HENDERSON, NV 89015 | Claim 10994, Payment 28.10855% | 276.56 |

| | | | |
|---|---|---|---|
| 4587 | SILKENSEN, DANA JO | DANA JO SILKENSEN<br>1207 HILLSIDE #2<br>AUSTIN, TX 78704 | Claim 15112, Payment 28.10526% 32.04 |
| 6303 | SMITH, BRANTLEY | BRANTLEY SMITH<br>6340 GLENWOOD #7<br>OVERLAND PARK, KS 66202 | Claim p-2530, Payment 28.10667% 42.16 |
| 4836 | STEPHENS, RICHARD M | RICHARD M STEPHENS<br>1221 MOTTMAN RD SW G-204<br>TUMWATER, WA 98512 | Claim 15818, Payment 28.11111% 37.95 |
| 2250 | STONE-CANADA, DIANNE | DIANNE STONE-CANADA<br>3119 DACCA DR<br>HOUSTON, TX 77051-4613 | Claim 11646, Payment 28.10993% 79.27 |
| 6437 | TETREV, EDWARD | EDWARD TETREV<br>821 OLD ORCHARD AVE<br>DOWNERS GROVE, IL 60516 | Claim p-2721, Payment 28.11000% 28.11 |
| 6486 | TYSINGER, CHARLES F | CHARLES F. TYSINGER<br>C/O AMERICAN EXPRESS TRAVEL<br>1811 WEIR DRIVE, SUITE 340<br>WOODBURY, MN 55125 | Claim p-2809, Payment 28.10892% 270.97 |
| 2259 | VAN CAMP, ROSCO | ROSCO VAN CAMP<br>8812 N 81 AVE<br>OMAHA, NE 68122-2238 | Claim 11661, Payment 28.10833% 168.65 |
| 6532 | VLNA, LYNN | LYNN VLNA<br>2330 BICENTENNAL<br>CREST HILL, IL 60435 | Claim p-2878, Payment 28.11290% 52.29 |
| 6558 | WALTON, CARRIE M | CARRIE M WALTON<br>C/O EXECUTIVE'S CHOICE TRAVEL<br>11200 WESTHEIMER SUITE 100<br>HOUSTON, TX 77042 | Claim p-2912, Payment 28.10843% 23.33 |
| 6593 | WEINBERGER, BENJAMIN | BENJAMIN WEINBERGER<br>C/O HOFFMAN TRAVEL SERVICE<br>9200 S. DEDADELAND BLVD. #620<br>MIAMI, FL 33156 | Claim p-2954, Payment 28.10949% 38.51 |
| 6665 | WILLOUGHBY, ERIC | ERIC WILLOUGHBY<br>8448 TURTLE CREEK CIRCLE<br>LAS VEGAS, NV 89113 | Claim p-3047, Payment 28.11184% 42.73 |

| | | | | |
|---|---|---|---|---|
| 6707 | WYCKOFF, FRANK | FRANK WYCKOFF<br>PO BOX 5212<br>EVERETT, WA 98206-5212 | Claim p-3109, Payment 28.10811% | 52.00 |
| 6712 | YI, YOUNG HI | YOUNG HI YI<br>1109 SAN RAFAEL AVE #15<br>GLENDALE, CA 91202 | Claim p-3116, Payment 28.10759% | 44.41 |
| 6717 | YOUNG, CATHLEEN | CATHLEEN YOUNG<br>2341 205TH STREET STE# 116<br>TORRANCE, CA 90501 | Claim p-3121, Payment 28.11111% | 25.30 |
| | | | | 7,520.13 |