


UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

FILED
DEC 15 2009
CLERK
U.S. BANKRUPTCY COURT
By ________
DEPUTY CLERK

DEBTOR: MarkAir

CASE NUMBER: 95 236

PLEASE CHECK ONE:

X UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
| --- | --- | --- |
| see attached | | $11,067.19 |

20652
11067.19

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$__________

TOTAL: $ 11,067.19

DATE: 12/11/09

TRUSTEE




| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 1381 | ARMSTRONG, LAURA | LAURA ARMSTRONG<br>1750 E 27TH<br>EUGENE, OR 97403 | Claim 10454, Payment 28.10638% | 52.84 |
| 2026 | BEDORE, JEFFREY S | JEFFREY S BEDORE<br>847 SANCTUARY DR<br>APT 305B<br>LAKE VILLA, IL 60046 | Claim 11330, Payment 28.10612% | 29.77 |
| 5933 | BELT, DIANE | DIANE BELT<br>8725 CREST LANE<br>FT. MYERS, FL 33919 | Claim p-204, Payment 28.10928% | 114.00 |
| 6201 | BINGHAM, BRENT | BRENT BINGHAM<br>3130 B BOOTH FALLS CT.<br>VAIL, CO 81657 | Claim p-239, Payment 28.10753% | 26.14 |
| 2388 | BIRK, TERRY | TERRY BIRK<br>C/O FAMILY TRAVEL SERVICE INC<br>9105 MENDENHALL MALL STE 130<br>JUNEAU, AK 99801 | Claim 11827, Payment 28.10912% | 292.11 |
| 1950 | BISHOP, BRITA | BRITA BISHOP<br>PO BOX 21341<br>JUNEAU, AK 99802 | Claim 11228, Payment 28.11000% | 112.44 |
| 6266 | BLACKBURN, JOE | JOE BLACKBURN<br>1027 NATHAN RD<br>ROCKAWAY, MO 65740 | Claim p-248, Payment 28.10638% | 26.42 |
| 6493 | BOVARNICK, ELLEN | ELLEN BOVARNICK<br>1412 RIDGE SIDE PL<br>RALEIGH, NC 27613 | Claim p-282, Payment 28.10145% | 19.39 |
| 6589 | BRADLEY, CHRISTINA | CHRISTINA BRADLEY<br>C/O AMERICAN EXPRESS TRAVEL<br>NUGGET MALL<br>8745 GLACIER HIGHWAY SUITE 328<br>JUNEAU, AK 99801 | Claim p-295, Payment 28.10855% | 276.56 |
| 6620 | BRADY, JIM | JIM BRADY<br>C/O TRAVEL CONNECTION OF<br>FARMINGTON<br>FARMINGTON CITY CENTER<br>115 ELM ST. SUITE E<br>FARMINGTON, MN 55024 | Claim p-299, Payment 28.10857% | 196.76 |
| 4864 | BUCKNER, ALBERT L | ALBERT L BUCKNER<br>12316 ROCKGATE DR<br>YUKON, OK 70399 | Claim 15928, Payment 28.10596% | 42.44 |

