

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____ Mark A'r _____

CASE NUMBER: _____ 95 236 /HAR _____

**FILED**

DEC 15 2009

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| See attached | | 22091.11 |

20653
22091."   AB

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____

TOTAL: $ __22,091.11__

DATE: __12/14/09__

TRUSTEE

| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 2290 | ALLINSON, MATTHEW W | MATTHEW W ALLINSON<br>1641 7TH AVE<br>LANGLEY AFB, VA  23665-5000 | Claim 11703, Payment 28.10919% | 116.67 |
| 7008 | ALOIA, LOUIS | LOUIS ALOIA<br>C/O GARY KING'S ALASKAN<br>EXPERIENCE<br>202 EAST NORTHERN LIGHTS BLVD<br>ANCHORAGE, AK  99503 | Claim p-66, Payment 28.10855% | 276.56 |
| 3558 | AMERICAN EXPRESS TRAV | AMERICAN EXPRESS TRAVEL<br>RELATED SVCS<br>PASSENGER AMEX ACCT JOHN L<br>MASON<br>2810 MERIDIAN PKWY STE 160<br>DURHAM, NC  27713 | Claim 13228, Payment 28.11032% | 78.99 |
| 7133 | AMIK, DAVID | DAVID AMIK<br>C/O CARLSON WAGONLIT TRAVEL<br>729 NE OREGON ST ø SUITE 125<br>PORTLAND, OR  97232 | Claim p-82, Payment 28.10769% | 36.54 |
| 7180 | ANDERSON, ARLENE | ARLENE ANDERSON<br>PO BOX 32339<br>JUNEAU, AK  99803 | Claim p-88, Payment 28.10855% | 276.56 |
| 5136 | ARMBRUSTER, DAVID | DAVID ARMBRUSTER<br>C/O THE TRAVEL COMPANY<br>2800 UNIVERSITY AVENUE S.E.<br>MINNEAPOLIS, MN  55414-3293 | Claim p-108, Payment 28.10923% | 70.20 |
| 1303 | ARNOLD, PATRICK J | PATRICK J ARNOLD<br>1011 9TH AVE<br>GREELEY, CO  80631 | Claim 10354, Payment 28.10847% | 212.50 |
| 5153 | ARORA, TEJINDER | TEJINDER ARORA<br>2120 S. 72NDø SUITE 750<br>OMAHA, NE  68124 | Claim p-110, Payment 28.10968% | 43.57 |
| 5255 | AUBUCHON, CINDY | CINDY AUBUCHON<br>C/O PAMPALONE TRAVEL<br>1911 SOUTHLAKE MALL<br>MERRILLVILLE, IN  46410 | Claim p-123, Payment 28.10850% | 215.03 |



| 5350 | BACCO, MIKE | MIKE BACCO<br>C/O CHOICE TRAVEL SYSTEMS<br>8000 E. QUINCY #1300<br>DENVER, CO 80237 | Claim p-134, Payment 28.10853% | 18.13 |
| 2466 | BAKER, RICHARD & LINDA | RICHARD & LINDA BAKER<br>3516 KENYON DR<br>FT COLLINS, CO 80524 | Claim 11934, Payment 28.10908% | 273.67 |
| 1961 | BAND, TERRIL | TERRIL BAND<br>700 DELAWARE AVE<br>BUFFALO, NY 14209 | Claim 11242, Payment 28.10526% | 10.68 |
| 5626 | BARTLETT, DWAYNE | DWAYNE BARTLETT<br>536 N. SANTA FE<br>VISTA, CA 92083 | Claim p-167, Payment 28.10924% | 66.90 |
| 1261 | BEEDLE, BARBARA | BARBARA BEEDLE<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10300, Payment 28.10855% | 276.56 |
| 2829 | BICKLEY, KRISTEN | KRISTEN BICKLEY<br>517 EAST HOPKINS AVE<br>ASPEN, CO 81611 | Claim 12375, Payment 28.11049% | 46.00 |
| 6153 | BIELSKI, JOEL | JOEL BIELSKI<br>C/O TEPLIS TRAVEL SERVICE<br>5885 GLENRIDGE DRIVE NE STE # 250<br>ATLANTA, GA 30328-5573 | Claim p-233, Payment 28.10859% | 111.31 |
| 1182 | BIRK, TERRY | TERRY BIRK<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10200, Payment 28.10885% | 331.87 |
| 6230 | BJORNSON, MARGARET | MARGARET BJORNSON<br>C/O TUMWATER TRAVEL SERVICE<br>5109-C CAPITOL BLVD<br>TUMWATER, WA 98501 | Claim p-243, Payment 28.10142% | 22.72 |
| 6319 | BLANKEMEYER, ALICE | ALICE BLANKEMEYER<br>7346 VIA AMORITA ST<br>DOWNEY, CA 90241 | Claim p-255, Payment 28.10901% | 193.39 |

| ID | Name | Address | Claim/Payment | Amount |
|---|---|---|---|---|
| 6478 | BOURKE, NOEL | NOEL BOURKE / 10023 NE 127TH PL / KIRKLAND, WA 98034 | Claim p-280, Payment 28.10917% | 64.37 |
| 2759 | BRADFORD, DOROTHY | DOROTHY BRADFORD / 17875 E COLGATE PL / AURORA, CO 80013 | Claim 12296, Payment 28.11011% | 136.84 |
| 6750 | BROWN, SEANA | SEANA BROWN / 127 21ST ST. / MANHATTAN BEACH, CA 90266 | Claim p-329, Payment 28.11111% | 65.78 |
| 6759 | BUERECK, BRENT | BRENT BUERECK / 1801 ROYAL LANE #902 / DALLAS, TX 75229 | Claim p-342, Payment 28.10984% | 122.84 |
| 6768 | BURLINGAME, CLIFF | CLIFF BURLINGAME / C/O GARY KING'S ALASKAN / EXPERIENCE / 202 EAST NORTHERN LIGHTS BLVD / ANCHORAGE, AK 99503 | Claim p-356, Payment 28.10956% | 276.57 |
| 6776 | BUYER, KATIE | KATIE BUYER / C/O UNIGLOBE GREATLAND / 329 HARBOR DR STE# 101 / SITKA, AK 99835 | Claim p-365, Payment 28.10764% | 64.76 |
| 6782 | CALLEY, DAVID | DAVID CALLEY / 1855 W. KAIBAB LANE / FLAGSTAFF, AZ 86001 | Claim p-373, Payment 28.10784% | 57.34 |
| 1437 | CARLYLE, DEBBIE | DEBBIE CARLYLE / BOX 637 / WEST YELLOWSTONE, MT 59758 | Claim 10528, Payment 28.10840% | 47.61 |
| 6851 | CIUDAL, JACK | JACK CIUDAJ / 7950 GRIZZLY WAY / EVERGREEN, CO 80439 | Claim p-460, Payment 28.11000% | 56.22 |
| 6861 | CLAYTON, JOHN | JOHN CLAYTON / 842 VIRGIL ST. NE / ATLANTA, GA 30307 | Claim p-471, Payment 28.11224% | 27.55 |

