FILED

DEC 2 1 2009

CLERK
U.S. BANKRUPTCY COURT
By_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Mark A·e_____

CASE NUMBER: _____95-236 /HAR_____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| See attached | | 13586.61 |

RECEIPT # 20664

FEE AMT 13,586.61 IN ☑

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____

TOTAL: $ 13586.61

DATE: 11/18/09

_____
TRUSTEE

Document   Page 2 of 14



| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 1827 | ALBRECHT, WERNER & VIOLA | WERNER & VIOLA ALBRECHT<br>140 PINON DR<br>GREEN VALLEY, AZ 85614 | Claim 11050, Payment 28.10934% | 116.71 |
| 7125 | AMEY, ZELMA | ZELMA AMEY<br>4500 S. DAMEN AVE.ÿ<br>CHICAGO, IL 60609 | Claim p-81, Payment 28.10778% | 46.94 |
| 4737 | AMOS, DANIEL G | DANIEL G AMOS<br>10231 BETULA DR<br>ANCHORAGE, AK 99507 | Claim 15549, Payment 28.10855% | 276.56 |
| 7224 | ANDERSON, STEVEN | STEVEN ANDERSON<br>6007 HOLLOW DR<br>WOODSTOCK, GA 60188 | Claim p-93, Payment 28.10980% | 143.36 |
| 5075 | ANTHONY, MIKE | MIKE ANTHONY<br>8607 DURANGO ST. SW<br>TACOMA, WA 98499 | Claim p-101, Payment 28.10816% | 137.73 |
| 5093 | APUZZ, STEVEN | STEVEN APUZZ<br>C/O ADVENTURA TRAVEL<br>1620 ORRINGTON AVE<br>EVANSTON, IL 60201 | Claim p-103, Payment 28.10778% | 46.94 |
| 5180 | ASHENFELTER, JONNA | JONNA ASHENFELTER<br>PO BOX 208<br>KAKE, AK 99830 | Claim p-113, Payment 28.11025% | 114.33 |
| 5369 | BACSOKA, DONALD | DONALD BACSOKA<br>205 COLLINS APT 12<br>SAN FRANCISCO, CA 94118 | Claim p-136, Payment 28.09091% | 12.36 |
| 5550 | BARNEY, CARL | CARL BARNEY<br>C/O LAKE TAHOE TRAVEL<br>930 TAHOE BLVD, #501<br>INCLINE VILLAGE, NV 89450 | Claim p-158, Payment 28.11270% | 36.42 |
| 5602 | BARRY, JOE | JOE BARRY<br>34 18TH AVE #1<br>VENICE BEACH, CA 90291 | Claim p-164, Payment 28.11025% | 51.81 |
| 2402 | BART, WILLIAM C | WILLIAM C BART<br>PO BOX 389<br>NOKOMIS, FL 34274 | Claim 11849, Payment 28.10959% | 128.86 |

