

FILED

DEC **2 9** 2009

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

CLERK
BANKRUPTCY COURT
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____ M n e K  A · ʀ_____

CASE NUMBER: _____ 9 5  2 3 6  /ᖲᗩ ᖇ_____

PLEASE CHECK ONE:

__X__  UNCLAIMED DIVIDENDS

_____  DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| scc ᐱlᵗʰᵃ c ʟᵉᵈ | R8 Bᴀ t c h | 7 2 1 6 $^{14}$ |

2068)
7216H  ©

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____

TOTAL: $ 7 2 1 6 $^{14}$

DATE:_____

TRUSTEE

| Checkno | Name | Address1 | Descr | Amount |
|---|---|---|---|---|
| 3243 | ALEXANDER, DREW | DREW ALEXANDER<br>PO BOX 32712<br>JUNEAU, AK 99803 | Claim 12867, Payment 28.10855% | 276.56 |
| 7233 | ANDRADE, MARIA | MARIA ANDRADE<br>318 WEST MARION ST<br>SOUTH BEND, IN 46601 | Claim p-94, Payment 28.11429% | 19.68 |
| 4739 | AUSSENDORF, DAVID | DAVID AUSSENDORF<br>709 15TH AVE N<br>SO ST PAUL, MN 55075 | Claim 15556, Payment 28.10938% | 71.96 |
| 5484 | BANDA, ELIZABETH | ELIZABETH BANDA<br>3912 ACKLAD<br>PLANO, TX 25024 | Claim p-150, Payment 28.10651% | 47.50 |
| 3103 | BAUGHER, TINA MARIE | TINA MARIE BAUGHER<br>PO BOX 174<br>GIRDWOOD, AK 99587 | Claim 12709, Payment 28.10898% | 387.19 |
| 6769 | BURNETTE, JACK | JACK BURNETTE<br>2269 TANGLEWOOD ROAD<br>DECATUR, GA 30033 | Claim p-358, Payment 28.10843% | 93.32 |
| 6783 | CAMERO, LIDIA | LIDIA CAMERO<br>1496 W. 116TH AVE. #20<br>WESTMINSTER, CO 80234 | Claim p-374, Payment 28.10619% | 31.76 |
| 2549 | CAMPBELL, CRAIG P | CRAIG P CAMPBELL<br>103 BALSAM DR<br>MT IRON, MN 55768 | Claim 12040, Payment 28.10864% | 365.03 |
| 3509 | CHICKEN, JEAN M PRAIRI | JEAN M PRAIRIE CHICKEN<br>3700 28TH ST #477<br>SIOX CITY, IA 51105 | Claim 13172, Payment 28.10920% | 278.00 |
| 6916 | CROCKETT, BILL | BILL CROCKETT<br>2360 OLD COVINGTON<br>CONYERS, GA 30207 | Claim p-541, Payment 28.11660% | 28.96 |
| 6926 | CZECZOTKA, STANLEY | STANLEY CZECZOTKA<br>C/O ARRINGTON TRAVEL CENTER<br>XEROX CENTRE<br>55 WEST MONROE ST. STE #3800<br>CHICAGO, IL 60603 | Claim p-560, Payment 28.11040% | 72.82 |

