FILED
FEB 11 2010
U.S. BANKRUPTCY
By_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

In re:

MARKAIR, INC.   Case No. 95-00236-HAR

Debtors.

ORDER TO REMIT FUNDS HELD IN
UNITED STATES TREASURY REGISTRY FUND

**Dilks & Knopik, LLC, attorney-in-fact for creditor Dorine J. Stamper,** have applied for payment of **$614.46** from United States Treasury Registry funds held by this Court. The Registry funds were originally paid to the court on **November 25, 2009, Receipt No. 00020596**, by the estate because they had been unclaimed. The Registry funds are currently on deposit as United States Treasury Registry Fund No. **6047BK**.

IT IS ORDERED that the Clerk of the Court shall remit **$614.46** held in the United States Treasury Registry Fund Account No. **6047BK**, to **creditor Dorine J. Stamper,** residing at:

**Dorine J. Stamper**
**c/o Dilks & Knopik LLC**
**P.O. Box 2728**
**Issaquah, WA 98027**

REVIEWED & RECOMMENDED
FOR APPROVAL

DATED this 10th day of Feb, 2010.

_____
BANKRUPTCY JUDGE

Serve: Dorine J. Stamper c/o Dilks & Knopik, LLC

2-11-10