# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

In re:

MARKAIR, INC.

Case No. 95-00236-HAR

Debtors.

## ORDER TO REMIT FUNDS HELD IN
## UNITED STATES TREASURY REGISTRY FUND

**Dilks & Knopik, LLC, attorney-in-fact, for creditor Timothy E. Deal as legal guardian of Brady E. Deal,** has applied for payment of **$1,593.00** from United States Treasury Registry funds held by this Court. The Registry funds were originally paid to the court on **November 25, 2008, Receipt No. 00019716**, by the estate because they had been unclaimed. The Registry funds are currently on deposit as United States Treasury Registry Fund No. **6047BK**.

IT IS ORDERED that the Clerk of the Court shall remit **$1,593.00** held in the United States Treasury Registry Fund Account No. **6047BK**, to **creditor Timothy E. Deal, legal guardian of Brady E. Deal,** residing at:

Timothy E. Deal
c/o Dilks & Knopik LLC
P.O. Box 2728
Issaquah, WA 98027

REVIEWED & RECOMMENDED
FOR APPROVAL

DATED this 1st day of Nov, 2010.

BANKRUPTCY JUDGE

Serve: Timothy E. Deal c/o Dilks & Knopik, LLC.

11·3·10