| | | | | |
|---|---|---|---|---|
| 1130 | CARABAJAL, MR/MS | MR/MS CARABAJAL<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10134, Payment 28.10855% | 276.56 |
| 6811 | CECELIA, SHIRA | SHIRA CECELIA<br>C/O AMERICAN EXPRESS TRAVEL<br>NUGGET MALL<br>8745 GLACIER HIGHWAY SUITE 328<br>JUNEAU, AK 99801 | Claim p-415, Payment 28.10855% | 276.56 |
| 6836 | CHINGMAN, JEANETTE | JEANETTE CHINGMAN<br>C/O LUCY'S TRAVEL<br>P.O. BOX 357<br>BARROW, AK 99723 | Claim p-444, Payment 28.10780% | 112.33 |
| 3827 | CHOICE TRAVEL SYSTEMS | CHOICE TRAVEL SYSTEMS<br>C/O ROSENBLUTH<br>4560 SOUTH BLVD STE 120<br>VIRGINIA BEACH, VA 23452-1160 | Claim 13553, Payment 28.10788% | 67.74 |
| 1960 | CHUNG, HANNAH | HANNAH CHUNG<br>3730 CLARINGTON AVE #11<br>LOS ANGELES, CA 90034 | Claim 11241, Payment 28.10989% | 25.58 |
| 2025 | CLARK, JOYCE | JOYCE CLARK<br>1426 NOBLE ST #C<br>FAIRBANKS, AK 99701 | Claim 11329, Payment 28.10631% | 84.60 |
| 6865 | CLOSE, KEN | KEN CLOSE<br>C/O TOWER TRAVEL<br>1 TOWER LN.<br>OAKBROOK TERRACE, IL 60181 | Claim p-477, Payment 28.10851% | 132.11 |
| 6867 | CLOWARDS, STEVE | STEVE CLOWARDS<br>C/O GREENWOOD TRAVEL<br>7600 E. ORCHARD RD. #100<br>ENGLEWOOD, CO 80111 | Claim p-479, Payment 28.10606% | 37.10 |
| 6874 | COHEN, BASHA | BASHA COHEN<br>C/O HOFFMAN TRAVEL SERVICE<br>5670 WILSHIRE BLVD. STE 800<br>LOS ANGELES, CA 90036 | Claim p-488, Payment 28.10909% | 61.84 |
| 4066 | CORBIN, JERRY W | JERRY W CORBIN<br>923 INDIANA # 106<br>LUBBOCK, TEXAS 79413<br><br>DE 8705 | Claim 13888, Payment 28.11008% | 146.06 |
| 6898 | CORWIN, HEIDI | HEIDI CORWIN<br>P.O. BOX 1263<br>BARROW, AK 99723 | Claim p-521, Payment 28.10914% | 312.88 |

| | | | | |
|---|---|---|---|---|
| 1930 | CUTLER, MICHAEL | MICHAEL CUTLER<br>3022 KING CT<br>GREEN BROOK, NJ 08812-1734 | Claim 11196, Payment 28.10795% | 49.47 |
| 6928 | DAHLSTROM, ULF | ULF DAHLSTROM<br>995 HUMBOLDT #203<br>DENVER, CO 80218 | Claim p-563, Payment 28.11226% | 17.93 |
| 6929 | DAILEY, RICHARD | RICHARD DAILEY<br>13908 DISTRIBUTION WAY<br>DALLAS, TX 75234 | Claim p-564, Payment 28.11207% | 32.61 |
| 6989 | DEWITT, CAROLYN | CAROLYN DEWITT<br>721 S. COLLEGE AVE.<br>OXFORD, OH 45056 | Claim p-635, Payment 28.11458% | 26.99 |
| 2613 | DORSEY, STEPHANIE | STEPHANIE DORSEY<br>PO BOX 849<br>BARROW, AK 99723 | Claim 12116, Payment 28.10753% | 55.31 |
| 7020 | DOYLE, TREVOR | TREVOR DOYLE<br>C/O TRAVEL EXCHANGE GROUP<br>4600 MONTGOMERY ROAD SUITE 105 | Claim p-673, Payment 28.11340% | 27.27 |
| 7068 | ELZOOBI, SAM | SAM ELZOOBI<br>C/O PASSPORT TRAVEL<br>5833 STEWART PARKWAY<br>DOUGLASVILLE, GA 30135 | Claim p-728, Payment 28.10949% | 38.51 |
| 7132 | FOJTIK, FRANK | FRANK FOJTIK<br>RT #3 BOX 212<br>BAY CITY, TX 77414 | Claim p-819, Payment 28.11111% | 27.83 |
| 2679 | FULLER, JENNIFER | JENNIFER FULLER<br>8250 EMPORIA AVE<br>CASCADE, CO 80809 | Claim 12206, Payment 28.10884% | 86.98 |
| 1427 | GOLD, HERBERT & ELEANOR | HERBERT & ELEANOR GOLD<br>6211 FOX TR<br>DALLAS, TX 75248 | Claim 10507, Payment 28.10787% | 63.58 |
| 2614 | GOULD, GREG | GREG GOULD<br>PO BOX 849<br>BARROW, AK 99723 | Claim 12117, Payment 28.10783% | 27.63 |
| 7227 | GRABER, CHARLES | CHARLES GRABER<br>PO BOX 5165<br>SAN DIEGO, CA 92165 | Claim p-934, Payment 28.11429% | 9.84 |
| 7244 | GREENE, NELLE | NELLE GREENE<br>PO BOX 1426<br>HAINES, AK 99827 | Claim p-953, Payment 28.10227% | 24.73 |
| 7265 | GUTIERREZ, EVA | EVA GUTIERREZ<br>1062 FAITH AVE<br>ATLANTA, GA 30316 | Claim p-980, Payment 28.10903% | 180.46 |