| No. | Name | Address | Claim / Payment | Amount |
|---|---|---|---|---|
| 4952 | COLGAN, LEWIS | LEWIS COLGAN CARLSON WAGONLIT TRAVEL 4582 S ULSTER ST PKWY- INSUFFICIENT ADDRESS DENVER, CO 80237 | Claim 16219, Payment 28.10256% | 21.92 |
| 1435 | COOK, BRUCE W | BRUCE W COOK 4624 GORDON DR BOULDER, CO 80303 | Claim 10522, Payment 28.10795% | 49.47 |
| 6918 | CROWLEY, GERTRUDE | GERTRUDE CROWLEY 615 N. MARION OAK PARK, IL 60302 | Claim p-545, Payment 28.10204% | 13.77 |
| 6932 | DALTON, MARK | MARK DALTON 8145 S. POPLAR WAY F104 ENGLEWOOD, CO 80112 | Claim p-568, Payment 28.10863% | 87.98 |
| 6935 | DANIELS, MARI ANNE | MARI ANNE DANIELS C/O 2211 E. NORTHERN LIGHTS BLVD. #204 ANCHORAGE, AK 99504 | Claim p-572, Payment 28.11340% | 27.27 |
| 6945 | DAVIES, ALEXANDRA | ALEXANDRA DAVIES 2990 AURORA #2 BOULDER, CO 80303 | Claim p-582, Payment 28.11111% | 55.66 |
| 6959 | DAWSON, DEAN | DEAN DAWSON 715 PEACE PORTAL DR. BLAINE, WA 98230 | Claim p-596, Payment 28.10931% | 277.72 |
| 2485 | DE LEON, GONZALO | GONZALO DE LEON C/O JESSE DELEON 320 OAK FOREST BUDA, TX 78610 | Claim 11959, Payment 28.10857% | 282.21 |
| 3328 | DEAN, MICHAEL R | MICHAEL R DEAN 4318 CANIFER LN JUNEAU, AK 99801 | Claim 12965, Payment 28.10855% | 276.56 |
| 5055 | DEMERS, JAMES G | JAMES G DEMERS 2757-1 DOUGLAS HWY JUNEAU, AK 99801 | Claim 16708, Payment 28.10855% | 276.56 |
| 7005 | DOMERICO, BERNADINE | BERNADINE DOMERICO 1790 ROBB ST LAKEWOOD, CO 80215 | Claim p-655, Payment 28.10714% | 55.09 |

| 7007 | DONALDSON, SELINA | SELINA DONALDSON<br>C/O CAROLINA MEETING &<br>INCENTIVE GROUP<br>2801 BLUE RIDGE RD. #101<br>RALEIGH, NC 27607 | Claim p-657, Payment 28.10952% | 59.03 |
| 7013 | DOSS, CAROL | CAROL DOSS<br>C/O PARK AVENUE TRAVEL<br>PO BOX 1086<br>MONTROSE, CO 81402-1086 | Claim p-665, Payment 28.10922% | 115.81 |
| 7022 | DRUM, CHARLES | CHARLES DRUM<br>C/O TAN TRAVEL<br>107 SOUTH MARION STREET<br>OAK PARK, IL 60302 | Claim p-677, Payment 28.10949% | 38.51 |
| 7036 | DWYER, PATRICK | PATRICK DWYER<br>C/O AMERICAN EXPRESS TRAVEL<br>10 E. 53RD ST., MEZZANINE LEVEL<br>NEW YORK, NY 10022 | Claim p-694, Payment 28.10949% | 38.51 |
| 7061 | ELLIS, DON | DON ELLIS<br>C/O RESERVATION TRAVEL SVCS<br>2809 N. BROADWAY<br>PITTSBURG, KS 66762 | Claim p-720, Payment 28.10680% | 57.90 |
| 7083 | ESPINOZA, RAY | RAY ESPINOZA<br>4349 S. XENOPHON ST.<br>MORRISON, CO 80465-1349 | Claim p-752, Payment 28.11111% | 40.48 |
| 1254 | EVITTS, PAULA M | PAULA M EVITTS<br>PO BOX 16102<br>SEATTLE, WA 98116 | Claim 10293, Payment 28.10829% | 84.10 |
| 7100 | FAVERTYý, TOM | TOM FAVERTYý<br>PO BOX 237<br>AKIAK, AK 99552 | Claim p-775, Payment 28.10577% | 29.23 |
| 7122 | FITTERER, SCOTT | SCOTT FITTERER<br>C/O TRAVEL ONE<br>16150 NE 85TH STE# 116<br>REDMOND, WA 98052 | Claim p-806, Payment 28.11042% | 134.93 |