| | | | | |
|---|---|---|---|---|
| 5712 | BATTREALL, TOM | TOM BATTREALL<br>C/O HOLIDAY TRAVEL<br>3613 WEST 95TH ST<br>EVERGREEN PARK, IL 60642 | Claim p-177, Payment 28.10900% | 76.33 |
| 5779 | BEARDEN, CINDI | CINDI BEARDEN<br>3427 WESTWOOD FARMS DR.<br>LOUISVILLE, KY 40220 | Claim p-185, Payment 28.11250% | 22.49 |
| 5786 | BEASLEY, MARC | MARC BEASLEY<br>3096 HARDING ST.<br>CARLSBAD, CA 92008 | Claim p-186, Payment 28.11111% | 35.42 |
| 6026 | BERGMAN, AMANDA | AMANDA BERGMAN<br>C/O RAINBOW WORLD EXPRESS TRAVEL<br>1900 W. EMERSON PL #100<br>SEATTLE, WA 98119-1649 | Claim p-217, Payment 28.10294% | 19.11 |
| 6101 | BESSETTE, MATTHEW | MATTHEW BESSETTE<br>C/O ABBEY TRAVEL<br>603 E. DIEHL RD SUITE 139<br>NAPERVILLE, IL 60563 | Claim p-227, Payment 28.10989% | 25.58 |
| 6162 | BIERCE, KERI | KERI BIERCE<br>8819 S MURPHY GULCH RD.<br>LITTLETON, CO 80127 | Claim p-234, Payment 28.10667% | 42.16 |
| 6744 | BROWN, CATHY | CATHY BROWN<br>2100 FORAKER DR.<br>ANCHORAGE, AK 99517 | Claim p-323, Payment 28.12000% | 14.06 |
| 6748 | BROWN, DON | DON BROWN<br>3715 N. TROY<br>CHICAGO, IL 60618 | Claim p-327, Payment 28.11215% | 30.08 |
| 1072 | CAIN, MICHELLE A | MICHELLE A CAIN<br>848 SANDTOWN RD<br>MARIETTA, GA 30060 | Claim 10072, Payment 28.10790% | 72.94 |
| 3213 | CARTER, JEFFREY | JEFFREY CARTER<br>624 W 86TH CT<br>ANCHORAGE, AK 99515 | Claim 12832, Payment 28.10909% | 578.71 |
| 6805 | CASEY, DEBORAH | DEBORAH CASEY<br>1035 OAKDALE<br>SMYRNA, GA 30080 | Claim p-404, Payment 28.10826% | 98.66 |

| # | Name | Address | Claim/Payment | Amount |
|---|---|---|---|---|
| 2559 | CHAR, VINCENT E | VINCENT E CHAR<br>9995 SANDY RD<br>PHILADELPHIA, PA 19115 | Claim 12052, Payment 28.10884% | 245.75 |
| 4275 | CHAREPOO, BABAK | BABAK CHAREPOO<br>2648 S EL DORADO<br>MESA, AZ 85202 | Claim 14178, Payment 28.10931% | 69.43 |
| 6835 | CHILDS, KENNETH | KENNETH CHILDS<br>C/O B&B TRAVEL<br>4316 MUNDY MILL RD.<br>OAKWOOD, GA 30566 | Claim p-443, Payment 28.10909% | 92.76 |
| 6864 | CLEMENS, THOMAS | THOMAS CLEMENS<br>418 KIPLING CT.<br>WHEATON, IL 60187 | Claim p-474, Payment 28.10795% | 49.47 |
| 6869 | CLYNE, MIKE | MIKE CLYNE<br>C/O AMERICAN STATES INSURANCE<br>500 N. MERIDIAN<br>INDIANAPOLIS, IN 46204 | Claim p-483, Payment 28.10714% | 39.35 |
| 6877 | COLE, CHRISTINE | CHRISTINE COLE<br>88 PROSPECT PL.<br>BROOKLYN, NY 11217 | Claim p-491, Payment 28.11189% | 40.20 |
| 3441 | CONTIKI HOLIDAYS | CONTIKI HOLIDAYS<br>2300 E KATELLA AVE STE 450<br>ANAHEIM, CA 92806-6065 | Claim 13090, Payment 28.10961% | 192.95 |
| 6893 | CORDOVA, ROCHELLE | ROCHELLE CORDOVA<br>13370 POINT DR APT 18208<br>DRAPER, UT 84020-8140 | Claim p-513, Payment 28.10909% | 130.28 |
| 1190 | COURTEAU, DARCY | DARCY COURTEAU<br>C/O FORUM TRAVEL LTD<br>4608 WINTHROP ST<br>PITTSBURGH, PA 15213 | Claim 10209, Payment 28.10859% | 47.11 |
| 6905 | COX, STEPHEN W | STEPHEN W COX<br>515 8TH ST. SOUTH<br>KIRKLAND, WA 98033 | Claim p-529, Payment 28.10949% | 154.04 |
| 6908 | COYLE, JOHN | JOHN COYLE<br>P.O. BOX 52163<br>PHOENIX, AZ 85038 | Claim p-531, Payment 28.10883% | 73.87 |