| # | Name | Address | Claim | Amount |
|---|------|---------|-------|--------|
| 7082 | ESCOBAR, ESTEBAN | ESTEBAN ESCOBAR<br>C/O SEA & SKI TRAVEL INC<br>7307 MACARTHUR BLVD. STE 212<br>BETHESD, MD 20816 | Claim p-751, Payment 28.10839% | 160.78 |
| 7105 | FERGUSON, SCOTT | SCOTT FERGUSON<br>C/O CAMPBELL TRAVEL<br>14881 QUORUM DRIVE STE 200<br>DALLASy, TX 75240 | Claim p-783, Payment 28.11006% | 74.07 |
| 7119 | FISHBURNE, BARBARA | BARBARA FISHBURNE<br>1114 WALKER DR.<br>DECATUR, GA 30030 | Claim p-802, Payment 28.10592% | 45.11 |
| 7147 | FRANKENVEITER, MARY | MARY E FRANKENVEITER<br>7373 E IOWA AVE # 1079<br>DENVER, CO 80231 | Claim p-834, Payment 28.10870% | 51.72 |
| 1153 | GALLANT, A JOHN | A. JOHN GALLANT<br>75-6002 ALII DR #4213<br>KAILUA KONA, HI 96740-2310 | Claim 10164, Payment 28.10855% | 276.56 |
| 7194 | GILBERT, DAVID | DAVID GILBERT<br>1640 POWERS FERRY RD. BLDG 2<br>SUITE 300 | Claim p-894, Payment 28.10680% | 57.90 |
| 7198 | GILLIAM, ASHLEY | ASHLEY GILLIAM<br>2701 CANTON STREET<br>DALLAS, TX 75226 | Claim p-898, Payment 28.10843% | 46.66 |
| 7258 | GROUT, PHILIP | PHILIP GROUT<br>14436 W. YALE PL.<br>LAKEWOOD, CO 80228 | Claim p-970, Payment 28.11258% | 42.45 |
| 5066 | HAMEN, SHARON | SHARON HAMEN<br>141 WEST JACKSON BLVD. WEST<br>LOBBY | Claim p-1000, Payment 28.11111% | 30.36 |
| 5122 | HEATH, BRUCE | BRUCE HEATH<br>PO BOX 1117<br>SEWARD, AK 99664 | Claim p-1062, Payment 28.10979% | 102.82 |
| 4870 | HENGGE, FRITZ T | FRITZ T HENGGE<br>PO BOX 805903<br>CHICAGO, IL 60680 | Claim 15950, Payment 28.10920% | 97.82 |

| ID | Name | Address | Claim | Amount |
|---|---|---|---|---|
| 5144 | HERMAN, JULIE | JULIE HERMAN<br>339 W ARMITAGE<br>CHICAGO, IL 60614 | Claim p-1089, Payment 28.10667% | 21.08 |
| 5165 | HOBART, GEORGE | GEORGE HOBART<br>DEVIL'S GLEN)<br>GLEN HURON, ONTARIO, CANADA | Claim p-1113, Payment 28.10762% | 62.68 |
| 5166 | HOBBS, JIM | JIM HOBBS<br>451 KAIOLOHIA ST.<br>KIHEI, HI 96753 | Claim p-1115, Payment 28.10833% | 33.73 |
| 5206 | HOSTETLER, ROBERT D. | ROBERT D. JR. HOSTETLER<br>12648 E. KANSAS PLACE)<br>AURORA, CO 80012 | Claim p-1160, Payment 28.10923% | 216.16 |
| 4822 | HUTCHISON, ROBERT L | ROBERT L HUTCHISON<br>3725 BRADDOCK ST<br>FAIRBANKS, AK 99701 | Claim 15776, Payment 28.10884% | 278.39 |
| 5272 | JARAMILLO, JOHN | JOHN JARAMILLO<br>PO BOX 8062<br>ATLANTA, GA 30306 | Claim p-1250, Payment 28.11024% | 35.70 |
| 3094 | KATTER, JOSEPH J | JOSEPH J KATTER<br>117 INDUSTRIAL PKWY<br>LAFAYETTE, LA 70508-3207 | Claim 12695, Payment 28.10983% | 97.26 |
| 4289 | KEELEAN, WILLIAM | WILLIAM KEELEAN<br>2764 E MILLBROOK RD<br>MT PLEASANT, MI 48858 | Claim 14197, Payment 28.10976% | 58.80 |
| 5368 | KENT, GEORGE | GEORGE KENT<br>1004 CROWN HILL CT<br>VILLA HILLS, CA 41017 | Claim p-1359, Payment 28.11062% | 63.53 |
| 4479 | KING, BRIAN L | BRIAN L KING<br>2556 KNOX COVE DR<br>MCKINLEYVILLE, CA 95519 | Claim 14726, Payment 28.10912% | 138.28 |
| 5415 | KOURI, COLLEEN | COLLEEN KOURI<br>5873 S SHERMAN WAY<br>LITTLETON, CO 80121 | Claim p-1417, Payment 28.10939% | 66.40 |
| 3476 | KRALICK, JACK & GINGER | GIRDWOOD, AK 99587<br>PO BOX 733<br>JACK & GINGER KRALICK | Claim 13126, Payment 28.10838% | 194.51 |