| | | | | | |
|---|---|---|---|---|---|
| 7268 | HAFFNER, DAVID | DAVID HAFFNER<br>C/O INTERNATIONAL TOURS OF JOPLIN<br>601 W. 7TH ST. PO BOX 1375 | Claim p-985, Payment 28.10952% | 59.03 | |
| 5070 | HAMILTON, KRISTIN | KRISTIN HAMILTON<br>C/O CARLSON WAGONLIT TRAVEL<br>COURTHOUSE PLAZA, 11TH FLOOR<br>DAYTON, OH 45463 | Claim p-1004, Payment 28.10577% | 58.46 | |
| 3262 | HARRIS, ROBIN K | ROBIN K HARRIS<br>7216 PALATINE N<br>SEATTLE, WA 98103 | Claim 12888, Payment 28.10929% | 51.44 | |
| 4034 | HERBSTRITT, KIM | KIM HERBSTRITT<br>149 E 60TH ST-- ATTEMPTED-NOT KNOWN | Claim 13841, Payment 28.11034% | 163.04 | |
| 5159 | HILL, TIM J | TIM J HILL<br>110 N 15TH ST. APT. 29<br>LAS VEGAS, NV 89101 | Claim p-1106, Payment 28.11176% | 47.79 | |
| 5181 | HOLLAND, TOD | TOD HOLLAND<br>C/O HOFFMAN TRAVEL SERVICE<br>5670 WILSHIRE BLVD.ÿ STE 800<br>LOS ANGELES, CA 90036 | Claim p-1130, Payment 28.10588% | 47.78 | |
| 3937 | HUITGER, THOMAS V | THOMAS V HUITGER<br>PO BOX 674<br>HAINES, AK 99827 | Claim 13710, Payment 28.10923% | 165.94 | |
| 5268 | JAMES, HUBURT | HUBURT JAMES<br>PO BOX 176<br>HARALSON, GA 30229 | Claim p-1247, Payment 28.10811% | 41.60 | |
| 3158 | JOHNSON, BARB | BARB JOHNSON<br>361 HARRIS<br>CLARENDON HILLS, IL 60514 | Claim 12766, Payment 28.11014% | 96.98 | |
| 5311 | JONES, ERNEST | ERNEST JONES<br>977 DOROTHY LANE<br>HARKER HEIGHTS, TX 76543 | Claim p-1294, Payment 28.10909% | 139.14 | |
| 5318 | JONES, RONALD | RONALD JONES<br>C/O PEGASUS TRAVEL, INC.<br>5501 WEST ROSEDALE<br>FORT WORTH, TX 76107 | Claim p-1300, Payment 28.10964% | 145.22 | |
| 1239 | JUNEAU, FRED F | FRED F JUNEAU<br>1219 SO CRANE<br>INDEPENDENCE, MO 64055 | Claim 10276, Payment 28.10898% | 62.52 | |
| 4326 | KAHN, HADASSAH | HADASSAH KAHN<br>1624 XAVIER ST<br>DENVER, CO 80204 | Claim 14253, Payment 28.11032% | 78.99 | |