| | | | |
|---|---|---|---|
| 7152 | FRISBY, KATIE | KATIE FRISBY<br>C/O COOK TRAVEL<br>PO BOX 1877<br>BILLINGS, MN 59103 | Claim p-842, Payment 28.11064% | 66.06 |
| 7158 | FUNNER, MICHAEL | MICHAEL FUNNER<br>1212y 150TH PL. y S.E.<br>BELLEVUE, WA 98007 | Claim p-850, Payment 28.10938% | 179.90 |
| 1181 | GASSAWAY, BRENDA | BRENDA GASSAWAY<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10199, Payment 28.10889% | 291.18 |
| 7190 | GIBSON, JUNE | JUNE GIBSON<br>10113 SALIUX CIRCLE<br>ANCHORAGE, AK 99507 | Claim p-890, Payment 28.10855% | 276.56 |
| 7214 | GONZALEZY, JOSE ANTON | JOSE ANTONIO GONZALEZy<br>C/O TRAVEL TALK<br>20143 SATICOY STREET<br>CAGONA PARK, CA 91306 | Claim p-919, Payment 28.10909% | 154.60 |
| 7220 | GOOLSBY, GINA | GINA GOOLSBY<br>21600 24TH AVE S.E. #104<br>DES MOINES, WA 98198 | Claim p-926, Payment 28.10781% | 5.11 |
| 7225 | GORMAN, JAMES | JAMES GORMAN<br>C/O UNIGLOBE GREATLAND<br>329 HARBOR DR STE# 101<br>SITKA, AK 99835 | Claim p-931, Payment 28.10981% | 129.53 |
| 7231 | GRANT, SHEILA | SHEILA GRANT<br>15229 BRASSIE DR<br>ORLAND PARK, IL 60462 | Claim p-938, Payment 28.11290% | 17.43 |
| 7237 | GRAY, MATTHEW | MATTHEW GRAY<br>C/O UNIVERSAL TRAVEL<br>1200 ASHWOOD PARKWAY STE 552<br>ATLANTA, GA 30338 | Claim p-946, Payment 28.10800% | 70.27 |
| 7239 | GREEN, MILTON | MILTON GREEN<br>2900 S. PARKER CT<br>AURORA, CO 80014 | Claim p-948, Payment 28.11111% | 58.19 |

6

| | | |
|---|---|---|
| 3914 | FRANK L GURRTIN<br>GURRTIN, FRANK L<br>BOX 32254<br>JUNEAU, AK 99803 | Claim 13683, Payment 28.10294% | 19.11 |
| 7276 | HALL, ERIN<br>ERIN HALL<br>1121 UNIVERSITY A<br>BOULDER, CO 80302 | Claim p-993, Payment 28.10294% | 19.11 |
| 2904 | HALL, TERRANCE W<br>TERRANCE W HALL<br>751 7TH AVE #A<br>FAIRBANKS, AK 99701-4428 | Claim 12481, Payment 28.10883% | 371.52 |
| 1125 | HALLY, SUMMER<br>SUMMER HALLY<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10127, Payment 28.10821% | 172.68 |
| 5082 | HANSON, BEVERLY<br>BEVERLY HANSON<br>AK PSYCHIATRIC INSTITUTE<br>DIVISION OF MEN<br>2900 PROVIDENCE DR.<br>ANCHORAGE, AK 99508-4677 | Claim p-1016, Payment 28.10000% | 5.62 |
| 5089 | HARDWICKE, DAVID<br>DAVID HARDWICKE<br>C/O PROFESSIONAL<br>TRAVEL/STORAGETEK<br>2270 SOUTH 88TH ST.<br>LOUISVILLE, CO 80028-4117 | Claim p-1023, Payment 28.10556% | 34.29 |
| 5095 | HARRIS, MATTHEW S<br>MATTHEW S. HARRIS<br>120 SAGE<br>LITTLETON, CO 80127 | Claim p-1031, Payment 28.10897% | 149.09 |
| 5143 | HERATY, PATRICK<br>PATRICK HERATY<br>PO BOX 328<br>WINFIELD, IL 60190 | Claim p-1088, Payment 28.10931% | 138.86 |
| 3747 | HERREN, CYNTHIA L<br>CYNTHIA L HERREN<br>7508 FOXRIDGE WAY #G<br>ANCHORAGE, AK 99518 | Claim 13460, Payment 28.10676% | 59.71 |
| 4774 | HETTINGER, PETER<br>PETER HETTINGER<br>7995 NORTH DOUGLAS HWY<br>JUNEAU, AK 99801 | Claim 15645, Payment 28.11066% | 60.66 |

| | | | | |
|---|---|---|---|---|
| 2060 | HEWITT, DEBBIE | DEBBIE HEWITT<br>PO BOX 653y<br>BENTON, TN 37307 | Claim 11378, Payment 28.11100% | 58.35 |
| 2029 | HEWITT, TABATHA | TABATHA HEWITT<br>PO BOX 653y<br>BENTON, TN 37307 | Claim 11335, Payment 28.11100% | 58.35 |
| 1179 | HILMES, SHARON | SHARON HILMES<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10197, Payment 28.10889% | 291.18 |
| 5171 | HOFFER, PATRICK | PATRICK HOFFER<br>C/O SANDUSKY TRAVEL SERVICE<br>167 E WASHINGTON ROW<br>SANDUSKY, OH 44870 | Claim p-1120, Payment 28.10976% | 58.80 |
| 2789 | HOHLOCH, VERNON & MIC | VERNON & MICHELLE HOHLOCH<br>11958 VIA FELICIA<br>EL CAJON, CA 92019 | Claim 12330, Payment 28.10959% | 116.25 |
| 4884 | HOLMBERG, BERNELDA | BERNELDA HOLMBERG<br>RR-1 BOX 104<br>VESTA, MN 56292 | Claim 15980, Payment 28.10888% | 73.01 |
| 5196 | HOPE, JOSEPH | JOSEPH HOPE<br>C/O DOLLINGER TRAVEL<br>502 SOUTH MAIN STREET SUITE 200<br>CANANDAIGUA, NY 14424 | Claim p-1150, Payment 28.10811% | 20.80 |
| 5200 | HOROWITZ, JOAN | JOAN HOROWITZ<br>60 GRAYMOOR LANE<br>OLYMPIA FIELDS, IL 60461 | Claim p-1155, Payment 28.10811% | 72.80 |
| 1095 | HORTER, PATRICIA | PATRICIA HORTER<br>PO BOX 670<br>BARROW, AK 99723 | Claim 10095, Payment 28.10956% | 276.57 |
| 5217 | HUBBARD, DORA | DORA HUBBARD<br>333 W 20TH AVE<br>GARY, IN 46404 | Claim p-1176, Payment 28.10778% | 46.94 |
| 2490 | HUERD, NANCY | NANCY HUERD<br>1328 AGAPE WAY<br>LAFAYETTE, CO 80026 | Claim 11965, Payment 28.11475% | 17.15 |