| | | | | |
|---|---|---|---|---|
| 3374 | CRAFT, LULA | LULA CRAFT<br>C/O HAROLD D HOPSON<br>17301 BEAUJOLAIS CIR<br>EAGLE RIVER, AK 99577 | Claim 13016, Payment 28.11008% | 73.03 |
| 6912 | CREWS, DON | DON CREWS<br>C/O IVI BUSINESS TRAVEL<br>2 NORTHFIELD PLAZA STE 200<br>NORTHFIELD, IL 60093-1213 | Claim p-537, Payment 28.11053% | 53.41 |
| 1557 | CRONK, JAMES J | JAMES J CRONK<br>BOX 742<br>HOMER, AK 99603 | Claim 10697, Payment 28.10855% | 276.56 |
| 3661 | CUNNINGHAM, L | L CUNNINGHAM<br>PO BOX 2396<br>FAIRBANKS, AK 99707 | Claim 13354, Payment 28.10800% | 70.27 |
| 1391 | DELA CRUZ, FRANCISCO A | FRANCISCO A DELA CRUZ<br>PO BOX 2957<br>VALDEZ, AK 99686 | Claim 10466, Payment 28.10855% | 276.56 |
| 1751 | DILLON, WILTON E | WILTON E DILLON<br>8089 S MARION CIR<br>LITTLETON, CO 80122 | Claim 10945, Payment 28.10860% | 276.33 |
| 7029 | DUNCAN, PAULA | PAULA DUNCAN<br>C/O JOURNEYCORP TRAVEL MANAGEMENT<br>8735 W. HIGGINS RD.<br>CHICAGO, IL 60631 | Claim p-687, Payment 28.10763% | 111.77 |
| 7047 | EDMUNDSON, TERRY | TERRY EDMUNDSON<br>P.O. BOX 1263<br>SOLDOTNA, AK 99669 | Claim p-705, Payment 28.10833% | 67.46 |
| 7091 | FALOTICO, PAT | PAT FALOTICO<br>C/O IVI BUSINESS TRAVEL INTL<br>2 NORTHFIELD PLAZA STE 200<br>NORTHFIELD, IL 60093 | Claim p-763, Payment 28.10390% | 21.64 |
| 4735 | FALTA, MILOS | MILOS FALTA<br>PO BOX 1911<br>VALDEZ, AK 99686 | Claim 15530, Payment 28.10923% | 165.94 |
| 7130 | FLURY, JUDY | JUDY FLURY<br>PO BOX 3594<br>VALDEZ, AK 99686 | Claim p-815, Payment 28.11429% | 9.84 |