| ID | Name | Address | Claim | Amount |
|---|---|---|---|---|
| 5432 | KUZHIYIL, FRANK | FRANK KUZHIYIL, C/O TRAVEL FIRST, 790 MCHENRY AVE, CRYSTAL LAKE, IL 60014 | Claim p-1439, Payment 28.11111% | 30.36 |
| 1690 | M & M INTERNATIONAL | M & M INTERNATIONAL, 3701 ALGONQUIN RD STE 450, ROLLING MEADOWS, IL 60008 | Claim 10865, Payment 28.11111% | 68.31 |
| 5581 | MARSON, DAVID | DAVID MARSON, C/O BEALE TRAVEL SERVICE INC, 104 S MICHIGAN AVE STE # 510, CHICAGO, IL 60603 | Claim p-1617, Payment 28.10900% | 59.31 |
| 5582 | MARSON, MEILING | MEILING MARSON, C/O BEALE TRAVEL SERVICE INC, 104 S MICHIGAN AVE STE # 510, CHICAGO, IL 60603 | Claim p-1618, Payment 28.10900% | 59.31 |
| 1558 | MERRILL, RUBY | RUBY MERRILL, 5130 CASE AVE C-108, PLEASANTON, CA 94566 | Claim 10698, Payment 28.09375% | 8.99 |
| 4921 | MILLER, LISA | LISA MILLER, ALL DIRECTIONS TRAVEL, 5432 MAYFIELD RD #205, LYNDHURST, OH 44124 | Claim 16117, Payment 28.10811% | 20.80 |
| 2936 | MILLS, GAIL R | GAIL R MILLS, PO BOX 2465, SOUTHFIELD, MI 48037 | Claim 12519, Payment 28.10959% | 232.50 |
| 5724 | MONAGHAN, NIALL | NIALL MONAGHAN, 91 PAYSON AVE. APT. # 5L, NEW YORK, NY 10034 | Claim p-1781, Payment 28.11194% | 37.67 |
| 5728 | MONZINGO, JONI | JONI MONZINGO, 802 ALTGELD # 2, CHICAGO, IL 60614-2411 | Claim p-1787, Payment 28.10903% | 90.23 |
| 5737 | MOREY, ROBERT | ROBERT MOREY, C/O TRAVEL ADVISORS, 619 E BLITHDALE AVE, MILL VALLEY, CA 94941 | Claim p-1797, Payment 28.11111% | 32.89 |

| | Name | Address | Claim/Payment | Amount |
|---|---|---|---|---|
| | . | ROBERT MORGENSEN<br>C/O EXECUTIVE TRAVEL SERVICE<br>****ATTEMPTED, NOT KNOWN****<br>3255-1 SCOTT BLVD STE #200<br>SANTA CLARA, CA 95054 | | |
| 5743 | MORGESTER | MORGESTER<br>3700 LYNN DRIVE | Claim p-1805, Payment 28.10906% | 313.00 |
| 5766 | MURCIA, DONIA | DONIA MURCIA<br>1631 W. PAMPAS # 61<br>ANAHEIM, CA 92802 | Claim p-1833, Payment 28.10837% | 171.18 |
| 5785 | NAU, WILLIAM | WILLIAM NAU<br>C/O ARRINGTON TRAVEL CENTER<br>XEROX CENTRE<br>55 WEST MONROE ST. STE #3800<br>CHICAGO, IL 60603 | Claim p-1858, Payment 28.11628% | 12.09 |
| 4404 | O'CONNELL, KATHLEEN M | KATHLEEN MARY O'CONNELL<br>PO BOX 7081<br>OCEANVIEW, HI 96737 | Claim 14432, Payment 28.10867% | 107.60 |
| 3469 | ORR, DANIEL R | DANIEL R ORR<br>409 NORTH ROOSEVELT ST<br>BLOOMINGTON, IN 47408 | Claim 13119, Payment 28.10920% | 146.73 |
| 5869 | OSCAI, DAVE | DAVE OSCAI<br>3610 N ACADAMY BLVD # 13<br>COLORADO SPRINGS, CO 80917 | Claim p-1960, Payment 28.109009% | 15.46 |
| 2971 | PAULLIN, JOHN | JOHN PAULLIN<br>771 N SAN MARCOS RD<br>SANTA BARBARA, CA 93111 | Claim 12556, Payment 28.10878% | 293.02 |
| 5924 | PECCHENINO, MIKE | MIKE PECCHENINO<br>C/O EASY TRAVEL<br>PO BOX 1949<br>VALDEZ, AK 99686 | Claim p-2028, Payment 28.10855% | 276.56 |
| 6031 | REDAVID, GARY | GARY REDAVID<br>253 ELIZABETH SR. APT #1<br>NEW YORK, NY 10012 | Claim p-2178, Payment 28.10922% | 82.36 |
| 6072 | RINARD, S M | S M RINARD<br>546 HILLSIDE DR N.W.<br>ATLANTA, GA 30342 | Claim p-2232, Payment 28.10828% | 88.26 |