| 4466 | KAHN, HADASSAH | HADASSAH KAHN<br>1624 XAVIER ST<br>DENVER, CO 80204 | Claim 14674, Payment 28.10945% | 113.00 |
|---|---|---|---|---|
| 5398 | KNAPP, MARJORIE | MARJORIE KNAPP<br>C/O UNIGLOBE GREATLAND<br>329 HARBOR DR STE# 101<br>SITKA, AK 99835 | Claim p-1398, Payment 28.10764% | 64.76 |
| 2630 | KRUPA, HENRY | HENRY KRUPA<br>1433 BATES LN-- UNDELIVERABLE<br>AS ADDRESSED<br>SCHAUMBURG, IL 60193 | Claim 12134, Payment 28.11203% | 40.65 |
| 5438 | LAGAMERE, BARBARA | BARBARA LAGAMERE<br>9100 VANCE ST. # 735<br>WESTMINSTER, CO 80021 | Claim p-1447, Payment 28.10656% | 34.29 |
| 5451 | LANGBAUER, DAN | DAN LANGBAUER<br>C/O UNIGLOBE TRAVEL<br>329 HARBOR DRIVE # 101<br>SITKA, AK 99835 | Claim p-1463, Payment 28.10753% | 110.62 |
| 1726 | LANGE, NANCY J | NANCY J LANGE<br>11823 KENAI SPUR HWY #41<br>KENAI, AK 99611-7759****moved | Claim 10913, Payment 28.10922% | 82.36 |
| 5455 | LANGSTON, LORAINE | LORAINE LANGSTON<br>2632 CHERRY ST<br>DENVER, CO 80207 | Claim p-1467, Payment 28.10578% | 36.56 |
| 3741 | LICHTY, KARA | KARA LICHTY<br>8058 CUMBERLAND GAP TR<br>JACKSONVILLE, FL 32244 | Claim 13453, Payment 28.11099% | 75.27 |
| 3740 | LICHTY, KEITH | KEITH LICHTY<br>8058 CUMBERLAND GAP TR<br>JACKSONVILLE, FL 32244 | Claim 13452, Payment 28.10726% | 75.26 |
| 3705 | LICHTY, SANDRA | SANDRA LICHTY<br>8058 CUMBERLAND GAP TR<br>JACKSONVILLE, FL 32244 | Claim 13413, Payment 28.10726% | 75.26 |
| 3742 | LICHTY, TERESA | TERESA LICHTY<br>8058 CUMBERLAND GAP TR<br>JACKSONVILLE, FL 32244 | Claim 13454, Payment 28.10726% | 75.26 |
| 5496 | LIDDELL, ANTONIA | ANTONIA LIDDELL<br>C/O TRAVEL PARTNERS<br>225 BROADWAY<br>SOUTH HAVENÿ, MI 49090 | Claim p-1515, Payment 28.10989% | 76.74 |
| 5559 | MAHAN, MELISSA | MELISSA MAHAN<br>C/O TRAVEL EXCHANGE GROUP<br>4600 MONTGOMERY ROAD SUITE<br>105 | Claim p-1592, Payment 28.11041% | 89.11 |

| | | | | |
|---|---|---|---|---|
| 5585 | MARTCH, DENNIS | DENNIS MARTCH<br>7812 WILLIAMS ST<br>DOWNERS GROVE, IL 60516 | Claim p-1620, Payment 28.10954% | 79.55 |
| 5600 | MASON, REBECCA | REBECCA MASON<br>C/O PREMIER TRAVEL & CRUISE<br>2901 HAMILTON BLVD.<br>SIOUX CITY, IA 51104 | Claim p-1638, Payment 28.11111% | 20.24 |
| 1307 | MCCULLAR, DOTTIE | DOTTIE MCCULLAR<br>PO BOX 95563<br>ATLANTA, GA 30347 | Claim 10359, Payment 28.10952% | 59.03 |
| 5680 | MICHELSON, DENISE | DENISE MICHELSON<br>C/O ROSENBLUTH<br>300 OCEAN GATE 10TH FLOOR<br>LONG BEACH, CA 90802 | Claim p-1732, Payment 28.10880% | 121.43 |
| 2652 | MOLINA, HECTOR | HECTOR MOLINA<br>1117 SO BRONSON AVE #11<br>LOS ANGELES, CA 90019 | Claim 12170, Payment 28.10606% | 37.10 |
| 3907 | MONROE, DEBORAH | DEBORAH MONROE<br>524 WINDSOR PL NE<br>CONCORD, NC 28025 | Claim 13675, Payment 28.10885% | 433.00 |
| 5735 | MORELAND, SHELLEY | SHELLEY MORELAND<br>19171 E. ELUCID R.<br>AURORA, CO 80016 | Claim p-1795, Payment 28.11095% | 25.64 |
| 5760 | MULLIN, PAUL | PAUL MULLIN<br>206 WEST HARBOR PLACE, ROOM 600 | Claim p-1827, Payment 28.10656% | 34.29 |
| 5767 | MURFEY, GEORGE | GEORGE MURFEY<br>601 LA CANADA<br>LAJOLLA, CA 92037 | Claim p-1834, Payment 28.10924% | 66.90 |
| 5772 | MURRAY, BARBARA | BARBARA MURRAY<br>C/O LINDBERG TRAVEL SERVICE<br>9982 COUNTRY ROAD 81 NORTH<br>OSSE/MAPLE GROVE, MN 55369 | Claim p-1839, Payment 28.10857% | 98.38 |
| 5827 | NORTH, RICHARD | RICHARD NORTH<br>C/O HILL TRAVEL INC<br>3 MEADOWVIEW CENTER<br>KANKAKEE, IL 60901 | Claim p-1910, Payment 28.11009% | 30.64 |
| 5830 | NUEHLBACH, LISA | LISA NUEHLBACH<br>C/O THE TRAVEL CENTER AT UNC<br>UNIVERSITY CENTER<br>GREELY, CO 80639 | Claim p-1915, Payment 28.10714% | 23.61 |