| 5223 | HUGGINS, RUTH | RUTH HUGGINS<br>C/O MR CHEAPS TRAVEL<br>4021 EAST ARKANSAS<br>DENVER, CO 80222 | Claim p-1185, Payment 28.10698% | 60.43 |
| 5225 | HUGHES, PAUL | PAUL HUGHES<br>PO BOX 535<br>SHARON, TN 38255 | Claim p-1189, Payment 28.11313% | 28.13 |
| 3508 | IRWIN, GARY M | GARY M IRWIN<br>PO BOX 20605<br>JUNEAU, AK 99802-0605 | Claim 13171, Payment 28.10855% | 276.56 |
| 5249 | ISAACSON, ROXANNE | ROXANNE ISAACSON<br>2330 SENATOR COURT<br>LOUISVILLE, CO 80027 | Claim p-1222, Payment 28.10920% | 48.91 |
| 5259 | JACKSON, MARK | MARK JACKSON<br>C/O HOOSIER TRAVEL<br>6640 CALUMET AVE.<br>HAMMOND, IN 46324 | Claim p-1235, Payment 28.10769% | 18.27 |
| 3127 | JANOWIEC, MR/MS | MR/MS JANOWIEC<br>C/O FAMILY TRAVEL SERVICE INC<br>9105 MENDENHALL MALL STE 130<br>JUNEAU, AK 99801 | Claim 12733, Payment 28.10937% | 285.49 |
| 4719 | JENSEN, SCOTT | SCOTT JENSEN<br>PO BOX 32938<br>JUNEAU, AK 99803 | Claim 15501, Payment 28.10956% | 276.57 |
| 5276 | JEROME, JANET | JANET JEROME<br>1234 49TH AVE<br>GREELEY, CO 80634 | Claim p-1254, Payment 28.10778% | 46.94 |
| 5288 | JOHNSON, JANET | JANET JOHNSON<br>PO BOX 106 AA RT RD HC5<br>AITKIN, MN 56431 | Claim p-1268, Payment 28.10643% | 44.47 |
| 5295 | JOHNSON, RON | RON JOHNSON<br>C/O EMERALD TRAVEL & CRUISES<br>1203 IRA E. WOODS AVE.<br>GRAPEVINE, TX 76051 | Claim p-1276, Payment 28.10596% | 42.44 |

9

| | | | |
|---|---|---|---|
| 5319 | JONES, WILLIAM | WILLIAM JONES<br>C/O THE TRAVEL COMPANY<br>2800 UNIVERSITY AVENUE S.E.<br>MINNEAPOLIS, MN 55414-3293 | Claim p-1302, Payment 28.11105% | 62.98 |
| 5351 | KAUFMAN, SHARI | SHARI KAUFMAN<br>8932 29TH AVENUE NORTH<br>NEW HOPE, MN 55427 | Claim p-1341, Payment 28.10945% | 56.50 |
| 5353 | KEENE, ROY | ROY KEENE<br>C/O ANCHORAGE TRAVEL<br>523 W THIRD AVENUE<br>ANCHORAGE, AK 99501 | Claim p-1343, Payment 28.10559% | 9.05 |
| 5358 | KELILA, NICK | NICK KELILA<br>PO BOX 225<br>ANIAK, AK 99557 | Claim p-1348, Payment 28.11250% | 44.98 |
| 4043 | KELLEY, C V | C V KELLEY<br>2323 N CENTRAL #703<br>PHOENIX, AZ 85004 | Claim 13853, Payment 28.10929% | 51.44 |
| 5359 | KELLOGG, TUCKER | TUCKER KELLOGG<br>738 ITHACA DRIVE<br>BOULDER, CO 80303 | Claim p-1349, Payment 28.10811% | 41.60 |
| 5396 | KNAPP, CALVIN ROY | CALVIN ROY KNAPP<br>C/O WORLD TRAVEL SERVICE<br>HELMERICH & PAYNE BLDG<br>1579 E 21ST ST<br>TULSA, OK 74114 | Claim p-1396, Payment 28.10854% | 157.97 |
| 5399 | KNAPP, NANCY | NANCY KNAPP<br>C/O UNIGLOBE GREATLAND<br>329 HARBOR DR STE# 101<br>SITKA, AK 99835 | Claim p-1399, Payment 28.10764% | 64.76 |
| 3279 | KOBY, DAWN MACHADO | DAWN MACHADO KOBY<br>13900 VENUS WAY<br>ANCHORAGE, AK 99515 | Claim 12907, Payment 28.10884% | 299.05 |
| 5418 | KRALY, DESIREE | DESIREE KRALY<br>821 DAVID DRIVE<br>CHULA VISTA, CA 91910 | Claim p-1421, Payment 28.10691% | 29.13 |

10

| | | | |
|---|---|---|---|
| 5419 | KRAMER, JOEL | JOEL KRAMER<br>738 WASHINGTON BLVD<br>MARINA DEL RAY, CA 90292 | Claim p-1422, Payment 28. 10791% | 39.07 |
| 5439 | LAIL, RUTH | RUTH LAIL<br>C/O TRINITY TRAVEL<br>3030 LBJ FREEWAY #130<br>DALLAS, TX 75234 | Claim p-1448, Payment 28. 11111% | 45.54 |
| 5443 | LALICH, ADAM | ADAM LALICH<br>PO BOX 8370<br>KODIAK, AK 99615 | Claim p-1451, Payment 28. 10566% | 34.07 |
| 2226 | LAR, REDE | REDE LAR<br>261 S HUDSON #5<br>PASADENA, CA 91101 | Claim 11609, Payment 28. 10884% | 41.32 |
| 5457 | LARSON, GREG | GREG LARSON<br>C/O APEX TRAVEL<br>4323 MOORPARK AVE<br>SAN JOSE, CA¥ 95129 | Claim p-1469, Payment 28. 10794% | 88.54 |
| 1180 | LINDQUIST, ERIK | ERIK LINDQUIST<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10198, Payment 28. 10855% | 276.56 |
| 5515 | LONG, DONALD | DONALD LONG<br>PO BOX 780<br>HINCKLEY, IL 60520 | Claim p-1535, Payment 28. 11017% | 99.51 |
| 5518 | LOOMIS, JAMES | JAMES LOOMIS<br>C/O CARLSON TRAVEL NETWORK<br>21 DANIEL ST<br>PORTSMOUTH, NH 03801 | Claim p-1538, Payment 28. 10577% | 29.23 |
| 2441 | LUCEY, REBECCA | REBECCA LUCEY<br>1009 COOK<br>DENVER, CO 80200 | Claim 11898, Payment 28. 10884% | 58.16 |
| 1423 | LYBARGER, EUGENE | EUGENE LYBARGER<br>BOX 25<br>KASILOF, AK 99610 | Claim 10503, Payment 28. 10855% | 276.56 |
| 3614 | LYONS, MARCELLA J | MARCELLA J LYONS<br>11811 MOOSE RD<br>ANCHORAGE, AK 99516-2471 | Claim 13297, Payment 28. 10877% | 288.93 |