| | | | | |
|---|---|---|---|---|
| 7137 | FORKAPA, GEORGE | GEORGE FORKAPA<br>2139 WOODGLEN LANE<br>MARIETTA, GA  30067 | Claim p-825, Payment 28.11067% | 35.56 |
| 7178 | GEDDAS, STEPHANIE | STEPHANIE GEDDAS<br>C/O IVI BUSINESS TRAVEL INTL'<br>2 NORTHFIELD PLZAZ STE 200<br>NORTHFIELD, IL  60093 | Claim p-878, Payment 28.11024% | 35.70 |
| 7182 | GENUA, JOE | JOE GENUA<br>C/O CIVIC TRAVEL<br>PO BOX 5346<br>CARSON, CA  90749 | Claim p-882, Payment 28.10748% | 60.15 |
| 1746 | GERMAN, SHIRLEY | SHIRLEY GERMAN<br>9431 ROY ST<br>ANCHORAGE, AK  99515-1314 | Claim 10937, Payment 28.10784% | 114.68 |
| 7192 | GIDWANI, AJAY | AJAY GIDWANI<br>524 DAVIS ST<br>EVANSTON, IL  60201 | Claim p-892, Payment 28.10845% | 76.41 |
| 1035 | GREENE, ROBIN C | ROBIN C GREENE<br>7021 BAXTER TERRACE CIR<br>ANCHORAGE, AK  99504-3979 | Claim 10030, Payment 28.10846% | 152.91 |
| 2539 | GREENE, ROBIN C | ROBIN C GREENE<br>7021 BAXTER TERRACE CIR<br>ANCHORAGE, AK  99504-3979 | Claim 12028, Payment 28.10898% | 288.37 |
| 4626 | HAMILTON, ALICE | ALICE HAMILTON<br>PO BOX 776<br>COTATE, CA  94931 | Claim 15224, Payment 28.10800% | 70.27 |
| 5087 | HARAN, ANNE | ANNE HARAN<br>50 EAST 98 STREET APT 3A4<br>NEW YORK, NY  10029 | Claim p-1021, Payment 28.11429% | 19.68 |
| 5100 | HART, ROSS | ROSS HART<br>C/O ASTI TRAVEL<br>1400 E. TOUHY AVE<br>DES PLAINES, IL  60018 | Claim p-1036, Payment 28.10656% | 34.29 |
| 5108 | HASLAUER, J.W.M. | J.W.M. HASLAUER<br>2971 CONCORD LANE<br>ANCHORAGE, AK  99502 | Claim p-1045, Payment 28.11111% | 60.72 |

| | | | | |
|---|---|---|---|---|
| 2878 | HECKER (SMITH), CAROL CHARM | CAROL CHARMAINE HECKER (SMITH)<br>17 S CAMANO RIDGE RD<br>CAMANO ISLAND, WA 98282 | Claim 12448, Payment 28.10988% | 169.66 |
| 5135 | HENDERSON, SUSAN | SUSAN HENDERSON<br>8558 DE SOTO AVE APT 39<br>CANOGA PARK, CA 91304-2904 | Claim p-1079, Payment 28.11111% | 60.72 |
| 4810 | HENNEN, ANN MONICA | ANN MONICA HENNEN<br>2570 MAYFAIR AVE<br>WHITE BEAR LAKE, MN 55110 | Claim 15748, Payment 28.10569% | 34.57 |
| 5179 | HOLLAND, JILL | JILL HOLLAND<br>C/O CARLSON TRAVEL NETWORK<br>1455 LOOKOUT DRIVE<br>NORTH MANKATO, MN 56003 | Claim p-1129, Payment 28.11176% | 47.79 |
| 2707 | HOLT, ALLISON LEIGH | ALLISON LEIGH HOLT<br>1418 FOURTH AVE E<br>OLYMPIA, WA 98506 | Claim 12241, Payment 28.11111% | 22.77 |
| 2674 | HORNADAY, DANIEL JONATHAN | DANIEL JONATHAN HORNADAY<br>31343 49TH AVE SO<br>AUBURN, WA 98001 | Claim 12199, Payment 28.10800% | 70.27 |
| 5203 | HORVATH, STEVEN | STEVEN HORVATH<br>12560 S TRUMBULL<br>ALSIP, IL 60658 | Claim p-1158, Payment 28.11215% | 30.08 |
| 5210 | HOWE, CORAL | CORAL HOWE<br>1819 ROBERTS ROAD<br>FAIRBANKS, AK 99709 | Claim p-1168, Payment 28.10927% | 452.25 |
| 3959 | HUITGER, MARILYN R | MARILYN R HUITGER<br>PO BOX 674<br>HAINES, AK 99827 | Claim 13738, Payment 28.10880% | 221.25 |
| 4236 | HULBURD, JOHN | JOHN HULBURD<br>1100 ALISOS RD<br>SANTA YNEZ, CA 93460-9388 | Claim 14120, Payment 28.10913% | 99.63 |
| 5240 | ICE, SHEILA | SHEILA ICE<br>3753 COLUMBIA RD.<br>NORTH OLMSTEAD, OH 44070-2004 | Claim p-1207, Payment 28.10647% | 58.29 |