| No. | Name | Address | Claim/Payment | Amount |
|---|---|---|---|---|
| 6127 | ROSE, JON | JON ROSE / C/O ADVENTURE TRAVEL AGENCY / 1812 MAIN STREET / GREEN BAY, WI 54302 | Claim p-2298, Payment 28.10830% | 77.86 |
| 6194 | SAWIN, PHILLIP | PHILLIP SAWIN / C/O ARRINGTON TRAVEL CENTER / XEROX CENTRE / 55 WEST MONROE ST.y STE #3800 / CHICAGO, IL 60603 | Claim p-2380, Payment 28.10755% | 84.57 |
| 1942 | SEWALL, JAYNEL L | JAYNEL L SEWALL / 3160 PTARMIGAN DR #3 / WALNUT CREEK, CA 94595 | Claim 11217, Payment 28.11070% | 76.18 |
| 6258 | SHELHAMMER, AL | AL SHELHAMMER / C/O SUPER TRAVEL / 883 SILVER SPUR RD / ROLLING HILLS ESTATE, CA 90274- | Claim p-2472, Payment 28.11340% | 27.27 |
| 6328 | SMITH JR., STOCKTON | STOCKTON SMITH JR. / 2360 OLD COVINGTON HWY / CONYERS, GA 30207 | Claim p-2560, Payment 28.11224% | 27.55 |
| 6351 | STAGGS, JEREMY | JEREMY STAGGS / 4727 E BELL RD. #57 / PHOENIX, AZ 85032 | Claim p-2598, Payment 28.10870% | 51.72 |
| 6358 | STEGNER, JIM | JIM STEGNER / C/O TRAVEL FIRST / 790 MCHENRY AVE / CRYSTAL LAKE, IL 60014 | Claim p-2619, Payment 28.11111% | 30.36 |
| 4303 | STUCKER, GREGG C | GREGG C STUCKER / 1641C BRIDGE MILL DR / MARIETTA, GA 30067 | Claim 14216, Payment 28.10861% | 150.10 |
| 2427 | THICH, MINH C | MINH C THICH / 11570 TRASK AVE--ATTEMPTED- / NOT KNOWN | Claim 11882, Payment 28.10881% | 23.87 |
| 6441 | THOMAS, JEFFERY | JEFFERY THOMAS / 1646 E 92ND PL. / CHICAGO, IL 60617 | Claim p-2730, Payment 28.11290% | 17.43 |

| | | | | |
|---|---|---|---|---|
| 6459 | TIMS, CLARE | CLARE TIMS<br>1404 QUAIL CREEK DRIVE<br>INDEPENDENCE, MO 64055 | Claim p-2753, Payment 28.10744% | 34.01 |
| 6460 | TIPPIE, CHRISTOPHER | CHRISTOPHER TIPPIE<br>6443 SHADY BROOK LANE # 2151<br>DALLAS, TX 75206 | Claim p-2755, Payment 28.11364% | 24.74 |
| 4258 | VANN, MORGAN | MORGAN VANN<br>2011 W BALL RD #309<br>ANAHEIM, CA 92804 | Claim 14154, Payment 28.11392% | 44.42 |
| 6580 | WATKINS, WILSON | WILSON WATKINS<br>180 KOST RD<br>MECHANICSBURG, PA 17055 | Claim p-2936, Payment 28.10959% | 61.56 |
| 6638 | WILKERSON, RUSSELL | RUSSELL WILKERSON<br>2871 WATER WHEEL<br>MARIETTA, GA 30062 | Claim p-3014, Payment 28.10897% | 43.85 |
| 4953 | WINN, MICHAEL | MICHAEL WINN<br>940 STRATFORD CT<br>DEL MAR, CA 92014 | Claim 16223, Payment 28.10714% | 47.22 |
| 4769 | WONG, GEORGE | GEORGE WONG<br>301 W COUNTRY GABLES DR<br>PHOENIX, AZ 85023 | Claim 15632, Payment 28.10692% | 44.69 |
| 6718 | YOUNG, CLAUDIA | CLAUDIA YOUNG<br>PO BOX 1529<br>NOME, AK 99762 | Claim p-3122, Payment 28.10855% | 276.56 |
| | | | | 7,216.14 |