| | | | | |
|---|---|---|---|---|
| 5847 | OGARA, JOHN | JOHN OGARA<br>C/O MARTZ TRAVEL COMPANY<br>11353 EMERALD<br>DALLAS, TX 75229 | Claim p-1933, Payment 28.10429% | 45.81 |
| 5852 | OLDAKER, CHRISTINE | CHRISTINE OLDAKER<br>C/O AMERICAN EXPRESS TRAVEL<br>NUGGET MALL<br>8745 GLACIER HIGHWAY SUITE 328<br>JUNEAU, AK 99801 | Claim p-1939, Payment 28.10855% | 276.56 |
| 5888 | PALMER, RUSSELL | RUSSELL PALMER<br>8101 46 AVE N #201<br>NEW HOPE, MN 55428 | Claim p-1983, Payment 28.11250% | 44.98 |
| 3190 | PARKER, JULIE | JULIE PARKER<br>820 PINE HOLLOW DR<br>FRIENDSWOOD, TX 77546 | Claim 12804, Payment 28.10884% | 59.81 |
| 5904 | PASIKE, BARBARA | BARBARA PASIKE<br>8907 GLORIA AVE<br>MIDDLETON, MD 21769 | Claim p-2004, Payment 28.11027% | 73.93 |
| 5918 | PEACOCK, ROBIN | ROBIN PEACOCK<br>902 GREENRIDGE DR<br>ARLINGTON, TX 76017 | Claim p-2020, Payment 28.10764% | 80.95 |
| 1337 | PEERY, JOSEPH M | JOSEPH M PEERY<br>802 PARTRIDGE CIR<br>GOLDEN, CO 80403 | Claim 10398, Payment 28.10820% | 161.06 |
| 1563 | POPE, ELMIRA T | ELMIRA T POPE<br>603 W CHURCH ST<br>ROSWELL, NM 88201 | Claim 10704, Payment 28.10988% | 118.50 |
| 4058 | RAMOS JR, PAULINO | PAULINO RAMOS JR<br>258 SAW MILL RIVER RD<br>ELMSFORD, NY 10523 | Claim 13874, Payment 28.10963% | 84.61 |
| 6064 | RICHER, JOSEE | JOSEE RICHER<br>C/O TRAVEL EXCHANGE GROUP<br>4600 MONTGOMERY ROAD SUITE<br>105 | Claim p-2222, Payment 28.10882% | 95.57 |
| 6084 | RIVERA ROMAN, JUAN P | JUAN P RIVERA ROMAN<br>URB VILLA DEL CARMEN; 30 ST P-18<br>PONCE, PUERTO RICO 731 | Claim p-2249, Payment 28.11001% | 127.76 |
| 6104 | RODEWALD, JAMES | JAMES RODEWALD<br>9220 LONG RUN DRIVE<br>JUNEAU, AK 99801-8804 | Claim p-2272, Payment 28.10855% | 276.56 |
| 6114 | ROGERS, KRISTIN | KRISTIN ROGERS<br>1080 SHERMAN # 303<br>DENVER, CO 80203 | Claim p-2286, Payment 28.10811% | 22.88 |