| | | | | |
|---|---|---|---|---|
| 2566 | MADDOX, LETA M | LETA M MADDOX<br>1818 NW PALMER LN<br>BREMERTON, WA 98311 | Claim 12061, Payment 28.10949% | 77.02 |
| 5557 | MAGEE, JAMES | JAMES MAGEE<br>PO BOX 12021<br>BAKERSFIELD, CA 93389 | Claim p-1589, Payment 28.10000% | 11.24 |
| 4501 | MAHER, TIMOTHY J | TIMOTHY J MAHER<br>1779 FRAWLEY DR<br>SUN PRAIRIE, WI 53590-1089 | Claim 14799, Payment 28.10840% | 207.44 |
| 5568 | MANIER, JERRY | JERRY MANIER<br>PO BOX 19408<br>THORNE, BAY 99979 | Claim p-1602, Payment 28.10884% | 41.32 |
| 5595 | MARTINEZ, DANIELA | DANIELA MARTINEZ<br>C/O TRAVEL TALK<br>20143 SATICOY STREET<br>CAGONA PARK, CA 91306 | Claim p-1631, Payment 28.10909% | 77.30 |
| 4842 | MARTINEZ, KIMBERLY | KIMBERLY MARTINEZ<br>C/O DAVID EARLES<br>PO BOX 33234<br>NORTHGLENN, CO 80233 | Claim 15840, Payment 28.10949% | 38.51 |
| 1260 | MASSEY, DAVE | DAVE MASSEY<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10299, Payment 28.11007% | 110.63 |
| 1124 | MAYER, JAMES E | JAMES E MAYER<br>PO BOX 33212<br>JUNEAU, AK 99803 | Claim 10126, Payment 28.10956% | 276.57 |
| 5622 | MCCANN, LISE | LISE MCCANN<br>PO BOX 74301<br>FAIRBANKS, AK 99707 | Claim p-1663, Payment 28.10753% | 165.93 |
| 1451 | MCCOLLOUGH, T R | T R MCCOLLOUGH<br>1561 SE FIRST ST<br>EAST WENATCHEE, WA 98802 | Claim 10547, Payment 28.10914% | 88.60 |
| 3805 | MCCONAHEY, NELL J | NELL J MCCONAHEY<br>1650 HARBOR WAY<br>JUNEAU, AK 99801 | Claim 13525, Payment 28.10898% | 387.19 |

| 5638 | MCGLOOY, JAMES | JAMES MCGLOOY<br>14416 E WAREEN AVE<br>AURORA, CO 80014 | Claim p-1684, Payment 28.11290% | 52.29 |
| 5641 | MCGUIRE, PATRICK | PATRICK MCGUIRE<br>C/O ADELMAN TRAVEL<br>7040 N PT WASHINGTON RD<br>MILWAUKEE, WI 53217 | Claim p-1687, Payment 28.10753% | 52.28 |
| 5658 | MCPIKE, JULIE M | JULIE M MCPIKE<br>223 NORTH MELDRUM<br>FORT COLLINS, CO 80521 | Claim p-1705, Payment 28.10825% | 54.53 |
| 5664 | MEEKS, RITA A | RITA A MEEKS<br>5147 NORTH NINTH AVENUE SUITE 403<br>PENSACOLA, FL 32504 | Claim p-1713, Payment 28.10800% | 70.27 |
| 3182 | MONTGOMERY, KATHERINE M | KATHERINE M MONTGOMERY<br>9201 EMILY WAY<br>JUNEAU, AK 99801 | Claim 12796, Payment 28.10914% | 295.68 |
| 2451 | MOONEYHAN, B BRIAN | B BRIAN MOONEYHAN<br>119 YALE AVE N<br>SEATTLE, WA 98109 | Claim 11914, Payment 28.10858% | 25.68 |
| 5732 | MORAND, LESLIE | LESLIE MORAND<br>C/O CARLSON WAGONLIT TRAVEL<br>THIRD LEVEL ATRIUM<br>1333 FIFTH AVENUE<br>SEATTLE, WA 98101 | Claim p-1790, Payment 28.11275% | 57.35 |
| 5740 | MORGAN, RANDALL | RANDALL MORGAN<br>9001 BALTIMORE ST. NE<br>BLAINE, MN 55449 | Claim p-1801, Payment 28.11017% | 33.17 |
| 5751 | MORRISON, RANCE | RANCE MORRISON<br>PO BOX 1047<br>DUTCH HARBOR, AK 99692 | Claim p-1813, Payment 28.11731% | 14.86 |
| 5758 | MUELLER, SARA | SARA MUELLER<br>PO BOX 5667<br>CHINIAK, AK 99615 | Claim p-1824, Payment 28.10000% | 14.05 |