| | | | | |
|---|---|---|---|---|
| 5312 | JONES, GWEN | GWEN JONES<br>C/O AMBASSADOR TRAVEL<br>519 MAIN STREET<br>LONGMONT, CO 80501 | Claim p-1295, Payment 28.10778% | 93.88 |
| 5339 | KANTOR, AK | AK KANTOR<br>5333 N SHERIDAN<br>CHICAGO, IL 60640 | Claim p-1327, Payment 28.10692% | 44.69 |
| 5347 | KARUTH, ROBIN | ROBIN KARUTH<br>8000 CORNERSTONE PKY<br>DALLAS, TX 75225 | Claim p-1335, Payment 28.11009% | 30.64 |
| 5361 | KELLY, ELENA | ELENA KELLY<br>1267 E 68TH STREET 3 FIR<br>BROOKLYN, NY 11234 | Claim p-1352, Payment 28.10778% | 46.94 |
| 1128 | KINNARD, STEPHEN | STEPHEN KINNARD<br>PO BOX 2442<br>VALDEZ, AK 99686 | Claim 10131, Payment 28.11009% | 30.64 |
| 5403 | KNIGHT, JOAN | JOAN KNIGHT<br>PO BOX 1616<br>FAIRBANKS, AK 99707 | Claim p-1402, Payment 28.10834% | 33.21 |
| 5408 | KOENEN, TOMARA | TOMARA KOENEN<br>375 BARTLETT CIR<br>WASILLA, AK 99654-7646 | Claim p-1408, Payment 28.12000% | 14.06 |
| 5434 | LACORTE, LIANNE | LIANNE LACORTE<br>20 LOS PADRES CIRCLE<br>NOVATO, CA 94947 | Claim p-1442, Payment 28.10976% | 78.37 |
| 5448 | LANE, ROBYN | ROBYN LANE<br>5121 GLASGOW AVE<br>OMAHA, NE 68157 | Claim p-1458, Payment 28.10667% | 42.16 |
| 3222 | LANGENKAMP, DEBRA | DEBRA LANGENKAMP<br>3403 34TH PL NW<br>WASHINGTON, DC 20016 | Claim 12844, Payment 28.11207% | 32.61 |
| 5534 | LUCKINBILL, STEVE | STEVE LUCKINBILL<br>PO BOX KPC<br>NOME, AK 99762 | Claim p-1558, Payment 28.11025% | 63.13 |
| 5545 | LYNCH, AMANDA | AMANDA LYNCH<br>91 FORREST AVE<br>FAIRFAX, CA 94930-1801 | Claim p-1573, Payment 28.10728% | 73.36 |

| | | | | |
|---|---|---|---|---|
| 5630 | MCCOY, AARON | AARON MCCOY<br>C/O TRAVEL WIZARDS<br>200 PARK ROAD<br>BURLINGAME, CA 94010 | Claim p-1674, Payment 28.10204% | 13.77 |
| 5657 | MCNULTY, KEVIN | KEVIN MCNULTY<br>1188 GILMORE TRAIL<br>FAIRBANKS, AK 99712 | Claim p-1704, Payment 28.10938% | 35.98 |
| 5662 | MEDFORD, DANA | DANA MEDFORD<br>P.O. BOX 34045<br>JUNEAU, AK 99803 | Claim p-1710, Payment 28.10935% | 300.25 |
| 5709 | MINTON, CHRISTINE | CHRISTINE MINTON<br>1310 THOMASVILLE RD.<br>TALLAHASSEE, FL 32303 | Claim p-1765, Payment 28.11278% | 37.39 |
| 5719 | MOFFETT, TRACY | TRACY MOFFETT<br>1346 QUINCE ST<br>DENVER, CO 80220 | Claim p-1777, Payment 28.11067% | 58.83 |
| 5720 | MOISE, JULES | JULES MOISE<br>C/O IVI BUSINESS TRAVEL INT'L<br>2 NORTHFIELD PLAZA STE 200<br>NORTHFIELD, IL 60093 | Claim p-1778, Payment 28.10976% | 23.05 |
| 4689 | MORRIS, MICHAEL | MICHAEL MORRIS<br>624 KOFMAN ST<br>LONGMONT, CO 80501 | Claim 15399, Payment 28.10909% | 61.84 |
| 5749 | MORRISON, BILL | BILL MORRISON<br>9708 W 118TH TERR # 1<br>OVERLAND PARK, KS 66210 | Claim p-1811, Payment 28.10993% | 79.27 |
| 2163 | MORRISON, GEORGE A | GEORGE A MORRISON<br>PO BOX 81307<br>FAIRBANKS, AK 99708 | Claim 11525, Payment 28.10867% | 171.64 |
| 5780 | NAFTZ, RON | RON NAFTZ<br>19800 MACARTHUR BLVD #100<br>IRVINE, CA 92715 | Claim p-1850, Payment 28.10857% | 49.19 |
| 5028 | NELSON, DAROLD E & MRS | DAROLD E & MRS NELSON<br>1029 HAVERSHAM PL<br>DES PERES, MO 63131 | Claim 16433, Payment 28.10440% | 51.15 |