| | | | | |
|---|---|---|---|---|
| 6132 | ROSZHART, TIM | TIM ROSZHART<br>5236 E HAMILTON AVE<br>CASTLE ROCK, CO 80104 | Claim p-2304, Payment 28.10145% | 19.39 |
| 6186 | SANGIULIANO, ANTHONY | ANTHONY SANGIULIANO<br>277 SO URSELA<br>AURORA, CO 80012 | Claim p-2371, Payment 28.11111% | 17.71 |
| 6197 | SCHECHET, DAVID | DAVID SCHECHET<br>133 N 4TH ST STE# 271<br>LAS VEGAS, NV 87101 | Claim p-2384, Payment 28.11538% | 21.93 |
| 6220 | SCHULTZ, JOHN G | JOHN G SCHULTZ<br>1312 COMMERCE TOWER; 911 MAIN ST. | Claim p-2413, Payment 28.10909% | 30.92 |
| 6252 | SHANNON, KELLIE | KELLIE SHANNON<br>1149 COLUMBINE # 202<br>DENVER, CO 80206 | Claim p-2464, Payment 28.10000% | 14.05 |
| 6255 | SHEA, TERRANCE | TERRANCE SHEA<br>C/O RAINBOW TRAVEL<br>730 SPICE ISLAND DR.<br>SPARKS, NV 89431 | Claim p-2468, Payment 28.11070% | 63.89 |
| 6265 | SHIM, WOOCHAN | WOOCHAN SHIM<br>503 W 121 ST# 51B<br>NEW YORK, NY 10027 | Claim p-2479, Payment 28.11215% | 15.04 |
| 3908 | SIMONS, DAVID P | DAVID P SIMONS<br>4420 ICHABOD LN<br>JUNEAU, AK 99801 | Claim 13676, Payment 28.10935% | 287.39 |
| 6296 | SLETTE, SANDRA | SANDRA SLETTE<br>C/O MAINLINE TRAVEL<br>120 S 6TH ST<br>MINNEAPOLIS, MN 55402-1803 | Claim p-2521, Payment 28.10976% | 23.05 |
| 6349 | ST JOHN, HOLLY JILL | HOLLY JILL ST JOHN<br>C/O TRAVEL UNLIMITED<br>370 SOUTH MAINE<br>FALLON, NV 89406 | Claim p-2594, Payment 28.11111% | 91.08 |
| 6352 | STAHLMAN, PAUL | PAUL STAHLMAN<br>100 ANGLEWOOD DR<br>LENOIR CITY, TN 37772-8504 | Claim p-2599, Payment 28.11268% | 39.92 |
| 6365 | STEPLESKI, MARK | MARK STEPLESKI<br>C/O TRAVEL INCORPORATED<br>7117 EAST RENO<br>MIDWEST CITY, OK 73110 | Claim p-2628, Payment 28.11111% | 30.36 |
| 6366 | STERN, JENNIFER | JENNIFER STERN<br>C/O RAINBOW TRAVEL<br>730 SPICE ISLAND DR.<br>SPARKS, NV 89431 | Claim p-2630, Payment 28.10938% | 71.96 |