| | | | |
|---|---|---|---|
| 5765 | MUNOZ, JOSE LUIS<br>C/O VIKING TRAVEL SERVICE<br>PO BOX 1098<br>SOLVANG, CA 93463 | Claim p-1832, Payment 28.10944% | 130.99 |
| 5784 | NAPIER, LA<br>LA NAPIER<br>7353 BROOK FOREST WAY<br>EVERGREEN, CO 80439 | Claim p-1854, Payment 28.10811% | 41.60 |
| 5790 | NEFF, VICTORIA<br>VICTORIA NEFF<br>1675 WILLOW ST<br>DENVER, CO 80220-2211 | Claim p-1864, Payment 28.10748% | 60.15 |
| 5795 | NELSON, KAREN<br>KAREN NELSON<br>1040 HARRISON ST<br>DENVER, CO 80206 | Claim p-1870, Payment 28.11034% | 40.76 |
| 5796 | NELSON, LEE<br>LEE NELSON<br>C/O GET AWAY TRAVEL<br>1891 HOOVER CT<br>BIRMINGHAM, AL 35226 | Claim p-1871, Payment 28.11304% | 32.33 |
| 5812 | NGUYEN, TAMISINA<br>TAMISINA NGUYEN<br>C/O CHOICE TRAVEL & CRUISE<br>3501 S SHIELDS ST<br>COLLINS, CO 80526 | Claim p-1890, Payment 28.10909% | 7.73 |
| 5832 | NUSBAUM, DEAN<br>DEAN NUSBAUM<br>C/O SCHOOL DIST. 12<br>11285 HIGHLINE DR.<br>NORTHGLENN, CO 80233 | Claim p-1917, Payment 28.10744% | 34.01 |
| 5848 | OGILVIE, DOUGLAS<br>DOUGLAS OGILVIE<br>2499 PEACHTREE RD. # 202<br>ATLANTA, GA 30305 | Claim p-1934, Payment 28.11111% | 63.25 |
| 5857 | OLIVAS, V<br>V OLIVAS<br>C/O AMERICA'S TRAVEL CENTER<br>6633 FALLBROOK AVE STE# 706<br>WEST HILLS, CA 91307 | Claim p-1944, Payment 28.11034% | 40.76 |
| 5865 | ORLANDO, SHARMAINE<br>SHARMAINE ORLANDO<br>429 N NVEADA #5<br>COLORADO SPRINGS, CO 80903 | Claim p-1956, Payment 28.11392% | 22.21 |

/14

| 5876 | OVERMAN, SIMONE | SIMONE OVERMAN
2337 ROSCOMARE RD. # 2-221
BELAIRE, CA 90077 | Claim p-1970, Payment 28.11111% | 55.66 |
| 5915 | PAYTON, GARY | GARY PAYTON
C/O EMERALD TRAVEL & CRUISES
1203 IRA E. WOODS AVE.
GRAPEVINE, TX 76051 | Claim p-2018, Payment 28.10596% | 42.44 |
| 3833 | PEREZ MD, PEDRO E | PEDRO E PEREZ MD
PHS HOSPITAL
BARROW, AK 99723 | Claim 13560, Payment 28.10910% | 519.40 |
| 5945 | PETTINGILL, KATHERINE A | KATHERINE A PETTINGILL
PO BOX 2611
CORDOVA, AK 99574-2611 | Claim p-2058, Payment 28.10855% | 276.56 |
| 5952 | PHAM, SALLY | SALLY PHAM
16210 WEDGEWORTH DR.
HACIENDA HEIGHTS, CA 91745 | Claim p-2064, Payment 28.10606% | 37.10 |
| 5968 | PLOUGH, CAROL | CAROL PLOUGH
C/O UNIVERSAL TRAVEL
1200 ASHWOOD PARKWAY STE 552
ATLANTA, GA 30338 | Claim p-2088, Payment 28.10800% | 70.27 |
| 2165 | POHL, STEPHEN A | STEPHEN A POHL
2115 MISTY GLEN
COLUMBIA, MO 65203 | Claim 11527, Payment 28.10901% | 184.01 |
| 1132 | POLK, MARY | MARY POLK
C/O FAMILY TRAVEL
9105 MENDENHALL MALL #130
JUNEAU, AK 99801 | Claim 10136, Payment 28.10821% | 57.56 |
| 5980 | PRATT, DAVID | DAVID PRATT
PO BOX 5012
KOLIGANEK, AK 99576 | Claim p-2103, Payment 28.10000% | 16.86 |
| 5986 | PRICE, MARY | MARY PRICE
PHS HOSPITAL
BARROW, AK 99723 | Claim p-2113, Payment 28.10972% | 172.47 |
| 5990 | PROBASCO, DAVID | DAVID PROBASCO
1339 AUTUMN LEAF CT.
COLUMBUS, GA 31904 | Claim p-2117, Payment 28.10606% | 37.10 |

15

| | | | |
|---|---|---|---|
| 2421 | QUEEN, TOMMY | TOMMY QUEEN<br>300 RIVER BAY DR<br>LOT 9193<br>LINCOLN, AL  35096 | Claim 11871, Payment 28. 10885% |
| 6005 | QUICKEL, JERRY | JERRY QUICKEL<br>C/O UNIVERSAL TRAVEL<br>1200 ASHWOOD PARKWAY STE 552<br>ATLANTA, GA  30338 | Claim p-2137, Payment 28. 10800% |
| 6025 | RAY, DEE | DEE RAY<br>7475 W 5TH AVE SUITE 203<br>LAKEWOOD, CO  80226 | Claim p-2169, Payment 28. 10904% |
| 6029 | RECTOR, DAVE | DAVE RECTOR<br>PO BOX 3571<br>HOMER, AK  99603 | Claim p-2175, Payment 28. 10795% |
| 6042 | RENICK, MARTHA | MARTHA RENICK<br>C/O TAN TRAVEL<br>107 SOUTH MARION STREET<br>OAK PARK, IL  60302 | Claim p-2194, Payment 28. 10949% |
| 6043 | RENN, DAVID | DAVID RENN<br>1480 GREENBRIAR BLVD.<br>BOULDER, CO  80303 | Claim p-2196, Payment 28. 10417% |
| 1235 | RENO, LUANN | LUANN RENO<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK  99801 | Claim 10271, Payment 28. 10855% |
| 6057 | RICHARDS, ANDRA | ANDRA RICHARDS<br>C/O CHOICE TRAVEL SYSTEMS<br>2529 N. LINCOLN<br>LOVELAND, CO  80538 | Claim p-2215, Payment 28. 10606% |
| 6059 | RICHARDS, JIM | JIM RICHARDS<br>C/O CHOICE TRAVEL SYSTEMS<br>2529 N. LINCOLN<br>LOVELAND, CO  80538 | Claim p-2217, Payment 28. 10606% |
| 1536 | RIEHLE, ELIZABETH ANN | ELIZABETH ANN RIEHLE<br>6346 N CENTRAL AVE<br>INDIANAPOLIS, IN  46220 | Claim 10668, Payment 28. 10945% |

| |
|---|
| 216.50 |
| 70.27 |
| 105.69 |
| 49.47 |
| 38.51 |
| 26.98 |
| 276.56 |
| 7.42 |
| 7.42 |
| 56.50 |