| | | | | |
|---|---|---|---|---|
| 5813 | NIC, MERIDETH | MERIDETH NIC<br>C/O TRAVEL BANQUE<br>3200 TROUP HWY STE # 160<br>TYLER, TX 75701 | Claim p-1892, Payment 28.10843% | 23.33 |
| 5815 | NIEMANN, BARBARA | BARBARA NIEMANN<br>50 W SCHILLER<br>CHICAGO, IL 60610 | Claim p-1895, Payment 28.11940% | 18.84 |
| 1183 | NINNEMANN, LEROY "LEE" | LEROY "LEE" NINNEMANN<br>8231 XAVIER WAY<br>EVERETT, WA 98203 | Claim 10202, Payment 28.10938% | 125.93 |
| 3338 | NODVIN, NEIL | NEIL NODVIN<br>5449 MAGNOLIA GROVE<br>MEMPHIS, TN 38120 | Claim 12976, Payment 28.10811% | 83.20 |
| 1867 | OWEN, RALPH & ANGELA | RALPH & ANGELA OWEN<br>12101 CARTGAGE LN<br>CHARLOTTE, NC 28273 | Claim 11112, Payment 28.10884% | 173.96 |
| 5898 | PARKER, LINDA | LINDA PARKER<br>PO BOX 21734<br>JUNEAU, AK 99802 | Claim p-1996, Payment 28.10855% | 276.56 |
| 4868 | PAVIA, CLARE | CLARE PAVIA<br>5323 N DOUGLAS HWY<br>JUNEAU, AK 99801 | Claim 15943, Payment 28.10918% | 227.17 |
| 4294 | PETERSON, ARNOLD | ARNOLD PETERSON<br>6373 FRANK TURNER WAY<br>PARADISE, CA 95969 | Claim 14204, Payment 28.10922% | 115.81 |
| 5949 | PFEIFER, DEBBIE | DEBBIE PFEIFER<br>2250 12TH AVE WEST<br>SEATTLE, WA 98119 | Claim p-2061, Payment 28.11111% | 35.42 |
| 5961 | PIERCE, PAM | PAM PIERCE<br>C/O TRAVEL BANQUE<br>3200 TROUP HWY STE # 160<br>TYLER, TX 75701 | Claim p-2077, Payment 28.10843% | 23.33 |
| 6028 | REAGAN, PHIL | PHIL REAGAN<br>C/O TRAVEL SERVICE<br>690 ASYLUM AVE. 1ST FL.<br>HARTFORD, CT 6115 | Claim p-2174, Payment 28.11392% | 22.21 |