| | | | | |
|---|---|---|---|---|
| 6379 | STONE, CARRIE | CARRIE STONE<br>435 SPALM DR #2<br>BEVERLY HOLLS, CA 90212 | Claim p-2643, Payment 28.10843% | 116.65 |
| 2629 | TAN, NORBERT | NORBERT TAN<br>3666 CLARINGTON AVE #203<br>LOS ANGELES, CA 90034 | Claim 12133, Payment 28.10994% | 80.49 |
| 6429 | TAYLOR, CAROL | CAROL TAYLOR<br>PO BOX 6164<br>SAN DIEGO, CA 92166 | Claim p-2706, Payment 28.10820% | 101.42 |
| 6432 | TELFORD, DONALD | DONALD TELFORD<br>C/O OCEAN AIR TRAVEL<br>8950 VILA LA JOLLA DR STE 1172<br>LA JOLLA, CA 92037 | Claim p-2713, Payment 28.12821% | 10.97 |
| 6456 | TIBERTI, BRIANNA | BRIANNA TIBERTI<br>1734 PINE ST<br>BOULDER, CO 80302 | Claim p-2750, Payment 28.09917% | 13.60 |
| 4193 | TISDALE JR, EDWARD C | EDWARD C TISDALE JR<br>3204 SEVEN PINES RD<br>BELLEVILLE, IL 62221 | Claim 14060, Payment 28.10829% | 166.12 |
| 6498 | VALINLUCK, VIMONRAT | VIMONRAT VALINLUCK<br>17118 MAURICE AVE<br>CERRITOS, CA 90703 | Claim p-2836, Payment 28.10897% | 43.85 |
| 6519 | VERHEY, ANNE | ANNE VERHEY<br>182 BRAIDEN HALL<br>FORT COLLINS, CO 80521 | Claim p-2861, Payment 28.10052% | 17.22 |
| 6521 | VERMEIL, PETER | PETER VERMEIL<br>640 CAMELOT DR.<br>BURR RIDGE, IL 60621 | Claim p-2863, Payment 28.10700% | 20.49 |
| 6522 | VERNON, LOUISE | LOUISE VERNON<br>PO BOX 96<br>GAFF, KS 66428 | Claim p-2864, Payment 28.10311% | 18.86 |
| 6535 | VOGEL, JERMONE | JERMONE VOGEL<br>2101 WILLIAMS BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim p-2880, Payment 28.10907% | 178.13 |
| 2950 | WATKINS, JUANITA L | JUANITA L WATKINS<br>948 26TH AVE<br>FAIRBANKS, AK 99701 | Claim 12533, Payment 28.11007% | 110.63 |
| 2949 | WATKINS, TERRANCE R | TERRANCE R WATKINS<br>948 - 26TH AVE<br>FAIRBANKS, AK 99701 | Claim 12532, Payment 28.10855% | 276.56 |
| 1131 | WHEADON, MR/MS | MR/MS WHEADON<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10135, Payment 28.10956% | 276.57 |

| | | | | |
|---|---|---|---|---|
| 6605 | WHEAT, KAREN | KAREN WHEAT<br>PO BOX 6935<br>KETCHIKAN, AK 99901 | Claim p-2975, Payment 28.10753% | 55.31 |
| 6631 | WICHERS, ROY | ROY WICHERS<br>PO BOX 670834<br>CHUGIAK, AK 99567 | Claim p-3004, Payment 28.11014% | 193.96 |
| 6657 | WILLIAMS, P.K. | P.K. WILLIAMS<br>PO BOX 911<br>GAINSVILLE, TX 76241 | Claim p-3035, Payment 28.10909% | 123.68 |
| 6663 | WILLIS, ROY | ROY WILLIS<br>C/O AMERICAN EXPRESS TRAVEL<br>NUGGET MALL<br>8745 GLACIER HIGHWAY SUITE 328<br>JUNEAU, AK 99801 | Claim p-3045, Payment 28.10855% | 276.56 |
| 6699 | WRIGHT, JODY | JODY WRIGHT<br>C/O PEACHTREE TRAVEL MGMT.<br>2 CONCOURSE PKWY STE# 250<br>ATLANTA, GA 30328 | Claim p-3099, Payment 28.11080% | 98.95 |
| 6722 | YOUNG, ROBERT R. | ROBERT R. YOUNG<br>725 N. 6TH ST.<br>ALLENTOWN, PA 18102 | Claim p-3127, Payment 28.10752% | 59.81 |
| 6732 | ZOLLEN, TERESA A. | TERESA A. ZOLLEN<br>2175 STONECROP WAY<br>GOLDEN, CO 80401 | Claim p-3145, Payment 28.10870% | 103.44 |
| | | | | |
| | | | | ~~11,014.35~~ 11,067.19 |