16

| Number | Name | Address | Claim/Payment | Amount |
|---|---|---|---|---|
| 6076 | RISTICK FAMILY | BILSON RISNER / ****FORWARDING ORDER EXPIRED; / DE 7079**** / 4157 #86TH STREET / FT. WAINWRIGHT, AK 99703 RISTICK / FAMILY / C/O UNIGLOBE TRAVEL / 4009 TACOMA MAILL BLVD / TACOMA, WA 98409 | Claim p-2238, Payment 28.10870% | 232.74 |
| 6112 | ROETKER, BOB | BOB ROETKER / C/O AMERICAN EXPRESS / 425 WALNUT ST / CINCINNATI, OH 45202 | Claim p-2284, Payment 28.10924% | 133.80 |
| 6117 | ROMANKO, JAMES | JAMES ROMANKO / 179 FALLON DR. / HENDERSON, NV 89014 | Claim p-2289, Payment 28.10680% | 28.95 |
| 6122 | RONEY, KIMBERLY K | KIMBERLY K RONEY / C/O AMERICAN EXPRESS MARIOTT / ONSITE / 10400 FERNWOOD RD. RM 111 / BETHESDA, MD 20817 | Claim p-2293, Payment 28.11021% | 86.72 |
| 1178 | RUBESICH, ANNE | ANNE RUBESICH / C/O FAMILY TRAVEL / 9105 MENDENHALL MALL #130 / JUNEAU, AK 99801 | Claim 10196, Payment 28.10920% | 424.73 |
| 6145 | RUBIN, DAVID | DAVID RUBIN / BOX 1210 / BARROW, AK 99723 | Claim p-2319, Payment 28.10744% | 68.02 |
| 3093 | RYAN, MILLIE | MILLIE RYAN / PO BOX 22111 / JUNEAU, AK 99802 | Claim 12694, Payment 28.10923% | 165.94 |
| 6161 | SABOURIN, ROBERT | ROBERT SABOURIN / PO BOX 845 SKI HILL ROAD / CORDOVA, AK 99574 | Claim p-2339, Payment 28.10989% | 47.68 |
| 4013 | SHAKESPEARE, LORI | LORI SHAKESPEARE / PO BOX 34819 / JUNEAU, AK 99803 | Claim 13802, Payment 28.10976% | 138.30 |

12

| | | | | |
|---|---|---|---|---|
| 6287 | SKEDEL, ROBERT | ROBERT SKEDEL<br>251 REPUBLIC AVE.<br>JOLIET, IL 60435 | Claim p-2511, Payment 28.10853% | 18.13 |
| 2873 | SKILLINGS, P | P SKILLINGS<br>C/O FAMILY TRAVEL SERVICE INC<br>9105 MENDENHALL MALL STE 130<br>JUNEAU, AK 99801 | Claim 12443, Payment 28.10855% | 276.56 |
| 6311 | SMITH, GEORGE | GEORGE SMITH<br>P.O. BOX 36<br>TOGIAK, AK 99678 | Claim p-2541, Payment 28.10658% | 21.94 |
| 3812 | SMOLEN, DONALD | DONALD SMOLEN<br>258 BROOKWAY RD<br>MERION, PA 19066 | Claim 13534, Payment 28.10938% | 89.95 |
| 1306 | SNAVLEY, LAVONNE LYNN | LAVONNE LYNN SNAVLEY<br>PO BOX 21047<br>JUNEAU, AK 99802 | Claim 10358, Payment 28.10945% | 276.85 |
| 6334 | SOBER, BRIAN | BRIAN SOBER<br>C/O UNIGLOBE SELECT TRAVEL<br>12600 WEST COLFAX SUITE A-140<br>LAKEWOOD, CO 80215 | Claim p-2567, Payment 28.11220% | 57.63 |
| 1176 | SORRELL, DOUGLAS | DOUGLAS SORRELL<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10193, Payment 28.11007% | 110.63 |
| 6346 | SPEINBRING, GLORIA | GLORIA SPEINBRING<br>C/O FIRST TRAVELCORP<br>4513 CREEDMOOR ROAD SUITE 200<br>RALEIGH, NC 27612 | Claim p-2584, Payment 28.10606% | 37.10 |
| 3037 | SPENCE, JEANNE L | JEANNE L SPENCE<br>1881 PINEDALE ST<br>MEDFORD, OR 97504 | Claim 12628, Payment 28.11111% | 50.60 |
| 6347 | SPINDEN, RUTH | RUTH SPINDEN<br>1601 N COLLEGE AVE # 87<br>FT COLLINS, CO 80524 | Claim p-2588, Payment 28.11200% | 17.57 |
| 6361 | STEIN, ERICA | ERICA STEIN<br>PO BOX 207<br>SOMERS, NY 10589 | Claim p-2621, Payment 28.11111% | 80.96 |