| | | | | |
|---|---|---|---|---|
| 4074 | REYNOLDS, BILLY G | BILLY G REYNOLDS<br>406 NE 68TH<br>GLADSTONE, MO 64118 | Claim 13902, Payment 28.10895% | 144.48 |
| 2338 | RICHARDS, RANDY | RANDY RICHARDS<br>4418 NW SIOUX LN<br>TOPEKA, KS 66618 | Claim 11760, Payment 28.10939% | 77.09 |
| 6086 | ROADARMEL, TERRY | TERRY ROADARMEL<br>6311 WOODED CIR<br>ANCHORAGE, AK 99502 | Claim p-2251, Payment 28.10730% | 112.12 |
| 6087 | ROBBINS, KEVIN | KEVIN ROBBINS<br>C/O AFFORDABLE TRAVEL<br>8680 NAVAJO RD. STE# 106<br>SAN DIEGO, CA 92119 | Claim p-2252, Payment 28.10881% | 54.25 |
| 6105 | RODGERS, H | H RODGERS<br>C/O EASY TRAVEL<br>BOX 1949<br>VALDEZ, AK 99686 | Claim p-2273, Payment 28.10855% | 276.56 |
| 6113 | ROGERS, CLEON | CLEON ROGERS<br>11520 HADLEY<br>OVERLAND PARK, KS 66210-2429 | Claim p-2285, Payment 28.10855% | 85.45 |
| 2351 | ROSENBERGER, BERNARD | BERNARD ROSENBERGER<br>3053 BETTLES BAY LP<br>ANCHORAGE, AK 99515 | Claim 11773, Payment 28.10922% | 280.53 |
| 6160 | SABO, JIM | JIM SABO<br>C/O PACE TRAVEL INT'L<br>303 W WACKER<br>CHICAGO, IL 60601 | Claim p-2338, Payment 28.10837% | 171.18 |
| 6167 | SAKANSKY, SCOTT | SCOTT SAKANSKY<br>5742 E CHARTER OAK DR<br>SCOTTSDALE, AZ 85254 | Claim p-2347, Payment 28.10899% | 103.16 |
| 2395 | SAVAGE, SHAUNDRA | SHAUNDRA SAVAGE<br>8070 WILTSHIRE PL<br>NORTH DELTA, BC CANADAÿ V4C 6T2 | Claim 11841, Payment 28.10997% | 40.90 |
| 6223 | SCHWARTZ, DAMIEN | DAMIEN SCHWARTZ<br>C/O PAN TOURS HAWAII, INC.<br>1017 KAPAHULU AVE<br>HOINOLULU, HI 96816 | Claim p-2419, Payment 28.10619% | 31.76 |

| | | | | |
|---|---|---|---|---|
| 3981 | SELIGMAN, S | S SELIGMAN<br>570 SEATER<br>JUNEAU, AK 99801 | Claim 13763, Payment 28.11261% | 55.32 |
| 6272 | SIEVER, MICHAEL | MICHAEL SIEVER<br>655 FELL ST.<br>SAN FRANCISCO, CA 94102 | Claim p-2491, Payment 28.10714% | 23.61 |
| 3641 | SMITH, CAROL ANN | CAROL ANN SMITH<br>7061 LOWELL CIR<br>ANCHORAGE, AK 99502 | Claim 13327, Payment 28.10918% | 212.05 |
| 6316 | SMITH, MARGARET M | MARGARET M SMITH<br>6202 FRIARS RD UNIT 325<br>SAN DIEGO, CA 92108-5001 | Claim p-2547, Payment 28.11111% | 86.02 |
| 4426 | SPARKS, RITA W | RITA W SPARKS<br>7450 RANCHO DESTINO RD<br>LAS VEGAS, NV 89123 | Claim 14504, Payment 28.10985% | 74.21 |
| 1199 | STEEL, ALLAN G | ALLAN G STEEL<br>1331 HEIDI CIR<br>ANCHORAGE, AK 99518 | Claim 10220, Payment 28.11077% | 45.68 |
| 4024 | STEINAKER, JOE & ROSARIO | JOE & ROSARIO STEINAKER<br>PO BOX 1136<br>BARROW, AK 99723 | Claim 13822, Payment 28.10871% | 429.83 |
| 2529 | STORMS, RUTH S | RUTH S STORMS<br>PO BOX 765<br>KOTZEBUE, AK 99752 | Claim 12013, Payment 28.10855% | 276.56 |
| 2197 | SUVLU, KATHLEEN I | KATHLEEN I SUVLU<br>PO BOX 953<br>BARROW, AK 99723 | Claim 11568, Payment 28.11092% | 56.16 |
| 4860 | TERRY, CAROL | CAROL TERRY<br>745 CLUBSIDE DR<br>ROSWELL, GA 30076 | Claim 15910, Payment 28.10854% | 59.25 |
| 2233 | TERRY, DON | DON TERRY<br>745 CLUBSIDE DR<br>ROSWELL, GA 30076 | Claim 11622, Payment 28.10854% | 59.25 |
| 4208 | TRAEGER, SCOTT C | SCOTT C TRAEGER<br>21216 TIGER LILLY PL<br>ASHBURN, VA 22011 | Claim 14082, Payment 28.10924% | 235.19 |