| 6368 | STEVENS, ALISSA | ALISSA STEVENS<br>6331 LOST CIR.<br>ANCHORAGE, AK 99502 | Claim p-2632, Payment 28.10855% | 276.56 |
| 6370 | STEWART, GLADENE | GLADENE STEWART<br>PO BOX 341<br>KODIAK, AK 99615 | Claim p-2634, Payment 28.10956% | 276.57 |
| 6372 | STICKLAND, SARAH | SARAH STICKLAND<br>C/O CANDLERIDGE TRAVEL<br>7317 SOUTH HULEN<br>FT. WORTH, TX 76133 | Claim p-2636, Payment 28.10526% | 10.68 |
| 6377 | STOLLMAN, STEVEN | STEVEN STOLLMAN<br>6338 E EMPORIA CIRCLE<br>ENGLEWOOD, CO 80111 | Claim p-2641, Payment 28.10962% | 146.17 |
| 6381 | STONE, ELIZABETH | ELIZABETH STONE<br>C/O CRUISE AND TOUR ASSOC.<br>213 WEST NINTH ST<br>CINCINNATI, OH 45202 | Claim p-2645, Payment 28.10969% | 110.19 |
| 2164 | STRANG, CARMA | CARMA STRANG<br>2115 MISTY GLEN<br>COLUMBIA, MO 65203 | Claim 11526, Payment 28.10901% | 184.01 |
| 6395 | SUBRAMANIAN, R | R SUBRAMANIAN<br>3133 KINGRIDGE WAY<br>GLENDALE, CA 91206 | Claim p-2665, Payment 28.10784% | 28.67 |
| 6408 | SUYEMASA, JAMES | JAMES SUYEMASA<br>C/O YAMATO TRAVEL BUREAU<br>200 SOUTH SAN PEDRO ST. SUITE<br>502<br>LOS ANGELES, CA 90012 | Claim p-2681, Payment 28.10769% | 18.27 |
| 6424 | TAPLIN, JEAN | JEAN TAPLIN<br>C/O THE TRAVEL ADVISORS INC<br>1545 S VIRGINIA STREET<br>RENO, NV 89505 | Claim p-2701, Payment 28.11168% | 27.69 |
| 6449 | THOMSEN, DONNA | DONNA THOMSEN<br>137 CORDELL RD<br>MILLEDGERVILLE, GA 31061 | Claim p-2743, Payment 28.10656% | 34.29 |

| 6469 | TRAVERS, JOHN | JOHN TRAVERS<br>C/O ARRINGTON TRAVEL CENTER<br>XEROX CENTRE<br>55 WEST MONROE ST. STE #3800<br>CHICAGO, IL 60603 | Claim p-2781, Payment 28.11628% | 12.09 |
| 6479 | TSCHOEPL, WENTSEL | WENTSEL TSCHOEPL<br>PO BOX 123<br>KENAI, AK 99611 | Claim p-2801, Payment 28.11166% | 17.12 |
| 2220 | TUCHOLKE, DARIN | DARIN TUCHOLKE<br>BOX 246<br>RED CLIFF, CO 81649 | Claim 11603, Payment 28.10959% | 123.12 |
| 6515 | VATER, HANS | HANS VATER<br>C/O CREATIVE TRAVEL<br>17383 SUNSET BLVD.<br>PACIFIC PALISADES, CA 90272 | Claim p-2854, Payment 28.10828% | 44.13 |
| 6560 | WALTON, GREG | GREG WALTON<br>C/O ALL SEASONS TRAVEL<br>ATTN: VICKI HARALSON<br>120 OFFICE PARL DRIVE<br>BIRMINGHAM, AL 35223 | Claim p-2914, Payment 28.10884% | 41.32 |
| 6567 | WARD, ANN | ANN WARD<br>19301 VILLAGES SCENIC<br>ANCHORAGE, AK 99516 | Claim p-2921, Payment 28.10880% | 229.93 |
| 6590 | WEBER, BERNARD | BERNARD WEBER<br>3090 W. 107TH PL<br>WESTMINSTER, CO 80030 | Claim p-2951, Payment 28.10833% | 33.73 |
| 1177 | WESTLUND, EDWIN | EDWIN WESTLUND<br>C/O FAMILY TRAVEL<br>9105 MENDENHALL MALL #130<br>JUNEAU, AK 99801 | Claim 10194, Payment 28.10900% | 290.90 |
| 6614 | WHITE, DANIEL | DANIEL WHITE<br>C/O AMERICAN EXPRESS TRAVEL<br>2655 DIVIDEND DR. SUITE 117<br>MEMPHIS, TN 38132 | Claim p-2984, Payment 28.10811% | 83.20 |
| 6623 | WHITED, BEVERLY J | BEVERLY J WHITED<br>6509 HEDDING ST<br>LOSANGELES, CA 90045 | Claim p-2992, Payment 28.10811% | 41.60 |

20

| ID | Name / Address | Claim / Payment | Amount |
|---|---|---|---|
| 6646 | WILLIAMS, DAVID<br>DAVID WILLIAMS<br>C/O AIRPORT TRAVEL AGENCY<br>PO BOX 1226<br>OXNARD, CA 93032 | Claim p-3022, Payment 28.10498% | 27.20 |
| 6650 | WILLIAMS, JACQULINE<br>JACQULINE WILLIAMS<br>201 DAHLIA CT<br>KILLEEN, TX 76542 | Claim p-3027, Payment 28.10526% | 37.38 |
| 6658 | WILLIAMS, PHILIP<br>PHILIP WILLIAMS<br>C/O RIFKIN TRAVEL INC<br>65 ELIZABETH STREET<br>DERBY, CT 06418 | Claim p-3036, Payment 28.10938% | 89.95 |
| 2467 | WILSON, FRANCES<br>FRANCES WILSON<br>41-G IEN LN<br>NOVATO, CA 94945 | Claim 11935, Payment 28.11053% | 53.41 |
| 6672 | WILSON, RHYS T<br>RHYS T WILSON<br>C/O TEPLIS TRAVEL SERVICE<br>5885 GLENRIDGE DRIVE NE STE # 250<br>ATLANTA, GA 30328 | Claim p-3057, Payment 28.11111% | 37.95 |
| 2027 | WOOLEY, GERRY M<br>GERRY M WOOLEY<br>PO BOX 70942<br>FAIRBANKS, AK 99707 | Claim 11332, Payment 28.10976% | 69.15 |
| 6708 | XIANG, MOSO<br>MOSO XIANG<br>C/O CHOICE TRAVEL & CRUISE<br>3501 S SHIELDS ST<br>COLLINS, CO 80526 | Claim p-3111, Payment 28.10909% | 7.73 |
| 2642 | ZEAL, ELDA<br>ELDA ZEAL<br>5071 BARSTOW ST<br>SAN DIEGO, CA 92117 | Claim 12158, Payment 28.10860% | 58.03 |
| 6729 | ZEEMAN, NORMALENE<br>NORMALENE ZEEMAN<br>8968 W. OCOTILLO<br>GLENDALE, AZ 85305 | Claim p-3140, Payment 28.10945% | 113.00 |
| 3112 | ZIELINSKI, TIM<br>TIM ZIELINSKI<br>15733 CAPITAL AVE<br>OMAHA, NE 68154 | Claim 12718, Payment 28.10677% | 38.54 |
| | | | 22,091.11 |