| | | | | |
|---|---|---|---|---|
| 1655 | TRANS CONTINENTAL TRAVEL S | TRANS CONTINENTAL TRAVEL SVC<br>1550 SW FIRST ST<br>MIAMI, FL 33135 | Claim 10826, Payment 28.10759% | 88.82 |
| 1848 | TRAVEL VAIL | TRAVEL VAIL<br>2111 NORTH FRONTAGE RD W<br>VAIL, CO 81657 | Claim 11085, Payment 28.10929% | 102.88 |
| 6505 | VANCE, RICHARD | RICHARD VANCE<br>3900 JAMES<br>ANCHORAGE, AK 99504 | Claim p-2843, Payment 28.11009% | 30.64 |
| 3841 | VANSOEST, DAVID | DAVID VANSOEST<br>C/O FREDERICK F SWEGLES ESQ P27399<br>511 FORT STREET STE 571<br>PORT HURON, MI 48060 | Claim 13585, Payment 28.10855% | 276.56 |
| 6546 | WALKER, DOUG | DOUG WALKER<br>705 VAN BUREN<br>PUEBLO, CO 81004 | Claim p-2898, Payment 28.11304% | 32.33 |
| 6573 | WARNELL, JOAN | JOAN WARNELL<br>32 S. MONROE ST.<br>HINSDALE, IL 60521 | Claim p-2928, Payment 28.10877% | 69.26 |
| 6587 | WEAVER, ROGER | ROGER WEAVER<br>C/O WORLD EXPRESS TRAVEL<br>1900 W EMERSON PL STE# 100<br>SEATTLE, WA 98119 | Claim p-2947, Payment 28.10667% | 21.08 |
| 6588 | WEBB, JOANN | JOANN WEBB<br>C/O ALL ABOUT TRAVEL<br>2200 COUNTRY CUNETER DR #A<br>SANTA ROSA, CA 95403 | Claim p-2949, Payment 28.11111% | 25.30 |
| 2412 | WELLS, RALPH & CINDY | RALPH & CINDY WELLS<br>414 PARKLAND<br>FAIRBANKS, AK 99712 | Claim 11859, Payment 28.10874% | 276.59 |
| 6611 | WHITE, ALISON M. | ALISON M. WHITE<br>104 N. OAKRIDGE DR.<br>ENTERPRISE, AZ 36330 | Claim p-2981, Payment 28.10904% | 105.69 |
| 6662 | WILLIAMS, BEULAH E | BEULAH E WILLIAMS<br>PO BOX 835<br>BARROW, AK 99723 | Claim p-3043, Payment 28.11261% | 27.66 |

| | | | | |
|---|---|---|---|---|
| 6647 | WILLIAMS, DEENA M. | DEENA M. WILLIAMS<br>4 EAST 113TH STREET<br>CHICAGO, IL 60628 | Claim p-3023, Payment 28.11111% | 65.78 |
| | | | | 13,586.61 |